ORIGINAL

FILED
JUN 20 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

DCMS-ISA, Inc., Service Disabled Veteran Owned Small Business Joint Venture

Plaintiff,

v.

UNITED STATES, Department of Homeland Security

Defendant.

USCFC CASE NO. 08-456 C

COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF; DECLARATION OF WILLIAM BRUCKNER

**( BID PROTEST)**

1. The United States Court of Federal Claims has jurisdiction in this <u>pre-award bid protest</u> pursuant to 28 U.S.C. § 1491 (b). In accordance with USCFC General Rule No. 65, Plaintiff provided notice of this bid protest by facsimile to the Department of Justice on June 18, 2008, to the Clerk of the USCFC on June 18, 2008, and to the Contracting Officer on June 18, 2008. Said notice was also sent via UPS to the DOJ, USCFC, and the Contracting Officer on June 18, 2008, for delivery June 19, 2008. *Attachment 1.*

2. Plaintiff DCMS-ISA, Inc. ("DCMS-ISA") is, and at all times herein mentioned was, a service-disabled veteran-owned small business joint venture, existing under and by the laws of the United States.

3. Defendant THE UNITED STATES OF AMERICA is, and at all times herein mentioned was, acting by and through the Department of Homeland Security ("DHS"), Immigrations and Custom Enforcement, Federal Protective Service, and Denver Federal Center, Denver, Colorado, which is, and at all times herein mentioned was, an agency of the United States.

4. On or about February 19, 2008, the DHS issued Solicitation HSCEW8-08-R-00004 requesting proposals for Colorado Armed Guard Services (the "SOLICITATION"). The SOLICITATION was a competitive set-aside for a Service-Disabled Veteran-Owned Business in accordance with 48 C.F.R 52-219-27. The SOLICITATION was for armed guard services

for 50 buildings across 10 cities in the Denver, Colorado area on a recurring basis. The SOLICITATION anticipated 350,000 productive guard hours per year for a one-year base period with four one-year options. The SOLICITATION was a request for proposals ("RFP") and a set aside for proposals only by service-disabled veteran-owned small businesses. The entire SOLICITATION is voluminous and therefore only selected relevant portions are attached to this Complaint. *Attachment 2.*

5. Amendment 000001 to the solicitation, in addition to responding to questions that the DHS had received, established March 1, 2008, as the due date for electronic proposals and March 4, 2008, as the due date for hard copies of proposals. *Attachment 3.* An award to a SDVOSB was contingent only upon the receipt of certified funds in accordance with FAR 52.232-18. There were no other conditions precedent to an award to an SDVOSB. *Attachments 2 & 3, Section L, paragraph 1.*

6. On or about February 26, 2008, DCMS-ISA timely submitted its proposal (the "PROPOSAL") to the DHS. *Attachment 4.* It is alleged, on information and belief, that multiple SDVOSB's submitted proposals in response to the SOLICITATION, but the DHS has refused to provide that information without a FOIA request. *Attachment 5.*

7. On or about May 20, 2008, without discussions with any offerors, the DHS issued Amendment 000003 canceling the SOLICITATION allegedly because no SDVOSB "offeror possessed relevant past performance experience." The work required by the SOLICITATION is to be awarded by issuing a task order under a GSA schedule contract on or after July 14, 2008. *Attachments 5 & 6.*

8. Thereafter, Mr. Wayne Procell of DCMS-ISA contacted DHS to obtain a debriefing on the problems DHS perceived with DCMS-ISA's proposal. On May 30, 2008, after refusing a request for a formal debriefing, the DHS advised DCMS-ISA that DHS had rejected all SDVOSB proposals because none of the SDVOSB offerors had relevant past performance experience. *Attachment 7.*

9. The current incumbent providing the services described by the SOLICITATION is AM-GARD, INC. DCMS-ISA, in addition to its own relevant past performance experience,

submitted the experience of AM-GARD, INC. under a "teaming arrangement", whereby AM-GARD, INC. would subcontract a substantial portion of the services to be provided and the remainder would be provided by DCMS-ISA, in large part utilizing former AM-GARD, INC. employees. The SOLICITATION and the FAR contemplate just such teaming arrangements and Amendment 00001 and Section L of the SOLICITATION expressly allows the "teaming arrangement" to contribute to relevant past performance. *Attachments 2 & 3, 48 C.F.R. 9.602, 13 C.F.R. 121.103 and 48 C.F.R. 5119.1070-2* . The DHS refused to consider the teaming arrangement and allow the relevant past performance experience of AM-GARD, INC. in evaluating the proposal of DCMS-ISA. *Attachment 7, page 3.*

10. Since the SOLICITATION contemplates just the teaming arrangement proposed by DCMS-ISA and the DHS rejected DCMS-ISA's proposal by expressly refusing to consider the relevant past performance of the DCMS-ISA/AM-GARD teaming arrangement, the decision of the DHS to reject all SDVOSB proposals was arbitrary and capricious and not in accordance with the express representations of the SOLICITATION and the FAR. As such, the decision of the DHS to reject all proposals must be reversed.

11. For ease in reference, 48 C.F.R. 9.602, 13 C.F.R. 121.103, 48 C.F.R. 5119.1070-2, 48 C.F.R. 52-219-27, and 48 C.F.R. 52.212-3 are attached to this Complaint as Attachments 8, 9, 10, 11, and 12, respectively.

12. This Court's review of an agency's decision regarding a contractual solicitation or award must be in accordance with standards set forth in the Administrative Procedure Act, 5 U.S.C. § 706. *Asia Pacific Airlines v. U.S.*, 68 Fed. Cl. 8, 19 (2005); *ViroMed Laboratories, Inc. v. U.S.*, 62 Fed. Cl. 206, 211 (2004); see also 28 U.S.C. § 1491(b)(4) (2000) ("In any action under this [bid protest] subsection, the courts shall review the agency's decision pursuant to the standards set forth in section 706 of title 5."); *Bannum, Inc. v. U.S.*, 404 F.3d 1346, 1351 (Fed.Cir.2005) (stating that "the trial court [first] determines whether ... the government's conduct fails the APA review under 5 U.S.C. § 706(2)(A)"). Accordingly, the Court must determine whether the contracting agency's action was "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." See 5 U.S.C. § 706(2)(A) (2000);

*Bannum*, 404 F.3d at 1351; *Advanced Data Concepts, Inc. v. U.S.*, 216 F.3d 1054, 1057 (Fed.Cir.2000). DCMS-ISA bears the burden of proving the arbitrary and capricious nature of the award, by a preponderance of the evidence. See *Grumman Data Sys. Corp. v. Dalton*, 88 F.3d 990, 995 (Fed.Cir.1996); *Hunt Building Co., Ltd. v. U.S.*, 61 Fed. Cl. 243, 269 (2004). "Under an arbitrary or capricious standard, the reviewing court should not substitute its judgment for that of the agency, but should review the basis for the agency decision to determine if it was legally permissible, reasonable, and supported by the facts." *ViroMed Laboratories*, 62 Fed. Cl. at 212 (citing *Motor Vehicle Mfrs. Ass'n of U.S. v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983)). The Court should overturn the challenged decision only if "(1) the procurement official's decision lacked a rational basis; or (2) the procurement procedure involved a violation of regulation or procedure." *Banknote Corp. of America, Inc. v. U.S.*, 365 F.3d 1345, 1351 (Fed.Cir.2004); *Asia Pacific Airlines*, 68 Fed. Cl. at 19 (both quoting *Impresa Construzioni Geom. Domenico Garufi v. U.S.*, 238 F.3d 1324, 1332 (Fed.Cir.2001)); see also Hunt Building, 61 Fed. Cl. at 269.

12. DHS' decision to reject all proposals was arbitrary, capricious and lacked a rational basis in that the DHS refused to consider the relevant past performance experience of the DCMS-ISA team including that of AM-GARD. DHS' decision violated the CICA, 48 C.F.R. 9.602, 13 C.F.R. 121.103, 48 C.F.R. 5119.1070-2, 48 C.F.R. 52-219-27, and 48 C.F.R. 52.212-3.

<u>WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS</u>

<u>THAT THIS COURT ISSUE A JUDGMENT:</u>

1. Directing the DHS with a Injunction to not issue a Notice to Proceed on the SOLICITATION pending a Judgment on DCMS-ISA's Complaint;
2. In the alternative, if DHS has already been issued a NTP or GSA has awarded a task order to an unknown contractor, direct the DHS to suspend all work on the SOLICITATION pending a Judgment on DCMS-ISA's Complaint;

3. Directing the DHS to review the SDVOSB's proposals in accordance with the requirements of the SOLICITATION and existing law and award to one of the SDVOSB's submitting a proposal.
4. Ordering DHS to pay DCMS-ISA, inc.'s costs and attorneys fees of this action; and
5. Granting such other and further relief as this Court may deem just and proper.

Dated: June 19, 2008

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for DCMS-ISA, Inc.

# EXHIBIT

# 1

# BRUCKNER & WALKER, LLP

ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com


June 17, 2008

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

U.S. Department of Homeland Security ("DHS")
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
Denver Federal Center,
6th Ave & Kipling St.,
Bldg 44, PO Box 25266
Denver, CO 80225-0226

Attn: Chief of Contracting Office

VIA FACSIMILE AND OVERNIGHT MAIL

RE: **Notice of Pre-Award Bid Protest**
Service Disabled Veteran Owned Business Set-aside
Colorado Armed Guard Services
**Solicitation No. HSCEW8-08-R-00004 ("SOLICITATION")**

Dear Sir/Ms:

In accordance with Appendix C of the RUSCFC, DCMS-ISA, Inc. ("DCMS-ISA") through its counsel, BRUCKNER & WALKER LLP, hereby gives notice of a pre-award bid protest on the referenced Solicitation. DCMS-ISA was notified by Amendment 000003 dated May 20, 2008 that the SOLICITATION, which was a set-aside for Service Disabled Veteran Owned Businesses (SDVOB"), was cancelled allegedly due to no offeror possessing the relevant past performance. The SOLICITATION was set-aside for bidding only by SDVOBs.

DCMS-ISA intends on filing a pre-award bid protest based upon the cancellation of the Solicitation and the award of the work to an unknown entity under a task order issued by the GSA.

DCMS-ISA pre-award bid protest is based on its contention that the DHS abused its discretion in evaluating offerors received from multiple SDVOB's and in canceling the SOLICITATION.

DCMS-ISA anticipates it's Complaint, Application for TRO/PI and supporting pleadings and documents will be filed with the USCFC on or about June 19, 2008.

The point of contact responsible for the procurement is Daniel Correnti at (215) 521-2280 or Jeanette.Palma@associates.dhs.gov. DCMS-ISA will request a temporary restraining order preventing the DHS from proceeding with the procurement of the issuance of a task order under a GSA schedule contract. It is understood from a conversation with Jennifer Weindell of the DHS that the GSA task order will bid on July 14, 2008.

A protective order is contemplated due to the proprietary nature of the proposals submitted by multiple SDVOBs.

Sincerely,

William L. Bruckner
BRUCKNER & WALKER
Attorneys for DCMS-ISA, Inc.

TRANSMISSION VERIFICATION REPORT

TIME : 06/17/2008 16:38
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 06/17 16:38 |
| FAX NO./NAME | 12155212297 |
| DURATION | 00:00:36 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

# BRUCKNER & WALKER, LLP

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Brandon L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

June 17, 2008

Department of Justice
Commercial Litigation Branch
Civil Division
Attn: Classification Unit, 8th Floor
1100 L. Street, NW
Washington D.C. 20530

Clerk
United States Court of Federal Claims
717 Madison Place NW
Washington D.C. 20005

U.S. Department of Homeland Security ("DHS")
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
Denver Federal Center,
6th Ave & Kipling St.,
Bldg 44, PO Box 25266
Denver, CO 80225-0226

Attn: Chief of Contracting Office

VIA FACSIMILE AND OVERNIGHT MAIL

**RE: Notice of Pre-Award Bid Protest**
Service Disabled Veteran Owned Business Set-aside

BROADCAST REPORT

TIME : 06/17/2008 16:42
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| PAGE(S) | 02 |
| --- | --- |

| DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT |
| --- | --- | --- | --- | --- | --- | --- |
| 06/17 | 16:40 | 12023576401 | 36 | 02 | OK | ECM |
| 06/17 | 16:42 | 12023052062 | 35 | 02 | OK | ECM |

BUSY: BUSY/NO RESPONSE
NG : POOR LINE CONDITION
CV : COVERPAGE

# EXHIBIT

# 2

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30*

1. REQUISITION NUMBER:
PAGE 1 OF 4

2. CONTRACT NO.:
3. AWARD/EFFECTIVE DATE:
4. ORDER NUMBER:
5. SOLICITATION NUMBER: HSCEW8-08-R-00004
6. SOLICITATION ISSUE DATE: 02/19/2008

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: Sophie Sims
b. TELEPHONE NUMBER *(No collect calls)*: 303-236-7931 X-257
8. OFFER DUE DATE/LOCAL TIME: 02/29/2008 1700 MT

9. ISSUED BY — CODE: ICE/FPS/WEST
ICE/FPS/West CCG/Region 8
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
Federal Ctr, Bldg 44, PO Box 25266
Denver CO 80225

10. THIS ACQUISITION IS
☐ UNRESTRICTED OR ☒ SET ASIDE 100.00 % FOR:
☐ SMALL BUSINESS ☐ EMERGING SMALL BUSINESS
☐ HUBZONE SMALL BUSINESS
☒ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS ☐ 8(A)
NAICS: 561612
SIZE STANDARD: $17.0

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
☐ SEE SCHEDULE

12. DISCOUNT TERMS:

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING:

14. METHOD OF SOLICITATION
☐ RFQ ☐ IFB ☒ RFP

15. DELIVER TO — CODE:

16. ADMINISTERED BY — CODE: ICE/FPS/WEST C
ICE/FPS/West CCG/Region 8
Immigration and Customs Enforcement
Ofc of Acquisition Management - FPS
Federal Ctr, Bldg 44, PO Box 25266
Attn: Sophie C. Sims
Denver CO 80225

17a. CONTRACTOR/OFFEROR — CODE: FACILITY CODE:

TELEPHONE NO.

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY — CODE:

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The purpose of Solicitation HSCEW8-08-R-00004 is to solicit proposals for award of the Colorado Armed Guard Services contract. Task Orders will be issued against the contract and funded at the Task Order level. Please be advised this Request for Proposal (RFP) in no manner obligates the Government regarding award of a contract, task order or modification that results from the issuance of this RFP.<br><br>Schedule B: *Collective Bargaining Agreement | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)*

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED

☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 4 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REF ______ OFFER DATED ______. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*

30b. NAME AND TITLE OF SIGNER *(Type or print)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(Type or print)*: Gilbert Olivas

31c. DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | applies to the Southern Colorado and the Western Slope. | | | | |
| 0001 | Colorado Armed Guard Service: Base Year for all loctations. Fill out attached schedule/section B with location. All quantities are estimates. Period of Performance: 06/01/2008 to 05/31/2009 | 366388 | HR | | |
| 1001 | Colorado Armed Guard Service: Option Year One for all loctations. Fill out attached schedule/section B with location. All quantities are estimates. Period of Performance: 06/01/2009 to 05/31/2010 | 366388 | HR | | |
| 2001 | Colorado Armed Guard Service: Option Year Two for all loctations. Fill out attached schedule/section B with location. All quantities are estimates. Period of Performance: 06/01/2010 to 05/31/2011 | 366388 | HR | | |
| 3001 | Colorado Armed Guard Service: Option Year Three for all loctations. Fill out attached schedule/section B with location. All quantities are estimates. Period of Performance: 06/01/2011 to 05/31/2012 | 366388 | HR | | |
| 4001 | Colorado Armed Guard Service: Option Year Four for all loctations. Fill out attached schedule/section B with location . All quantities Continued ... | 366388 | HR | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |
| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: RSCEW8-08-R-00004

PAGE 3 OF 4

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | are estimates.<br>Period of Performance: 06/01/2012 to 05/31/2013 | | | | |

# List of Sections


| Section | Description | Page |
|---|---|---|
| Section A | Solicitation/Contract form SF 1449 | 1-4 |
| Section B | Schedule B -- Services and price/cost | B1-B3 |
| Section C | Region 8 -- Colorado Armed Guard Service Statement of Work | C1-C53 |
| | | |
| | | |
| | | |
| Section G | Remedy Plan - Application of Criteria for Deduction | G1 -- G2 |
| Section H | Special Contract Requirements | H1-H3 |
| Section I | Clauses | I1 -- I23 |
| Section J | Exhibits/Attachments, Wage Determination(s), CBA | J1 -- J55 |
| | | |
| Section K | Representations, certifications, and other statements of offerors or respondents | K1 - K21 |
| Section L | Proposal Instructions | L1 -- L8 |
| Section M | Evaluation Factors | M1 -- M3 |

Solicitation: HSCEW8-08-R-00004
Contract Number: TBD

Contractor Name ______________________

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Hours herein are estimated for each period of performance and are to be used as estimates only. The Government assumes no liability for under runs or over runs of the estimated quantities. Task orders will be issued to accomplish specific hours and to obligate funds for contract line items (CLINs) below. Ceiling prices will be established under each task order pursuant to Clause 52.212-4(i)(2) and (3). The total aggregate sum for all task orders placed under the contract is estimated not to exceed $55,000,000.00. The Contract's minimum guaranteed amount is $50,000.00.

*Collective Bargaining Agreement (CBA) applies. Wage Determinations and CBA provided in Section J.

Basic Contract Year (Period of Performance: June 1, 2008 – May 31, 2009)

| CLIN | Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|---|
| 0001 | DFC-Basic Service | 59,501 | | |
| 0002 | DFC-Temporary/Emergency | 2,975 | | |
| 0003 | Denver West- Basic | 49,790 | | |
| 0004 | Denver West-Temporary/Emergency | 2,490 | | |
| 0005 | Downtown East-Basic Service | 126,043 | | |
| 0006 | Downtown East-Temporary/Emergency | 6,302 | | |
| 0007 | Ft. Collins & Boulder-Basic Service | 81,601 | | |
| 0008 | Ft. Collins & Boulder-Temporary/Emergency | 4,080 | | |
| *0009 | So. Colo. & Western Slope-Basic | 32,006 | | |
| *0010 | So. Colo. & Western Slope-Temporary/ Emergency | 1,600 | | |
| **Subtotal for Basic Year** | | | | |

Option Year 1 (Period of Performance: June 1, 2009 – May 31, 2010)

| CLIN | Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|---|
| 1001 | DFC-Basic Service | 59,501 | | |
| 1002 | DFC-Temporary/Emergency | 2,975 | | |
| 1003 | Denver West- Basic | 49,790 | | |
| 1004 | Denver West-Temporary/Emergency | 2,490 | | |
| 1005 | Downtown East-Basic Service | 126,043 | | |
| 1006 | Downtown East-Temporary/Emergency | 6,302 | | |
| 1007 | Ft. Collins & Boulder-Basic Service | 81,601 | | |
| 1008 | Ft. Collins & Boulder-Temporary/Emergency | 4,080 | | |

Solicitation: HSCEW8-08-R-00004 Contractor Name ______________
Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

| CLIN | Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|---|
| *1009 | So. Colo. & Western Slope-Basic | 32,006 | | |
| *1010 | So. Colo. & Western Slope-Temporary/ Emergency | 1,600 | | |
| **Subtotal for Option Year 1** | | | | |

Option Year 2 (Period of Performance: June 1, 2010 – May 31, 2011)

| CLIN | Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|---|
| 2001 | DFC-Basic Service | 59,501 | | |
| 2002 | DFC-Temporary/Emergency | 2,975 | | |
| 2003 | Denver West- Basic | 49,790 | | |
| 2004 | Denver West-Temporary/Emergency | 2,490 | | |
| 2005 | Downtown East-Basic Service | 126,043 | | |
| 2006 | Downtown East-Temporary/Emergency | 6,302 | | |
| 2007 | Ft. Collins & Boulder-Basic Service | 81,601 | | |
| 2008 | Ft. Collins & Boulder-Temporary/Emergency | 4,080 | | |
| *2009 | So. Colo. & Western Slope-Basic | 32,006 | | |
| *2010 | So. Colo. & Western Slope-Temporary/ Emergency | 1,600 | | |
| **Subtotal for Option Year 2** | | | | |

Option Year 3 (Period of Performance: June 1, 2011 – May 31, 2012)

| CLIN | Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|---|
| 3001 | DFC-Basic Service | 59,501 | | |
| 3002 | DFC-Temporary/Emergency | 2,975 | | |
| 3003 | Denver West- Basic | 49,790 | | |
| 3004 | Denver West-Temporary/Emergency | 2,490 | | |
| 3005 | Downtown East-Basic Service | 126,043 | | |
| 3006 | Downtown East-Temporary/Emergency | 6,302 | | |
| 3007 | Ft. Collins & Boulder-Basic Service | 81,601 | | |
| 3008 | Ft. Collins & Boulder-Temporary/Emergency | 4,080 | | |
| *3009 | So. Colo. & Western Slope-Basic | 32,006 | | |
| *3010 | So. Colo. & Western Slope-Temporary/ Emergency | 1,600 | | |
| **Subtotal for Option Year 3** | | | | |

Solicitation: HSCEW8-08-R-00004
Contract Number: TBD

Contractor Name ______________________

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Option Year 4 (Period of Performance: June 1, 2012 – May 31, 2013)

| CLIN | Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|---|
| 4001 | DFC-Basic Service | 59,501 | | |
| 4002 | DFC-Temporary/Emergency | 2,975 | | |
| 4003 | Denver West- Basic | 49,790 | | |
| 4004 | Denver West-Temporary/Emergency | 2,490 | | |
| 4005 | Downtown East-Basic Service | 126,043 | | |
| 4006 | Downtown East-Temporary/Emergency | 6,302 | | |
| 4007 | Ft. Collins & Boulder-Basic Service | 81,601 | | |
| 4008 | Ft. Collins & Boulder-Temporary/Emergency | 4,080 | | |
| *4009 | So. Colo. & Western Slope-Basic | 32,006 | | |
| *4010 | So. Colo. & Western Slope-Temporary/ Emergency | 1,600 | | |

**Subtotal for Option Year 4** ______________

**Recap Subtotals**

**Basic Year Subtotal** ______________
**Option Year 1 Subtotal** ______________
**Option Year 2 Subtotal** ______________
**Option Year 3 Subtotal** ______________
**Option Year 4 Subtotal** ______________

**Estimated Total for B + 4 Option Years** ______________

**The Wage Determinations identified below are hereby incorporated by reference and attached. (Revisions specified below are applicable to basic contract period.)**

| Area | **Applicable Wage Determination/CBA** |
|---|---|
| DFC | 2005-2081 Rev. 4 |
| Denver West | 2005-2081 Rev. 4 |
| Downtown East | 2005-2079 Rev. 5 and 2005-2081 Rev 4 |
| Ft. Collins & Boulder | 2005-3009 Rev. 6 |
| So. Colo. & Western Slope | 2005-2083 Rev. 4 and CBA No. UGSOA Local #50 |

**Section L**

**Proposal Instructions**
**&**
**Past Performance Questionnaire**

Revised February 15, 2008

**Section L**

**Proposal Instructions**

i. DHS/ICE/FPS is contemplating the award of the Region 8 Denver Armed Guard Services contract as a competitive set-aside for a Service Disabled Veteran Owned Business. A Labor Hour (LH), Indefinite Task, Indefinite quantity type contract is contemplated. Task Orders will be issued against the basic contract. The proposed period of performance for this effort is a base year plus four 12-month option periods to be exercised at the sole discretion of the Government. Please be advised this Request for Proposal (RFP) in no manner obligates the Government regarding award of a contract, task order or modification that results from the issuance of this RFP. Any award made will be contingent on receipt of certified funds in accordance with (IAW) FAR 52.232-18, Availability of Funds.

ii. The term "proposal" and "bid" are used in some of the contract clauses and/or provisions; however, this is a Request for Proposal (RFP) IAW FAR Part 15

iii. **Proposal Requirements**

Offerors must submit their offer in three separate volumes: Volume I: Technical Capability, Volume II: Past Performance, and Volume III: Price Quotation to perform the requirements of the attached Statement of Work. These should be presented as separate documents/attachments.

**A. Volume I:** Technical Capability is limited to forty (40) pages and should include Technical and Management Capability, a Training Plan, a Transition Plan. Add an index, cover pages and organize your response into the following areas:

Technical Factor

a. Technical and Management Capability:

- Describe the technical excellence and management capability of the offeror.

- Supervision – Proposals shall describe offerors chain of command and demonstrate how personnel are organized to successfully accomplish all the requirements of the statement of work.

- Staffing Plan - Provide a project schedule depicting task and sub-task timelines that will ensure qualified personnel are available prior to the task order start date.

b. Transition Plan – Proposal shall describe a plan for a smooth and seamless transition from the existing contract for Region 8 guard services contract to preclude an interruption in service.

c. Electronic Time Reporting System – Proposal provides an adequate (as an alternative to the current manual timekeeping paperwork SF-139s) automated plan for a timekeeping documentation that can be used to verify billing accuracy and billable hours. Note: If none is proposed or does not meet the Government's need, a neutral rating will be assigned. This factor serves to only enhance the overall technical rating.

Solicitation HSCEW8-08-R-00004

**B. Volume II: The past performance** information provided by your firm shall include a summary of your firm's most recent, and relevant efforts during the last three (3) years that demonstrate the quality of these efforts and your potential for success on this effort. Submit a maximum of three references. References need not be exclusive to Government endeavors.

The Past Performance Questionnaire is contained in Section L, Pages L6 through L8. Past performance will be evaluated as a measure of the Government's confidence in the offeror's ability to successfully perform based on previous and current contract and/or task order efforts. The Government will evaluate the past performance data submitted for recency, relevancy, and realism/quality. Relevancy of past performance data will be determined by considering performance on contracts and/or task orders of a similar nature, size, scope, dynamic environment and complexity, utilizing a comparable number of personnel with like skills. Some past performance data may be considered more relevant to this RFP than other data. The Government reserves the right to consider any other information obtained through other means including those from Government and commercial sources.

**C. Volume III: The contractor shall provide pricing information** by completing the Contract Line Item numbers (CLINs) shown in Schedule B. The general instructions for the preparation of the Price Proposal are as follows:

i. Offeror must enter whole dollar values under "Hourly Rate", multiplied by the "Estimated Hours", and enter an extended amount in the "Extended Total estimated" column for each CLIN. "TOTAL" all CLIN periods (including all option CLINs) and enter a TOTAL AMOUNT. Dollar amounts for all CLINs should be proposed in whole dollar amounts.

ii. Proposed prices for Option periods will be evaluated as a part of total award price.

iii. Offerors should include a statement acknowledging compliance with the attached U.S. Department of Labor Wage Determinations (Section J). Please note that the Fair Labor Standards Act, Service Contract Act and Minimum Wage determinations are applicable to this acquisition and shall be considered in all proposed prices.

**Detailed Pricing Breakdown:** Task order will be priced using the proposed fully burdened hourly rate. The fully burdened hourly rate shall represent the hourly rate charged to the Government and shall include the straight rate paid, fringe, payroll taxes, and the incumbent's cost of doing business. A breakdown of the hourly rate shall be provided as part of your proposal for the purpose of future wage adjustments under the Service Contract Act (SCA).

Example format for detailed pricing breakdown:

Solicitation HSCEW8-08-R-00004

| Wage Breakdown Example | | | | | | |
|---|---|---|---|---|---|---|
| Company Name | | | | | | |
| Contract Number | | | | | | |
| Wage Determination | | | | | | |
| Labor Code | | | | | | |
| A. Straight Wage Paid to Employee | B. Fringe | C. Total Wage (A+B) | E. Payroll taxes (C*D) | F. Wage plus taxes (C+E): | G. Overhead or G&A/Profit % | H. Fully Burdened Wage Rate (G*F) |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $ |

| Payroll Taxes & Burden | Percent |
|---|---|
| FICA | 0.00% |
| FUTA | 0.00% |
| SUI | 0.00% |
| W/C | 0.00% |
| GL | 0.00% |
| Total: D | 0% |

Using the example format provided herein, **each company is to provide a breakdown of its fully burdened rate for all hourly rates.** These rates may be adjusted annually in accordance with FAR clause 52.222-43 Fair Labor Standards Act and Service Contract Act – Price Adjustment (Multiple Year and Option Contracts). (This submission does apply to the page limitations contained herein).

IV. **Proposal Evaluation Approach**

a. Technical, past performance, and price shall be considered in the evaluation of the offers. Trade-off method of evaluation will be used where past performance and technical capability are significantly more important than price for this effort and award will be to offeror representing the best value to the Government. A price that is determined to be unrealistic or unreasonable shall be grounds for removal of the proposal from consideration even if it was determined to be technically acceptable. Proposals shall be received no later than the closing date shown on the SF1449 as the proposal due date. Proposal must be submitted electronically (and in hardcopy) to the Contract Specialist Ms. Sophie C. Sims at sophie.sims@dhs.gov. The hardcopy shall be mailed to the following address:

Solicitation Number: HSCEW8-08-R-00004
Attn: Ms. Sophie Sims, Contract Specialist
DFC, P.O. Box 25266, Bldg 44
6th & Kipling, Lakewood CO 80225

a. The ratings below will be used in the evaluation of the source selection factors.

i Ratings for Technical Factors shown in Section M are as follows:

1. Exceeds. To obtain a rating of "exceeds", the proposal must satisfy all of the evaluation factors, exceeds at two factors and provides added benefit(s) to the Government over and beyond the "meets." No weaknesses are found.

2. Meets. To obtain a rating of "meets", the proposal must satisfy all evaluation factors by meeting the minimum requirements contained in the solicitation. Any weaknesses can be readily corrected.

3. Does not meet. The proposal does not satisfy all evaluation factors and does not meet the minimum requirements of the solicitation. Proposal does not demonstrate an adequate understanding of the requirements to successfully perform the tasks set forth in the solicitation. The proposal requires a major revision to make it correct.

4. Neutral. Electronic Time Reporting System only.

ii. Ratings for Past performance shall be as follows:

1. Very Good (Significant Confidence): Based on the offeror's performance record, essentially no doubt exists the offeror will successfully perform the required effort.

2. Satisfactory (Confidence): Based on the offeror's performance record, some doubt exists the offeror will successfully perform the required effort.

3. Neutral (Unknown Confidence): No relevant performance record identifiable.

4. Unsatisfactory (No Confidence): Based on the offeror's performance record, extreme doubt exists that the offeror will successfully perform the required effort.

The symbols (+) or (-) may be used in conjunction with a rating to denote a stronger or weaker response to a factor or final overall rating. The symbols will not be used for responses that earn a "Does not Meet" or "Unsatisfactory." In the case of equal ratings, price will become the determining factor for award.

c. **Solicitation Contacts.** Questions may be directed to Ms. Sophie Sims at 303-236-7931 Ext. 257. Alternate point of contact is Ms. Katherine Padilla, 303-236-7931, Ext 222.

Solicitation HSCEW8-08-R-00004

## PERFORMANCE REFERENCES

(To be completed by contractor references)

Provide a list of at least three (3) contracts In Accordance With (IAW) FAR 52.212-1, Instructions to Offerors Contracts may include those entered into by the U.S. Government, agencies of local Governments and commercial customers. Offerors that are newly formed entities without prior contracts should list contracts as required above, which Contractor's key personnel have participated in. Include the following information for each contract:

MOST RECENT/RELEVANT CONTRACT COMPLETED, PERFORMED OR ON-GOING

(a) Name, address and phone number of contracting activity:

(b) Contract number:

(c) Description of the contract services provided:

(d) Contracting Officer (or equivalent) name and phone number:

(e) Program Manager (or equivalent) name and phone number:

(f) Period of Performance:

(g) Total contract value:

(h) Status: Active______ Completed______

Solicitation HSCEW8-08-R-00004

SECOND MOST RECENT/RELEVANT CONTRACT COMPLETED OR ANOTHER CONTRACT STILL ON-GOING

(a) Name, address and phone number of contracting activity:

______________________________________________

(b) Contract number:

______________________________________________

(c) Description of the contract services provided:

______________________________________________

(d) Contracting Officer (or equivalent) name and phone number:

______________________________________________

(e) Program Manager (or equivalent) name and phone number:

______________________________________________

(f) Period of Performance:

______________________________________________

(g) Total contract value:

______________________________________________

(h) Status: Active________________ Completed________________

Solicitation HSCEW8-08-R-00004

THIRD MOST RECENT/RELEVANT CONTRACT COMPLETED OR ANOTHER CONTRACT STILL ON-GOING

(a) Name, address and phone number of contracting activity:

(b) Contract number:

(c) Description of the contract services provided:

(d) Contracting Officer (or equivalent) name and phone number:

(e) Program Manager (or equivalent) name and phone number:

(f) Period of Performance:

(g) Total contract value:

(h) Status: Active________ Completed ________

**Section M**

**Evaluation Factors**

Revised February 15, 2008

Solicitation Number: HSCEW8-08-R-00004

**SOURCE SELECTION FACTORS / CRITERIA**

The proposals received under Request for Proposal (RFP) HSCEW8-08-R-00004 will be evaluated in accordance with Section L of this solicitation. As stated in the RFP, one award shall be made to the Offeror whose proposal is determined to best meet the needs of the Government after consideration of all factors, that is, the proposal that provides the best value to the Government. Best value is defined as the offer that results in the most advantageous acquisition decision for the Government as determined by an integrated assessment and trade-off analysis among non-price and price factors.

The Government may award any resulting contract to other than the lowest priced Offeror, or other than the Offeror with the highest non-price rating. Technical and Past Performance factors are equal in importance, and when combined, are significantly more important than price.
The Government reserves the right to award without discussions. The factors listed below will be used to evaluate proposals.

I. Technical Factor

a. Technical and Management Capability:

- Describe the technical excellence and management capability of the offeror.

- Supervision – Proposals shall describe offerors chain of command and demonstrate how personnel are organized to successfully accomplish all the requirements of the statement of work.

- Staffing Plan - Provide a project schedule depicting task and sub-task timelines that will ensure qualified personnel are available prior to the task order start date.

b. Transition Plan – Proposal shall describe a plan for a smooth and seamless transition from the existing contract for Region 8 guard services contract to preclude an interruption in service.

c. Electronic Time Reporting System – Proposal provides an adequate (as an alternative to the current manual timekeeping paperwork SF-139s) automated plan for a timekeeping documentation that can be used to verify billing accuracy and billable hours. Note: If none is proposed or does not meet the Government's need, a neutral rating will be assigned. This factor serves to only enhance the overall technical rating.

II. Past Performance: Contractor shall demonstrate satisfactory performance under contracts with similar requirements. Similar is defined in terms of size and complexity of this solicitation.

III. Price: Price will be evaluated to determine the reasonableness of the offeror's proposal. Evaluation may include analysis to determine the offeror's comprehension of the requirements of the RFP as well as to assess the validity of the offeror's approach. Price analysis will be performed by using one or more of the following techniques to ensure a fair and reasonable price:

a. Comparison of proposed hourly rates received in response to the solicitation.

b. Comparison of proposed hourly rates with the Independent Government Estimate.

Comparison of proposed hourly rates with available historical information. The ratings below will be used in the evaluation of proposals.

Solicitation Number: HSCEW8-08-R-00004

Technical factors shall be rated as follows:

1. Exceeds. To obtain a rating of "exceeds", the proposal must satisfy all of the evaluation factors, exceeds at two factors and provides added benefit(s) to the Government over and beyond the "meets." No weaknesses are found.

2. Meets. To obtain a rating of "meets", the proposal must satisfy all evaluation factors by meeting the minimum requirements contained in the solicitation. Any weaknesses can be readily corrected.

3. Does not meet. The proposal does not satisfy all evaluation factors and does not meet the minimum requirements of the solicitation. Proposal does not demonstrate an adequate understanding of the requirements to successfully perform the tasks set forth in the solicitation. The proposal requires a major revision to make it correct.

4. Neutral – Electronic Time Reporting System only.

Past performance shall be rated as follows:

1. Very Good (Significant Confidence): Based on the offeror's performance record, essentially no doubt exists the offeror will successfully perform the required effort.

2. Satisfactory (Confidence): Based on the offeror's performance record, some doubt exists the offeror will successfully perform the required effort.

3. Neutral (Unknown Confidence): No relevant performance record identifiable.

4. Unsatisfactory (No Confidence): Based on the offeror's performance record, extreme doubt exists that the offeror will successfully perform the required effort.

Note: The symbols (+) or (-) may be used in conjunction with a rating to denote a stronger or weaker response to a factor or final overall rating. The symbols will not be used for responses that earn a "Does not Meet" or "Unsatisfactory." In the case of equal ratings, price will become the determining factor for award.

# EXHIBIT

# 3

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 16

2. AMENDMENT/MODIFICATION NO.: 000001

3. EFFECTIVE DATE: 02/27/2008

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE: ICE/FPS/WEST CCG

ICE/FPS/West CCG/Region 8
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
Federal Ctr, Bldg 44, PO Box 25266
Denver CO 80225

7. ADMINISTERED BY (If other than Item 6) — CODE: ICE/FPS/WEST CCG

ICE/FPS/West CCG/Region 8
Immigration and Customs Enforcement
Ofc of Acquisition Management - FPS
Federal Ctr, Bldg 44, PO Box 25266
Attn: Sophie C. Sims
Denver CO 80225

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.: HSCEW8-08-R-00004

x 9B. DATED (SEE ITEM 11): 02/19/2008

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED (SEE ITEM 11)

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☒ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 4 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE
A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).
C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not. ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of Amendment 000001 is to include Q&As dated February 25, 2008, Q&As dated February 27, 2008, CBA attachment, Section L, and to re-establish the due date for proposals, i.e. responses to RFP HSCEW8-08-R-00004.

The revised due date for proposal submittal is as follows:

Electronic copies are due no later than midnight (2400)mountain time on March 1, 2008. Hard copies are due no later than March 4, 2008, 5 p.m. mountain time. Both dates must be met in order for the proposal to be considered.

email address: sophie.sims@dhs.gov

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): Gilbert Olivas

15B. CONTRACTOR/OFFEROR — (Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA — (Signature of Contracting Officer)

16C. DATE SIGNED

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEW8-08-R-00004/000001 | PAGE 2 OF 16 |
|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR | | |

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | hard copy address: Denver Federal Center<br>Building 44<br>Lakewood, CO 80225 | | | | |

**Request For Proposal HSCEW8-08-R-00004**
**Colorado Armed Guard Service**
**Questions & Answers, February 25, 2008**

1) Is a teaming agreement with the SDVOSB having 51% management control satisfactory for this requirement? Yes, in accordance with FAR 52.212-3 in Section K and 52.219-27 in Section I.

(2) Will the signed teaming agreement need to be part of the proposal? Yes.

(3) Who is the incumbent? Am-Gard, Inc.
600 Main St
Pittsburg PA 152152206.

(4) Will the organization, financial capability, experience, accounting control and technical skills of the teaming partner suffice if the SDVOSB is less experienced? See FAR 52.212-3 and 52.219-27.

(5) In regard to direct supervision (shift supervisors, roving supervisors, etc...), will the Government allow any price adjustments, after the award, for any additional supervisory hours required by the government and negotiated with the contractor in excess of all supervision and supervisory hours as proposed by the successful contractor? Contract type is Labor Hour IDIQ with fixed priced hourly rates. Adjustments will only be made in accordance with Service Contract Act. The Government is not specifying a level of supervision. The Contractor is to make prudent business decisions that will promote successful contract performance.

(6) According to the Service Contract Act, guards on productive posts are to be provided a fifteen (15) minute break during each four (4) hours on duty and an additional thirty (30) minute meal period for each six (6) hours on duty. Specifically, which posts require a relief officer to provide for these required rest breaks and meal periods? Employee breaks, etc. shall be in compliance with Department of Labor, State and local laws.

(7) With regard to meal periods, are there any posts where the productive guard being relieved is paid for the time he is being relieved for his meal period? Employee breaks, etc shall be in compliance with Department of Labor, State and local laws.

(8) With regards to the past experience requirement, is there a preferred format that the Government would like the experience submitted in? Are there any page limitations for that submittal? Please reference the RFP section L.

(9) At each location will there be available storage for weapons (i.e. Weapons lockers, armory, etc.)?

a. If not already in place, will installation of system be allowed
b. If not available at all locations which locations will it be available at

Storage of weapons will not be allowed on the site.

(10) If not, can contractor bill FPS for the "special training"? Using the example format provided in section L, all proposed costs shall be included in the productive hourly rate.

(11) Can costs associated for "replacement of personnel" for personnel who are in the "special training" and any associated overtime, be billed to FPS? Contract related costs must be submitted with the proposal as a proportion of the productive hourly rate.

(12) Do all questions and answers provided under the earlier Pre-solicitation DRAFT XYZ still apply? Where there is a difference, does the latest Draft RFP (Solicitation Number HSCEW8-08-R-00004) take precedence? If not, please readdress the earlier questions received.
Current/final RFP questions and answers apply.

(13) Will FPS provide a seniority list on the provided Collective Bargaining Agreement? This information will not be posted/nor provided by the Government as it is not within the purview of the Government at this time. In accordance with FAR 22.1020, *entitled Seniority Lists*, the incumbent prime contractor is required to furnish a certified list of all service empoyees on the contractor's payroll during the last month of the contract ...to the Contracting Officer no later than 10 days before contract completion...

(14) Please describe what FPS will require regarding payment of accrued benefits such as vacation, sick and personal time to incumbent personnel selected to continue duty but now employed with a new service provider. FPS requires the services provided by a contract for armed guard services. Contract personnel are employees of the contractor. Contractor must be in compliance with Department of Labor, state and local labor laws and adhere to required/applicable labor benefits/costs. Is this in reference to Service Contract Act requirements and/or additional requirements? Yes

(15) Section L, Proposal Instructions, Paragraph III.B, on Page L3 of L8, indicates that "The Past Performance Questionnaire is contained in Section L, Pages L8 through L8." However, the document at Page L8 is a "Performance Reference" sheet and does not include any questions for the contractor's clients to answer regarding quality of service. Although it states at the top that it is to be completed by the contractor's references, instead of the offeror, it appears to ask only for a description of services and the names of points of contact. Is the Offeror required to submit this Reference Sheet to our references to be completed, or may the contractor fill in the information requested as part of its proposal submittal? Questionnaires shall be completed by the contractor's references. Contractors should include a copy with the proposal package.

(16) The post hours listed in Attachment J show total estimated hours for each area. These totals include Holiday hours on posts that do not require this coverage (per what is stated for each post assignment). For example the Western Slope post requirements call for three posts that each require 8 hours a day (M-F) coverage except for holidays. This comes up with 6,024 required hours (10 Federal Holidays not including in count). The Government estimates 6,240 hours, which is accurate when including the holidays in the post requirements. This is calculated the same for all areas under this solicitation. Can the Government please confirm the post hour requirements and estimated totals for each? These totals are estimated for proposal purposes only. Actual hours will be awarded against Task Orders under the overall contract, i.e. minus holidays and weekends.

(17) Will FPS require the SDVOB to have the license in the SDVOB's name, or will FPS allow the license to be under the name of the subcontractor? The Contractor providing the services must be licensed.

(18) Will a 60 day transition period still be allowed/necessary whenever the contract is awarded? The transition period will not exceed 60 days. A shorter transition period may be authorized if agreed to by both the Government and Contractor.

(19) What arrangements, if any, are made for parking in the downtown areas for guards since they will be working a federal contract?
Contractor will be responsible for parking arrangements.

(20) Will government provide office space, internet access and telephones? Contractor is responsible for office space, etc.

(21) CBA cover letter states intent to increase CBA coverage area to localities to the attached wage schedule. Has the CBA been expended to include all Colorado locations? No. CBA applies only to So. Colorado.

(22). CBA extension negotiated thru 31 March. Has a new CBA been negotiated? No. CBA expired and extension is through March 31, 2008.

(23) Are offerors required to follow the pricing format in Section L? Offerors should follow their accounting system and account for all costs associated with the hourly rate. The format is only an example and identifies the minimum elements of an hourly rate. Offerors may add additional elements as needed.

**Request For Proposal HSCEW8-08-R-00004**
**Colorado Armed Guard Service**
**Questions & Answers, February 27, 2008**

(1) May both the prime and partner submit past performance if in partnership and if so limited to 3 total or 3 each? Yes. Limit to 3 each.

(2) Posts 604E, 606, 606A of the So. Colorado posts show post times of 0800-1800, but states 8 hours of coverage. 0800-1800 would indicate 12 hours of post coverage. Can the Government please confirm which is correct? 10 hour Post.

(3) Post 606B of the So. Colorado posts show post time coverage of 1800-0600 but states 8 hours of coverage. 1800-0600 would indicate 12 hours of post coverage. Can the Government please confirm which is correct? 12 hour Post.

(4) Post 607 of the So. Colorado posts show post time coverage of 0830-1630 for Tuesday through Wednesday excluding holidays, but states 4 days of coverage. Can the Government please clarify this requirement? Post 607 is one day per week. Wednesday 0830 -1630. 8 hour post.

(5) The 43 acre NWRC has a foot patrol for the fence line. Is it possible to add a vehicle to the proposal or does it have to be approved by FPS first? Any additions must be submitted and approved by FPS after award.

(6) Do the guards for the incumbent have a non-compete agreement with their current employer? The incumbent contractor is Am-Gard, Inc. The Government does not have purview to that information.

(7) In reference to post orders: Can the contractor make attachment to the post orders to enhance the effectiveness so long as the baseline post order is adhered to? Any additions to the post orders must be pre-approved by the Contracting Officer's Technical Representative.

(8) Statement of Work: Section 14.8 CPR/AED/First Aid Training; Item A (page C27 of C53): Will FPS accept American Heart Association certification standards in addition to American Red Cross? No.

(9) Statement of Work; Section 14.6 FPS-Specific Training; Item A (page C28 of C53): Can FPS quantify the hours and amount of the "special training?" 8 hours.

(10) Will the contractor be allowed to install static IP cameras to monitor our officers at certain locations. The cameras would be monitored at our remote dispatch facility. Contractors will not be allowed to install cameras on a government-owned facility.

(11) It is our understanding that it is unacceptable to the Government, that an individual who is designated as a supervisor, also performs relief and break duties as the relief and break productive guard. Is this correct? Relief and Supervision are two different requirements/tasks.

(12) Due to the additional requirements of the teaming agreements now being required in the submittal of the bid and the changes in the references procedures, (completed by

the references); will there be an extension in the RFP submittal date? Electronic copies are due no later than March 1, 2008 midnight mountain time, and hard copies are due no later than March 4, 2008, 5 p.m. mountain time.

(13) Section L, Page L3 of the solicitation states that the HOURLY RATE must be in whole dollar amounts and the dollar amounts for all CLINS must be in whole dollar amounts. So for example, you could NOT pose an hourly rate of $10.50 an hour multiplied by 10 hours and equal $105.00, which is a whole dollar amount, instead you must pose an hourly rate of $10 or $11 an hour multiplied by 10 hours and it equal $100 or $110 respectively. Correct? Contractors may propose the hourly rate as it is computed. "Whole" is deleted.

(14) Do you accept hand delivered proposals and if so – will someone be able to meet at the front gate to pick it up? Yes, hand delivered to Building 44 only. Government will NOT pick up packages or meet deliverers at the gate. Government is not responsible for packages hand delivered to a gate.

(15) Are the Credentials and Certifications of the work force employed by Am-Gard supporting this effort current, or are they expired? Possession for current certification is a requirement for working on the contract. All guards assigned to posts must have current certifications.

(16) Schedule B, page B3, states the applicable wage determinations for Downtown East are 2005-2079 Rev. 5 and 205-2081 Rev 4. None of the posts listed appear to be covered by wage determination number 2005-2079. Please identify the posts that are covered by wage determination number 2005-2079 Rev. 5. Colorado Springs posts, i.e. Southern Colorado and the Western Slope.

(17) Page C22, section 14.1.B states all Government-provided training and testing for this contract shall be provided at the locations to be determined by FPS. Section 14.1.C states the Contractor shall also bear all costs and responsibilities related to their employees' attendance at the training and examinations, including all expenses for transportation, lodging, and meals (as may be necessary). All training related costs must be factored into the offering price, as they will not be itemized or paid for separately by the Government after award. Will the Government please provide Offerors with the anticipated training locations for the purpose of calculating the related costs for travel and lodging? A Federal Protective Service Training Officer travels to the contractor's location to conduct/monitor training. Line scan training will be offered at the Denver Federal Center.

(18) Will the Government provide the site visit attendee list to all bidders? The Government will not post/provide a list of site attendees.

(19) On page J5 of J55, Post 103A is listed as 0600-1800 but shows post time of 12.5 hours daily. Which is correct? Post 103A hours are from 0600 to 1800 hours, 12 hour post.

(20) On page J18 of J55, the holster required is a Level II retention holster w/hammer strap. If the issue weapon is hammerless (i.e. Glock, Model 17) can a Level II retention holster without hammer strap be substituted? The Government will consider.

(21) Are the current employees of the incumbent service provider carrying revolvers or semi-automatic weapons? Revolvers are currently used.

(22) Boulder and Greeley are listed as being covered by 2005-3009 rev 6. However, the counties of Boulder and Weld are listed on WD 2005-2081, rev 4. Please verify which WD covers Boulder and Greeley. WD 2005-2081, rev 4.

(23) The cover letter on the CBA dated 9/12/07 indicates that there is an attached wage schedule and H&W schedule. No such attachment seems to be included. Are the wages and H&W rates listed on page 14 current? They appear to be old and expired rates. Please clarify wage and H&W rates to be used as a basis for pricing Southern Colorado. CBA attachment will be included in Amendment 1.

(24) Is this contract issued as a task order on GSA Multiple Award Schedule contract? No.

(25) Will the contractor be allowed to substitute communication equipment at their own expense? Government provided radios are Motorola Model XTS 3000. These radios are for the guards to communicate with the Control Center as well as each other. A contractor may supplement this communication path with equipment/service of their own. However, this would not replace the government equipment and the guards will still be expected to utilize the government system.

**AM-GARD, INC.**
780 Simms Street #105
Golden, CO 80401
(303) 274-5555

This letter is to document a formal agreement between Am-Gard and the UGSOA Local #50 to do the following:

To extend the current CBA until March 31, 2008 with all of its terminology with the exception of wages, health & welfare.

To increase the CBA covered localities to the attached wage schedule

To increase the health and welfare to the rates in the attached schedule

This extension agreement of the current CBA, with the above exceptions, is due to the government extending our current contract until March 31, 2008.

The parties agree to affix their signature below with the intention to be bound by this agreement, this day 09 / 12, 2007.

Patricia Larson, Contract Manger
AM-GARD, Inc

James Carney, President
UGSOA International

Michelle Grant, President
UGSOA Local 50

AM-GARD, INC.
780 Simms Street #105
Golden, CO 80401
(303) 274-5555

## ARTICLE 9

## WAGES

### SECTION 9.1 WAGE SCHEDULE

| Locality | Wage | Health and Welfare |
|---|---|---|
| Colorado Springs | $13.15 | $3.01 |
| Pueblo, Trinidad, La Junta, Alamosa and Canon City | $12.12 | $3.01 |
| Durango | $12.12 | $3.01 |

TO

## WAGES

### SECTION 9.1 WAGE SCHEDULE

| Locality | Wage | Health and Welfare |
|---|---|---|
| Colorado Springs | $14.44 | $3.16 |
| Pueblo, Trinidad, La Junta, Alamosa and Canon City | $13.33 | $3.16 |
| Durango | $13.33 | $3.16 |

# Section L

## Proposal Instructions
## &
## Past Performance Questionnaire

Revised February 26, 2008

## Section L

### Proposal Instructions

I. DHS/ICE/FPS is contemplating the award of the Region 8 Denver Armed Guard Services contract as a competitive set-aside for a Service Disabled Veteran Owned Business. A Labor Hour (LH), Indefinite Delivery, Indefinite Quantity type contract is contemplated. Task Orders will be issued against the basic contract. The proposed period of performance for this effort is a base year plus four 12-month option periods to be exercised at the sole discretion of the Government. Please be advised this Request for Proposal (RFP) in no manner obligates the Government regarding award of a contract, task order or modification that results from the issuance of this RFP. Any award made will be contingent on receipt of certified funds in accordance with (IAW) FAR 52.232-18, Availability of Funds.

II. The term "proposal" and "bid" are used in some of the contract clauses and/or provisions; however, this is a Request for Proposal (RFP) IAW FAR Part 15.

III. **Proposal Requirements**

Offerors must submit their offer in three separate volumes: Volume I: Technical Capability, Volume II: Past Performance, and Volume III: Price Quotation to perform the requirements of the attached Statement of Work. These should be presented as separate documents/attachments.

A. **Volume I:** Technical Capability is limited to forty (40) pages and should include Technical and Management Capability, a Training Plan, a Transition Plan. Add an index, cover pages and organize your response into the following areas:

<u>Technical Factor</u>

a. Technical and Management Capability

- Describe the technical excellence and management capability of the offeror.
- Supervision – Proposals shall describe offeror's chain of command and demonstrate how personnel are organized to successfully accomplish all the requirements of the statement of work.
- Staffing Plan - Provide a project schedule depicting task and sub-task timelines that will ensure qualified personnel are available prior to the task order start date.

b. Transition Plan – Proposal shall describe a plan for a smooth and seamless transition from the existing contract for Region 8 guard services contract to preclude an interruption in service.

c. Electronic Time Reporting System – Proposal provides an adequate (as an alternative to the current manual timekeeping paperwork SF-139s) automated plan for a timekeeping documentation that can be used to verify billing accuracy and billable hours. Note: If none is proposed or does not meet the Government's need, a neutral rating will be assigned. This factor serves to only enhance the overall technical rating.

**B. Volume II: The past performance information** provided by your firm shall include a summary of your firm's most recent, and relevant efforts during the last three (3) years that demonstrate the quality of these efforts and your potential for success on this effort. Submit a maximum of three references. References need not be exclusive to Government endeavors.

The Past Performance Questionnaire is contained in Section L, Pages L6 through L8. Past performance will be evaluated as a measure of the Government's confidence in the offeror's ability to successfully perform based on previous and current contract and/or task order efforts. The Government will evaluate the past performance data submitted for recency, relevancy, and realism/quality. Relevancy of past performance data will be determined by considering performance on contracts and/or task orders of a similar nature, size, scope, dynamic environment and complexity, utilizing a comparable number of personnel with like skills. Some past performance data may be considered more relevant to this RFP than other data. The Government reserves the right to consider any other information obtained through other means including those from Government and commercial sources.

**C. Volume III: The contractor shall provide pricing information** by completing the Contract Line item numbers (CLINs) shown in Schedule B. The general instructions for the preparation of the Price Proposal are as follows:

i. Offeror must enter dollar values under "Hourly Rate", multiplied by the "Estimated Hours", and enter an extended amount in the 'Extended Total estimated" column for each CLIN. "TOTAL" all CLIN periods (including all option CLINs) and enter a TOTAL AMOUNT.

ii. Proposed prices for Option periods will be evaluated as a part of total award price.

iii. Offerors should include a statement acknowledging compliance with the attached U.S. Department of Labor Wage Determinations (Section J). Please note that the Fair Labor Standards Act, Service Contract Act and Minimum Wage determinations are applicable to this acquisition and shall be considered in all proposed prices.

Detailed Pricing Breakdown: Task order will be priced using the proposed fully burdened hourly rate. The fully burdened hourly rate shall represent the hourly rate charged to the Government and shall include the straight rate paid, fringe, payroll taxes, and the incumbent's cost of doing business. A breakdown of the hourly rate shall be provided as part of your proposal for the purpose of future wage adjustments under the Service Contract Act (SCA).

Example format for detailed pricing breakdown:

Solicitation HSCEW8-08-R-00004

| Wage Breakdown Example | | | | | | |
|---|---|---|---|---|---|---|
| Company Name | | | | | | |
| Contract Number | | | | | | |
| Wage Determination | | | | | | |
| Labor Code | | | | | | |
| | | | | | | |
| A. Straight Wage Paid to Employee | B. Fringe | C. Total Wage (A+B) | E. Payroll taxes (C*D) | F. Wage plus taxes (C+E): | G. Overhead or G&A/Profit % | H. Fully Burdened Wage Rate (G*F) |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $ |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Payroll | | | | |
| | | Taxes & | | | | |
| | | Burden | Percent | | | |
| | | FICA | 0.00% | | | |
| | | FUTA | 0.00% | | | |
| | | SUI | 0.00% | | | |
| | | W/C | 0.00% | | | |
| | | GL | 0.00% | | | |
| | | | | | | |
| | | Total: D | 0% | | | |

Using the example format provided herein, each company is to provide a breakdown of its fully burdened rate for all hourly rates. These rates may be adjusted annually in accordance with FAR clause 52.222-43 Fair Labor Standards Act and Service Contract Act – Price Adjustment (Multiple Year and Option Contracts). (This submission does apply to the page limitations contained herein).

IV. **Proposal Evaluation Approach**

a. Technical, past performance, and price shall be considered in the evaluation of the offers. Trade-off method of evaluation will be used where past performance and technical capability are significantly more important than price for this effort and award will be to offeror representing the best value to the Government. A price that is determined to be unrealistic or unreasonable shall be grounds for removal of the proposal from consideration even if it was determined to be technically acceptable. Proposals shall be received no later than the closing date shown on the SF1449 as the proposal due date. Proposal must be submitted electronically (and in hardcopy) to the Contract Specialist Ms. Sophie C. Sims at sophie.sims@dhs.gov. The hardcopy shall be mailed to the following address:

Solicitation Number: HSCEW8-08-R-00004
Attn: Ms. Sophie Sims, Contract Specialist
DFC, Bldg 44
5th & Kipling, Lakewood CO 80225

a. The ratings below will be used in the evaluation of the source selection factors.

i. Ratings for Technical Factors shown in Section M are as follows:

1. Exceeds. To obtain a rating of "exceeds", the proposal must satisfy all of the evaluation factors, exceeds at two factors and provides added benefit(s) to the Government over and beyond the "meets." No weaknesses are found.

2. Meets. To obtain a rating of "meets", the proposal must satisfy all evaluation factors by meeting the minimum requirements contained in the solicitation. Any weaknesses can be readily corrected.

3. Does not meet. The proposal does not satisfy all evaluation factors and does not meet the minimum requirements of the solicitation. Proposal does not demonstrate an adequate understanding of the requirements to successfully perform the tasks set forth in the solicitation. The proposal requires a major revision to make it correct.

4. Neutral. Electronic Time Reporting System only.

ii. Ratings for Past performance shall be as follows:

1. Very Good (Significant Confidence): Based on the offeror's performance record, essentially no doubt exists the offeror will successfully perform the required effort.

2. Satisfactory (Confidence): Based on the offeror's performance record, some doubt exists the offeror will successfully perform the required effort.

3. Neutral (Unknown Confidence): No relevant performance record identifiable.

4. Unsatisfactory (No Confidence): Based on the offeror's performance record, extreme doubt exists that the offeror will successfully perform the required effort.

The symbols (+) or (-) may be used in conjunction with a rating to denote a stronger or weaker response to a factor or final overall rating. The symbols will not be used for responses that earn a "Does not Meet" or "Unsatisfactory." In the case of equal ratings, price will become the determining factor for award.

c. **Solicitation Contacts.** Questions may be directed to Ms. Sophie Sims at 303-236-7931 Ext. 257. Alternate point of contact is Ms. Katherine Padilla, 303-236-7931, Ext 222.

Solicitation HSCEW8-08-R-00004

## PERFORMANCE REFERENCES

Provide a list of at least three (3) contracts In Accordance With (IAW) FAR 52.212-1, Instructions to Offerors. Contracts may include those entered into by the U.S. Government, agencies of local Governments and commercial customers. Offerors that are newly formed entities without prior contracts should list contracts as required above, which Contractor's key personnel have participated in. Include the following information for each contract:

MOST RECENT/RELEVANT CONTRACT COMPLETED, PERFORMED OR ON-GOING

(a) Name, address and phone number of contracting activity:

______________________________________________

______________________________________________

______________________________________________

(b) Contract number:

______________________________________________

(c) Description of the contract services provided:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(d) Contracting Officer (or equivalent) name and phone number:

______________________________________________

(e) Program Manager (or equivalent) name and phone number:

______________________________________________

(f) Period of Performance:

______________________________________________

(g) Total contract value:

______________________________________________

(h) Status: Active____________ Completed____________

Solicitation HSCEW8-08-R-00004

SECOND MOST RECENT/RELEVANT CONTRACT COMPLETED OR ANOTHER CONTRACT STILL ON-GOING

(a) Name, address and phone number of contracting activity:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(b) Contract number:

______________________________________________

(c) Description of the contract services provided:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(d) Contracting Officer (or equivalent) name and phone number:

______________________________________________

(e) Program Manager (or equivalent) name and phone number:

______________________________________________

(f) Period of Performance:

______________________________________________

(g) Total contract value:

______________________________________________

(h) Status: Active____________ Completed_____________

Solicitation HSCEW8-08-R-00004

THIRD MOST RECENT/RELEVANT CONTRACT COMPLETED OR ANOTHER CONTRACT STILL ON-GOING

(a) Name, address and phone number of contracting activity:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

________________________

(b) Contract number:

______________________________________________

(c) Description of the contract services provided:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(d) Contracting Officer (or equivalent) name and phone number:

______________________________________________

(e) Program Manager (or equivalent) name and phone number:

______________________________________________

(f) Period of Performance:

______________________________________________

(g) Total contract value:

______________________________________________

(h) Status: Active____________ Completed____________