# EXHIBIT

# 4

International Security Agency
(ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Dear Ms. Sims,

The DCMS-ISA, Inc Team is pleased to submit to the Department of Homeland Security, Immigration and Customs Enforcement-Federal Protective Service, Federal Protective Services Division (8PAF) our response to the subject solicitation without exception. DCMS-ISA, a **certified Service Disabled Veteran Owned Small Business (SDVOSB)** agrees with all terms, conditions, and provisions associated with this contract. We also certify that our proposal extends for 120 days from the date of this submittal.

Team DCMS-ISA is prepared to handle the maximum allowable task orders described in the Statement of Work. We have secured resources through Teaming Agreements, Letters of Commitment and beyond that demonstrate our understanding of the magnitude of the required services by DHS.

- The ability and resources to complete all required Items
- Seven figure line of credit
- Over 15 years in Federal contracting
- Proven performance including emails of official recognition
- A perfect safety record
- Established, local offices and necessary assets

DCMS-ISA with its Teaming Partner AM-GARD brings the exact combination of skills required to meet performance expectations. DCMS-ISA is exceptionally qualified to support this effort for several significant reasons:

**Established Subcontractor relationship** – DCMS has an on-going, established relationship with AM-GARD as a subcontractor.

**The Right Organization** – A lean corporate structure enabling responsive service across all tasks.

**The Right Team** – Financially sound companies with the right experience to ensure immediate comprehensive requirements coverage.

**The Right Approach** – An integrated technical and management solution with productivity increasing technical tools.

If you require any additional information, please do not hesitate to contact the undersigned at 601-831-3131 mobile.

Sincerely,

Wayne Procell – President/CEO (SDV)

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Volume I: Technical Capability

**Department of Homeland Security**

Immigration and Customs Enforcement-Federal Protective Service

Submitted To:

Solicitation Number: HSCEW8-08-R-00004
Attn: Ms. Sophie Sims, Contract Specialist
DFC, P.O. Box 25266, Bldg 44
6th & Kipling, Lakewood CO 80225

Submitted By:

DCMS-ISA, INC
4155 E Jewell Ave Suite 709
Denver, CO 80222

DUNS: 805531667
Cage Code: 4ZEF4
TIN: 261841754

Wayne Procell, President/CEO

February 26, 2008

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed - in whole or in part - for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of - or in connection with - the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction is contained in sheets indicated by the following statement: USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL SOURCE SELECTION INFORMATION SEE FAR 3.104

Table of Contents

1.0 Technical and Management Capability ......3
1.1 About DCMS-ISA (SDVOSB) ......4
1.2 About International Security Agency (ISA) ......5
1.3 About AM-GARD ......6
1.4 Technical excellence and management capability ......6
1.4.1 Levels of Training ......6
1.5 Supervision ......9
1.5.1 Chain of command and how personnel are organized ......11
1.6 Staffing Plan ......12
1.6.1 Project schedule depicting task and sub-task timelines ......21
2.0 Transition Plan ......23
3.0 Electronic Time Reporting System ......24
4.0 Corporate Information ......26
5.0 AM-GARD Teaming Agreement ......27
6.0 Department of Veterans Affairs Letter ......33
7.0 Letter of Recommendation ......35

The offeror agrees to perform the work at the prices specified in strict accordance with the terms of this solicitation, if this offer is accepted by the Government within 120 calendar days after the date offers are due.

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

## 1.0 Technical and Management Capability

The DCMS-ISA Team: DCMS-ISA, Inc, a Service Disabled Veteran Owned Small Business (SDVOSB), has teamed with **AM-GARD** to provide quality services to the Department of Homeland Security, Immigration and Customs Enforcement-Federal Protective Service, Federal Protective Services Division (8PAF); **the DCMS-ISA / AM-GARD Team. It is our policy to give first right of employment to existing employees. Our compensation and benefits package will equal or exceed existing compensation and benefits.**

The team was formed to ensure a seamless transition and for extensive review of existing policies and procedures. Importantly, DCMS-ISA will provide supervision and total oversight of the contract. Our dedication to training and local training facilities will minimize costs, ensure superior contract performance and allow ease of Government observation.

DCMS-ISA determined that teaming with AM-GARD would permit the requisite level of control and guarantee the best possible contract performance and transition.

DCMS, a Service Connected Disabled Veteran Owned Small Business, has extensive experience managing Federal Government Contracts as the Prime Contractor. ISA has been in the Security Services business since 1977. The Joint Venture of the companies and our combined strength and knowledge provides our customers with skilled and experienced personnel in all areas of Federal contracting; including complex security solutions, contract administration, security clearance, reporting, invoicing, and over all program management. We have the training, personnel and financial wherewithal to handle bonding, payroll, and the maximum number of task orders detailed in the Statement of Work.

Our field personnel have functioned in crisis management situations, and have demonstrated the ability to sustain a high level of performance during periods of extreme operating conditions.

The **DCMS-ISA / AM-GARD Team** has been formed to meet the strict requirements and to demonstrate an understanding of the importance and magnitude of this contract. The team presents the best value for several reasons:

- Local Denver, CO based company
- Established offices in Denver, CO
- Extensive experience on this contract
- Exact, relevant past performance
- Seamless transition
- Minimal training and orientation
- Meet all education requirements
- Approved Quality Control Plan
- Established training facility in Denver, CO
- Existing qualified personnel
- Informal Mentor/Protégé relationship with AM-GARD
- Detailed understanding of SOW
- Best Value approach
- In-place policies and procedures
- Seven figure line of credit

The DCMS-ISA / AM-GARD Team provide a variety of security services:

- Unarmed guards
- Armed guards
- American Security Guards[SM]
- Investigative services
- Security consulting
- Foreign Security Services

## 1.1 About DCMS-ISA (SDVOSB)

Demolition and Construction Management Services, Inc. (DCMS) is a Service Disabled Veteran Owned Small Business (SDVOSB) and SBA Total HUBZone Certified. International Security Agency (ISA) is an established security services company since 1977 and is a part of the Brumley International Group www.brumleyinternationalgroup.com.




DCMS and ISA is a Denver, Colorado based joint venture company known as DCMS-ISA doing business as ISA.

**DCMS has been the Prime contractor for 12 Federal Government contracts since October 2006;** with exceptional performance ratings and an A15 bond rating (the highest possible). DCMS has secured materials, staff and transportation, and understand the importance of the services required. DCMS-ISA has the capacity to handle the maximum allowable number of task orders and could also be easily expanded to handle surge requirements.

Additional services presently provided for Federal and Commercial customers are:

- Professional Services and Recruiting
- Budget Prep and Perpetual Analysis
- Departmental Spending Reports
- Overall Project Management
- Security Clearance
- Dedicated Federal Support Group
- Systems Maintenance
- Logistics Support
- Project Planning & Approval
- Security Incident Reports

**The owner of DCMS is also 100% owner of APRO Technology - APRO's Construction and Infrastructure Division** provides a wide array of services, including; staffing, facility and grounds maintenance, and material handlers. When necessary the assets of both companies can

be combined to bring a seamless solution to Department of Homeland Security, Immigration and Customs Enforcement-Federal Protective Service, Federal Protective Services Division.

As the Prime Contractor, APRO presently provides infrastructure, grounds and road maintenance for FEMA in the disaster regions of Louisiana and Mississippi. APRO is also subcontractor, General Manager and Program Manager at the Major Shared Resource Center (MSRC) of the Corps of Engineers, Engineer Research and Development Center Vicksburg, MS, and support various High Performance Computing initiatives of the Department of Defense , as well as other national and international level government agency customers.

### 1.2 About International Security Agency (ISA)

The ISA was established in 1977 and has operated in an International capacity since; with its first assignments in Asia. The ISA maintains a special security status utilizing direct communication with its Agents worldwide 24 hours a day 7 days a week, covering all aspects of security, surveillance, intelligence gathering and protection.

The ISA works within all aspects of client confidentiality and privacy utilizing seasoned and experienced Special Agents with international exposure for senior executive and high profile clients. The ISA is a unique institution in that it is undertaking sensitive surveillance, countermeasures, and important investigations, background inquiries on persons and close protection, which may involve prominent figures in both the public and private sectors.

In recognition of these diverse responsibilities the ISA has traditionally been provided broader discretion in personnel matters than is afforded by most agencies. All persons and positions in the ISA are in the excepted service. This places all ISA agents outside the general population and allows the ability for various personnel actions related to hiring, promotion, qualifications, discipline and other matters with a greater degree of discretion. Only the elite of qualified candidates are considered for service with the agency.

The ISA assists corporations, businesses and governments with such issues as Foreign Country Emergency Evacuations of executives, employees, government officials and their families, or to travel with or protect individuals, groups or valuables. ISA Specialists are highly skilled and trained in Emergency Evacuation and are available for rapid deployment to almost any US location or foreign country for emergency evacuations due to civil unrest, political problems, crime, or other hostile or unstable environments or threat of war. To aid our team of evacuation specialists, we have a group of highly trained intelligence analysts to implement our services by providing timely, important information to make our missions as secure, safe, efficient and successful as possible.

ISA uses highly trained specialists to provide emergency evacuations and extractions worldwide. As professional security and risk managers, we are also able to assist with intelligence gathering, planning, personal protection, travel advisories, and security advance assessments before placing

executives, employees, government officials or family members into a country that may be, or have the potential to be, unstable or unsafe.

### 1.3 About AM-GARD

AM-GARD is the present Prime Contractor for this contract. DCMS-ISA determined that teaming with AM-GARD would guarantee the best possible contract performance and transition. Founded in 1971 AM-GARD has established itself as a leading contract security firm in the government, medical, industrial, commercial, and transportation industries.

AM-GARD maintains accounts throughout the United States with a client roster that has grown considerably over the years.

AM-GARD brings unique insight into the administration and operation of security services management for this contract and will facilitate a security management program that meets or exceeds requirements.

### 1.4 Technical excellence and management capability

The DCMS-ISA / AM-GARD Team Security Officer Training provides in service security officer training on every account and job site to ensure that we assign the best possible trained staff to our guard posts. Our technical excellence and management capability are defined as operational excellence and is represented in every aspect of the proposal; from our training program to our staffing plan to our transition plan.

Beginning with an initial site inspection, our management team will construct a quality program driven security management solution that starts with the transition period (initial set-up). The team will remain on site until all program policies and procedures are in place and operating smoothly. We also conduct regular personnel evaluations to ensure that our program continues to meet requirements. Our formal classroom program draws on the expertise of dedicated instructors and the experience of key supervisors and managers.

#### 1.4.1 Levels of Training

The DCMS-ISA / AM-GARD Team have designated three levels of training for security personnel. The Security Guard Information Manual (SGIM) shall be provided on the first day of basic training.

**Weapons (Firearms) Training:** DCMS-ISA has examined the requirements for firearm training and licensing, and other training. Our training programs and certifications are designed to comply with the Federal requirements and meet the Statement of Work.

**Level One:** Basic Training is provided in conjunction with job orientation and general post assignments. It covers the basic information needed by all contract security officers to effectively

perform general duties in a professional and informed manner.

Basic Training program covers:

**Patrol, Observation, and Patrol Methods**

- The purpose of protective patrolling
- Protective patrol and observation techniques
- Observation skills and proper reporting protocols

**Response to Disturbance and Crime in Progress**

- Disorderly conduct and conditions under which it may occur
- The correct physical approach to disorderly conduct
- Various physical crimes in which the security officer may intervene
- The correct physical approach to each identified crime
- The element of surprise
- The security officer's role and responsibility for each defined event

**Safety, Fire Prevention, Fire Response**

- General safety and fire prevention
- Proper use of fire extinguishers
- Various fire suppression systems and applications

**Power of Arrest and Legal Limitations of Private Security**

- Authority and procedure for affecting an arrest
- Legal limitations and restrictions on arrest, use of force, use of deadly force
- Rights of detainment, interrogation, self-incrimination privilege, eyewitness identification, warrant, and complaints

**Ethics and Professionalism**

- Overview of police and professional ethics
- Personal conduct, appearance, demeanor, disposition

**Communications and Public Relations**

- Effective communication techniques
- Conditions that hinder effective communication
- Public image and public relations
- Limitations and restrictions on release of information

- Weight proportionate to height
- Age of least twenty-one years
- U.S. citizenship

**Level Three:** American Security Guard Training is our highest level of training, provided for security officer on high-risk and high-visibility assignments.

For security that goes beyond our gold standard, opt for the American Security Guard. Our premiere service group is an elite team of security officers who protect high-risk or high-visibility sites including corporate campuses, government and military buildings, high-rise office buildings, medical centers, and university campuses. American Security Guard s specialized cross-training means that these security professionals can provide a variety of custom services, from hazardous materials security to dispatching to emergency medical support. Our most discriminating clients appreciate the extra level of protection and choice the American Security Guard provides.

**Standard qualifications:**

- Associate degree
- Police or military experience
- Comprehensive physical security knowledge
- High-exposure security experience
- Senior staff experience
- Excellent physical condition
- Weight proportionate to height
- Computer literacy
- Professional, honest, and trustworthy character
- Age of least twenty-five years
- Extensive background in conducting preliminary investigations and evidence collection/preservation
- State certification
- Bondable status
- Advanced first aid, CPR, and defibrillator certification

**Customized Training:**

All training may be supplemented with course material pertaining to the job's specific requirements. Advanced training programs, customized to meet the specific needs of the client, are normally charged to the client at prevailing contract rates.

## 1.5 Supervision

**Supervisor Minimum Qualifications:** High school diploma or GED and one year of experience in law enforcement or security work to include supervisory experience are required and must

possess a Driver license. Supervisors must be able to work rotating shifts, nights, weekends and holidays on a varying work schedule.

A Security Guard Supervisor typically:

1. Interviews, selects, and orients new Security Guards
2. Establishes work assignments and schedules of assigned Security Guards
3. Plans and schedules in-service training for assigned Security Guards
4. Develops, implements, and enforces standard operating procedures and policies for assigned staff
5. Conducts periodic inspections to assure that assigned staff is performing in accordance with appropriate guidelines
6. Maintains necessary operational records, reports, and budgets for security guard staff
7. Performs related duties as assigned

**Job Specifications**

NATURE OF WORK

Supervisors work in protecting and patrolling guard districts. An employee in this class is responsible for supervising a staff of security guards engaged in providing security services within special districts. Emphasis of the work is on supervising a staff of security guards assigned to various locations throughout guard districts, preparing work schedules, assigning and inspecting patrol areas, assisting other law enforcement agencies, and preparing shift activity reports.

Supervision is exercised over a staff of security guards through assignment of responsibilities and review of work for compliance with established practices and procedures. Supervision is received from an administrative superior who reviews work through conferences and reports for effective and efficient security operations.

ILLUSTRATIVE TASKS

Supervises the work of a staff of security guards responsible for protecting and patrolling districts; inspects all posts to assure compliance with policies and directives. Supervisors confer with superiors to receive shift instructions and to report incidents and activities from previous shift.

Prepares work schedules and assigns work areas; changes or modifies schedules as needed; calls in part-time personnel to provide for necessary coverage. Addresses and resolves routine service complaints from residents; confers with supervisor concerning policy decisions.

Responds to verbal reports of unusual incidents or problems and assists in their resolution; assists other law enforcement agencies in investigative and emergency situations. Prepares and

maintains activity records including guard logs, vehicle logs and incident reports. Makes recommendations regarding hiring, discipline and promotion of subordinates; authorizes leave and overtime; evaluates and rates employee performance. Performs related work as required.
KNOWLEDGES, ABILITIES AND SKILLS

- Considerable knowledge of the geography of the area including road networks.
- Knowledge of modern security practices, techniques and methods of law enforcement.
- Knowledge of the policies, regulations and procedures used in protecting and patrolling special taxing guard districts.
- Knowledge of public relations principles and techniques.
- Knowledge of supervisory principles and practices.
- Ability to supervise subordinates in a manner conducive to full performance and high morale.
- Ability to enforce security policies, regulations and procedures firmly and impartially.
- Ability to establish and maintain effective working relationships with subordinates, superiors and police officials.
- Ability to understand and follow verbal and written instructions.
- Ability to react promptly and correctly in emergency situations.
- Ability to prepare and maintain routine records and reports.

### 1.5.1 Chain of command and how personnel are organized

DCMS-ISA firmly believes that tight supervision is one of the major keys in determining the success of a security firm.

Our supervisors roam the field from post to post. Random inspections keep our officers in compliance.

DCMS-ISA places an emphasis on providing an experience chain of command with the oversight required in the Statement of work. We conduct periodic client reviews to make sure that problems are solved fast and that potential problems never develop into crisis situations.

The entire management staff is called in to discuss detail issues and problems at each post. Our policies provide immediate access to officer training records and background checks. We provide for immediate replacement of officers deemed unsatisfactory by our clients.

DCMS-ISA assigns a Program Manager to each of its security contracts. An individual Program Manager supervises one Security contract depending on the size of the contract. Each of our managers is graded quarterly by the Director of Security for the progress and the success of the site.

Upon contract award DCMS-ISA will fully document all training, first-aid and relative certifications are current for all assigned guards.

We have identified local, experienced personnel that will work in key positions. These personnel are currently working on this contract and are familiar with all of the task order requirements. Upon contract award we will immediately re-orientate key, local personnel presently employed on this contract.

All existing and potential candidates are screened by our Human Resources Department and Technical Staff to ensure each selected candidate meets the position requirements. Additionally, potential candidates are interviewed and evaluated for their ability to be a "team member", professionalism, and ability to effectively communicate with clients, government agencies and our staff.

Our Human Resource Manager has worked over nine years as Director of Human Resources for a large corporation. She has the competency to manage several hundred employees and possesses in-depth regulatory knowledge. As head of the training program she brings an impressive record of coordinating training for large numbers of shift workers. To ensure professional and effective organizational standards, an Employee Manual will be provided to each employee and to each sub-contractor to supplement their own. Training for clerical and field personnel will be priority.

Our subcontractors will be professionally trained through the training program structured to the highest standards; safety will be a primary element of each training session. They will be instructed on how their presence and professionalism affects the quality and perception of their work. Our employees and subcontractors will be badged to ensure they are clearly identifiable.

**Key Resumes:**

CONTRACT MANAGER - RESUME OF: JAMES A. JORDAN

CONTACT INFO

James A. Jordan
10142 Fawnbrook Lane
Highlands Ranch, CO 80130
(720) 344-9633 Home
(303) 319-0532Cell
jajordan007.isa@gmail.com

WORK EXPERIENCE

**01/2007 to present Senior Vice President**
International Security Agency-Chief Security Officer Brumley International Group
Denver, CO 303-319-0532

Responsible for negotiating and managing all security contracts for I.S.A. As chief security officer (CSO) for Brumley International Group (B.I.G.) which encompasses twenty-nine individual companies, responsibilities' include, but not limited to, overall supervision of security matters of this parent organization. Responsibilities also include overseeing the management and safety of all employees, all training certifications, and overseeing of all security contracts and security related details.

**10/2005 to Present Military Police/Force Protection Officer**
Colorado Army National Guard, 6848 South Revere Parkway, Centennial, Colorado; Supervisor-James Farmer, 720-250-1090.

As a Force Protection Officer, I am responsible of overall security of state headquarters to include personal and physical security of the facility and employees. Conduct daily security checks and investigate any security breeches. Responsible for personal protection of Colorado Army National Guard Commander and any foreign military dignitaries. 220th Military Police Co. - As a member of the 220th military police company responsibilities includes Garrison Law Enforcement duties as well as training/working as a field combat police officer with the Army National Guard.

**0 1/2004 to 08/2005 Director of Security**
Vanguard security, 10145 NW 19th St. Miami, FL 33172; Supervisor-Fernando Tapia, 305-592-9747.

Responsibilities include day-to-day supervision of a 12 member security staff. Managing an interior space of about 300,000 square feet. Oversee installation and operation of state of the art digital CCTV system. Responsible for payroll, risk management, scheduling, hiring and dismissal of security personnel. The mall is currently wrapping up a $35 million dollar renovation which presents many unique security situations that need to be constantly monitored for updates and changes? Crowd control, shoplifter/robbery suppression, customer/tenant assistance and security escorts, are just a few of the daily tasks completed by the security staff. Direct monthly training of security personnel

**05/2003 to 06/2004 Captain/Section-Shift Supervisor**
Wackenhut Security, 5800 Blue lagoon Dr. #301 Miami, FL; Supervisor-Dan Kaslick, 305-375-5700.

Responsible for the safety and security of patrons utilizing the Metrorail system and assets of the Metrorail system. Supervised between 6 and 12 Security Officers in my daily assigned area of responsibility. Responded to and supervised handling of all incidents of criminal activity and medical emergencies. Handled all incident, accident reports and payroll for my area.

**08/1999 to 05/2003 Police Office**
Lumberton Police Department, 1305 Godwin Ave. Lumberton, NC 28358; Supervisor-Lt. Mickey Biggs, 910-671-3845.

While assigned to patrol, responded to calls for service ranging from lost persons, vehicle accident investigation, sexual assaults, death Investigations, narcotic activity, armed robbery and disturbance calls of all types. Conducted investigations, made arrests and processed prisoners. Testified in subsequent court proceedings. Was selected as a member of the DEA Federal Drug Task Force. Was selected, trained and certified as a member of the Special Weapons and Tactics Team.

**01/1993 to 10/1994 Corporate Security Director**
Taliegh Corporation, Boca Raton, FL -NO LONGER IN BUSINESS; Supervisor-Ed Smith. Responsible for the safety and security of 200 company employees and personal protection of the CEO, his family and estate. Wrote security policy and procedure. Responsible for all advance security planning for the CEO during trips abroad, both domestic and overseas. Responsible for overall safety and security of corporate property.

**06/1982 to 06/1988 Security Policemen**
U.S. Air Force, Ramstien AB, West Germany-Carswell AFB, TX- Andrews AFB, MD;
Member of the United States Air Force. Served overseas at Ramstein AB, in West Germany, and stateside at Carswell AFB, Ft. Worth, TX.
Was a member of the Inactive Reserve Force from 06/1986 to 06/1988
Responsible for all Air Force resources and personnel security contained within the base Perimeter. Resources included; nuclear weapons, high priority aircraft, classified materials, base operations and Headquarters United States Air Force Europe. Other duties included vehicle stops and investigations, detention and arrest of suspected offenders, respond to alarm calls and entry/exit control to the base and priority resources contained within.

**EDUCATION**
1982 High School Diploma Thompson Valley HS, Loveland, Colorado
1999 Executive Security International, Aspen, Colorado; 1990
2002 Robeson Community College, Lumberton North Carolina

**PROFESSIONAL TRAINING**
2002 Robeson Community College-Certified SWAT Operations
2002 Certified in Drug Interdiction Operations

**PROFESSIONAL LICENSES/CERTIFICATE**
10/1982 U. S. Air Force- Certified Security Policeman
07/1999 Certified Personal Security Specialist
03/1999 Certified Police Officer State of North Carolina
05/2003 State of Florida Private Security License
06/2003 State of Florida Security Firearms License
04/2005 State of Florida Private Investigator Intern License
06/2005 State of Florida Concealed Carry Weapon/Firearm Permit
01/2007 State of Colorado Concealed Carry Weapon Permit

International Security
Agency (ISA)
AM GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

**U.S. MILITARY SERVICE INFORMATION**
06/1982 to 05/986- Active Duty U.S. Air Force
10/2005 to present - Active duty Colorado Army National Guard

**CAMPAIGN BADGES AND/OR EXPEDITIONARY MEDALS RECEIVED**
Air Force Good Conduct medal
Overseas Long Tour Medal
Honorable Discharge U.S. Air Force 1986
Army Achievement Medal

**LANGUAGES**
Languages Proficiency Level
English Fluent - Full Knowledge
Spanish – Conversational

PROGRAM MANAGER -Peter Heumann

Business Operations • Financial Planning / Analysis • Tactical & Strategic Planning
Contract Administration/Negotiations • Governmental Regulations • Program/Project Management • Physical Security Management • Procurement
Risk Management • Teambuilding / Mentoring / Training • Threat Analysis

*QUALIFICATIONS*
A confident, ambitious, results-driven leader with a solid background in establishing company vision, strategic planning, project management and developing business. Ability to direct, coordinate and motivate teams, creating a powerful synergistic and energized climate, resulting in successful bottom-line results. Known for strong leadership, morals and ethics.

- Responsible for budgets of up to $155 M and the management of up to 125 personnel.
- Over 12 year's professional experience with all security applications including Industrial Security including (NISPOM) National Industrial Security Program Operating Manual.
- Technical Skills: Proficient with MS Office, MS Outlook, PowerPoint and Windows. Daily use of Microsoft Excel to create and manage spreadsheets, graphs, and macros.
- Proven ability to work efficiently and effectively under pressure.
- Excellent teacher/trainer; patient and effective when working with a wide range of personalities.

*CAREER PROFILE*
- Distinguished management career leading the planning, staffing, budgeting, technology, and operations of organizations throughout the U.S. and abroad.
- Expert in cross-functional team building, leadership, multi-cultural communications,

International Security Agency (ISA)

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW6-08-R-00004

organization development, and quality/performance improvement. Traveled, lived, and/or worked in more than 30 countries worldwide.

*EXPERIENCE*

Operations

- Developed a new operations center from the ground up: Created an effective organization ahead of schedule and under budget with no additional resources and personnel.
- Managed from cradle to grave a one-of-a-kind security system charged with controlling 14 essential command & control systems at 24 worldwide locations in nine countries with a budget of $2.8 billion. Supervise 23 managers and staff; responsible for 330 personnel.
- Project Manager for computer code compromises: Recommended actions, wrote operations plans and tracked the location and operational status of 20,000+ computer coded items for 200 nuclear missiles spread across a three-state area.
- Fourteen years' management experience in the strategic planning, staffing, budgeting, resource allocation, and leadership of administrative, field, maintenance, equipment, technology, and training operations worldwide.
- Direct and decisive leadership qualifications with particular strengths in planning, performance improvement, quality improvement, and productivity gain.
- Created complex computer simulations for technically accurate training presentations.
- Evaluated test trends, analyzed results and modified plans to meet unit's objectives.
- Restructured the training program to include interactive courseware in the master plan.
- Experienced in the start-up and leadership of new operations and organizations.
- Supervised the security of $2 billion of highly sensitive military equipment.
- Installed perimeter intrusion detection and surveillance systems for high security areas.
- Planned, coordinated, directed and updated law enforcement procedures for assigned jurisdiction of 420 personal.
- Adept at developing and maintaining detailed administrative and procedural processes that reduce redundancy, improve accuracy and efficiency, and achieve organizational objectives.
- Provided comprehensive support for executive-level staff including scheduling meetings, coordinating travel, and effectively managing all essential tasks.

Project Coordination and Leadership

- Planned and directed cooperative operations between the U.S., France, Germany, Italy and United Kingdom through direct leadership of multinational teams.
- Led joint efforts on behalf of the U.S. government, North Atlantic Treaty Organization, U.S. embassies, and State Department to facilitate emergency relief, and assistance.
- Managed teams of up to 125 personnel with full responsibility for work assignments, scheduling, performance review, disciplinary action, and long-term career planning/development/promotion.
- Designed and built comprehensive instructor training & certification program from scratch

- Have educated and trained personal in proper handling, marking, storage, classification and declassification of classified information
- Program manager designed and created three security databases that increased the security awareness of Stabilization Force Bosnia-Herzegovina by 90%

*EMPLOYMENT HISTORY*

2006 - Present Project Manager and Security Advisor
Amata Incorporated

1994 - 2006 Headquarter Security Officer United States Air Force

*EDUCATION AND CERTIFICATIONS*

Top Secret Security Clearance SCI/SSI

- United States Government Was

Masters of Business Administration (MBA) and Bachelor of Science in Criminal Justice (BS)

- University of Phoenix

Top Leadership Honors

- USAF Non Commissioned Officer School Kaiserslaugh

*ASSOCIATIONS*

- Project Management Institute, Member
- National Defense Industrial Association, Member
- American Society for Industrial Security, Member

**SUPERVISOR - David Ramero, Jr.**

**Military**

*United States Army National Guard-Specialist 11/06 to Present
*Helicopter Mechanic/ Crew Chief
*Secondary method of service-Scout Infantry
*Force Protection-Joint Forces Headquarters-State of Colorado
*Physical Security of Grounds, Personnel, and Dignitaries

**Professional Experience:**

Town of Eagle Police Department/ Patrol Officer- 02/04 to 04/06 Eagle, CO.
Duties: Community: Policing/Crime: Investigation/Drug: Investigation/Senior: Training: Officer/Weapons: Instructor/Regular: Patrol Duties

**Certificates and Continuing Education:**

NRA Certified Weapons Instructor, ASP Certified Instructor, Weapons Range Instructor, Sniper,

International Security Agency (ISA)
AM GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Certified Glock Armorer

**Education:**
First Responder to Meth Labs - 2000 Morgan Community College - Fort Morgan, CO
Psychology -1998 Pueblo Community College - Pueblo, CO

**Military:**
United States Marine Corps- 7/88 to 7/93
Numerous certifications, qualifications, merits, and honors including:

- Letter of appreciation
- 3 Meritorious Masts
- Secretary of the Navy Letter of Appreciation
- 2 Sea Service Deployment Ribbons
- National Defense Service Medal
- Good Conduct Medal
- Humanitarian Service Medal
- Jungle Environment Survival Training
- Survival-Evasion-Resistance-Escape Training

**Organizations:**

- United States Police Canine Association Association Region #14 - Colorado Division
- American Legion - Wiggins, CO

**Professional Experience:**

**Patrol Deputy/K-9 Officer/SWAT** - 7/99 to 10/03 Morgan Country Sheriff's Office Fort Morgan, CO

- Community Policing
- Investigation of Crime & Civil Process
- Senior Field Training Officer
- K-9 Officer-Narcotics (with Roni & Wiley)
- Senior S.W.A.T. Member

**Corrections Officer** – 12/97 to 7/99 Colorado Department of Corrections Canon City, CO & Sterling, CO

- Supervision/Movement of Inmates
- Tower Security with AR .15 & 12 gage Shot Gun
- Outer Perimeter Security

International Security
Agency (ISA)
AM-CARD

DCMS-ISA
4155 E Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

**Reserve Patrol Officer** 6/98 to 12/98 Florence Police Department - Florence, CO
- Patrol/Community Policing
- Crime Investigation
- Local Ordinance Enforcement

**Deputy/Reserve patrol Officer** 1/95 to 12/97 Weld County Sheriff's Office – Greeley, CO
- Jail Supervision
- Booking/Transporting of Inmates
- Court room Security
- Patrol

**Armed Security Officer** – 7/93 to 1/95 Orozco Security – Evans, Co
- Armed Security for Local Establishments

**Bail Recovery** - 7/93 to 1/95 Lucky Ramero's Bail Bonds – Fort Morgan, CO
- Fugitive recovery

**Continuing Education and Certifications:**
- Colorado P.O.S.T. Certified #B-2456
- CPR & First Aid Certified
- Suicide Prevention
- Cultural Diversity
- Drug Recognition/Interdiction
- Arrest Control Program
- First Responder to Hazardous Material
- Law Enforcement Driving Course
- Numerous Certifications in Hand Guns with Weld, Larimer and Morgan counties, and the State of Colorado
- Domestic Violence Course
- Taser Certified
- Patrol Rifle Course
- Intoxilizer Certified with 5000EN Model
- Sexual Harassment Prevention
- Crime Scene Photography
- Death Scene Investigation
- Hispanic Gangs
- Highway Drug Interdiction
- Urban S.W.A.T. Tactics
- K-9 Certified in Patrol & Narcotics
- Highway Drug Investigation
- Anti-Biased Policing
- Basic Explosives Investigation

**Summary of Qualifications:**
- Extensive Law Enforcement Experience
- Expert Rifle Marksman
- Expert Pistol Marksman
- Basic Knowledge of Explosives with ATF
- Self-Motivated and Self-Directed
- Excellent People Skills, earning the respect of piers, supervisors, and the public.
- Quick Study, welcoming opportunities for additional education and training.
- Easily adapts to new environments and open to new objectives.
- Continually striving for excellence.

- Additional Skills include: Computer (Windows XP & Excel), Heavy Equipment Operations, and Basic Construction Knowledge

**Merits/Acknowledgements:**

- Life Saving Award Morgan County Sheriff's Department
- Life Saving Award with K-9 "Roni" Red Cross Association
- Letter of Commendation – Morgan County Sheriff's Sergeant, Monty English in regards to solving 8 burglaries.
- Letter of Appreciation Morgan County Sheriff, Jim Crone

### 1.6.1 Project schedule depicting task and sub-task timelines

Our project schedule starts at pre-contract award and includes securing resources, letters of commitment, staffing and supply. The Security Management System tracks hiring of qualified candidates from Security Guard scheduling to accounting and payroll.

Contract Award

Day 1: Meet with COTR and incumbent contractor
SUB1: Guard posts survey – ensure no interruption in service
SUB2: Finalize kick-off plans and employee processing
SUB3: Sign agreements and contracts
SUB4: Provide bonding and associated documentation
SUB5: Complete offer of employment letters
SUB6: Set up bookkeeping, scheduling and administration
SUB7: Schedule training
SUB8: Weapons inventory and assessment
SUB9: Prepare meeting minutes

Day 2: Meet with COTR and incumbent contractor
SUB1: Guard posts survey – ensure no interruption in service
SUB2: Finalize training program
SUB3: Process / file training
SUB4: Weapons inventory and assessment
SUB5: Compile list of job candidates and secure 10% staffing

Day3: Meet with COTR and incumbent contractor
SUB1: Guard posts survey – ensure no interruption in service
SUB2: Complete staff indoctrination
SUB3: Quality Program review
SUB4: Assemble contract specific Quality Program monitor
SUB5: Prepare meeting minutes

Day4: Meet with incumbent contractor (and COTR if necessary)

International Security
Agency (ISA)
AM-QARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

SUB1: Guard posts survey – ensure no interruption in service
SUB2: Complete staff indoctrination
SUB3: Quality Program review
SUB4: Assemble contract specific Quality Program monitor
SUB5: Prepare meeting minutes

Day5: Meet with incumbent contractor (and COTR if necessary)
SUB1: Guard posts survey – ensure no interruption in service
SUB2: Complete staff indoctrination
SUB3: Finalize Quality Program requirements and prepare for submission
SUB4: Prepare meeting minutes
SUB5: Verify Quality Program results
SUB6: **Submit forms/certificates – training, insurance, business license First/Aid CPR certifications, etc.**
SUB7: Complete all previous task and subtask

Day6: Guard posts survey ensure no interruption in service
SUB1: Complete all previous task and subtask
SUB2: Create / update task list
SUB3: Prepare Quality Program for submission
SUB4: Establish periodic meeting with COTR

Day7 - 14: Survey all guard post (daily for length of contract)
SUB1: Complete all previous task and subtask
SUB2: Day 10 complete transition/sign-off COTR approval
SUB3: Create / update task list

International Security
Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

## 2.0 Transition Plan

The DCMS-ISA / AM-GARD Team has met with AM-GARD, and performed field surveys. AM-GARD has been courteous and provided us with detailed information that will ensure a timely, smooth transition. Upon contract award AM-GARD has agreed to work with us on existing policies and procedures, including regulations, site issues and on-going concerns, best-practices, suppliers and other critical activities.

The DCMS-ISA / AM-GARD Team will use a Tiger Team approach to facilitate a rapid turnover and transition. Key, corporate, experienced personnel will work with the incumbent personnel to make the transition as seamless as possible. The Tiger Team personnel will have the authority to commit company resources to expedite transition. Because DCMS is presently a Federal Contractor we understand that a smooth transition is critical to a successful performance based contract.

To insure there is immediate and easy access for our customers, DCMS has proactively secured a toll free number for the exclusive use of this contract. We will easily be ready within 48 hours of Notice to Proceed.

DCMS support teams are all experienced in the tasks contemplated in the Statement of Work. Our field personnel have functioned in crisis management situations, and have demonstrated the ability to sustain a high level of performance during periods of extreme operating conditions. DCMS personnel and support contractors have already held numerous meetings to address plans for upcoming events.

DCMS has identified and contracted with suppliers of the required materials to maintain an inventory sufficient to complete assigned tasks as needed without inconvenience.

**DCMS-ISA will be fully transitioned and seeking COTR approval within 14 days of contract award.**

**Our Staffing Plan and Transition Plan should be combined to gain a complete overview.**

International Security Agency (ISA)
AM GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

## 3.0 Electronic Time Reporting System

### 3.1 Automated plan for timekeeping documentation

Time reporting and management systems are provided by:

TEAM Financial Management Systems
407 South 27th Avenue
Omaha, Nebraska
www.teamfinancial.com

Overview

For organizations in the service industry, labor costs dominate over all other expenses. Finding a way to control and monitor payroll costs is the key to maximizing profit. Manual computation of timecards, errors in timecard calculations and employee timecard padding are the "big three" labor-related expenses plaguing companies today. The American Payroll Association (APA) has estimated that the rate of error in manual timesheet computing is fully 1 percent of labor costs. The APA also found that the average worker steals nearly 4.2 hours each week. Since 1997, TEAM has been helping companies control labor costs in order to boost profitability. TEAM pairs unsurpassed industry knowledge with the most innovative technology to create dependable, easy-to-use solutions.

TEAM's leading product, "TeamTime", is a versatile, robust time and attendance suite that meets the diverse needs of small and large companies alike. It completely automates timekeeping processes, saving valuable time and money.

TeamTime has two components: TeleTeam and time clocks. TeleTeam is generally used at small job sites and time clocks at larger job sites where more employees arrive at once. Using TeleTeam, time clocks, or a combination of both provides immediate and accurate time reporting.
TeleTeam

TeleTeam allows remote employees to use any touch-tone telephone to clock in and out of job sites. This user-friendly system has the following features:

- Location Verification: TeleTeam uses Caller ID to verify that employees are clocking in from the correct location
- Paging Notification: Alerts supervisors immediately when issues arise, such as absences, tardiness, or clocking in from an invalid location
- Integrated Voice Messaging: Employees and Supervisors may leave messages for one another. Supervisors may flag a message as "urgent" so that the employee receives it before clocking in or out
- Bilingual Ability: English and Spanish prompts available in the standard version

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

- Group Check-In: Supervisors or an appointed employee can check an entire crew in or out of a job site with one phone call
- Voice Sampling: Verify who is calling to prevent employees from clocking in and out for each other

Time Clocks

TEAM has formed a partnership with Unitime Systems to provide time clocks for its customers. Unitime's solutions fully integrate with TEAM's timekeeping and payroll modules. Unitime's solutions are used in conjunction with TeleTeam for a versatile mix of data collection devices in the field.

- Standard time clocks
- Swipe an employee badge to clock in/out
- Biometric time clocks
- Verify identity with hand readers
- Modem & Ethernet options

## 4.0 Corporate Information

DCMS-ISA, LLC
4155 E Jewell Ave Suite 709
Denver, CO 80222

DUNS: 805531667
Cage Code: 4ZEF4
TIN: 261841754

Primary POC: Wayne Procell -- President/CEO 601-831-3131

Technical POC: Jim Jordan -- Operations Director 303-319-0532

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222


## 5.0 AM-GARD Teaming Agreement

International Security
Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222

International Security
Agency (ISA)
AM GARD

DCMS-ISA
4155 E Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

## 6.0 Department of Veterans Affairs Letter

**Poof of Eligibility**

DCMS-ISA
4155 E Jewell Avenue
Suite 709
Denver, CO 80222

## 7.0 Letter of Recommendation

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004



Underground Wrestling

February 23, 2008

To Whom it May Concern:

I have had the benefit and pleasure of working with Jerry L. Brumley and employing the International Security Agency. In that time, I have come to appreciate and value their honesty, integrity, their sincere commitment to protecting our nation, it companies and the interests of all individuals, and their experience. Jerry L. Brumley and his company are uniquely qualified to perform any and all types of Security and Personal Protection.

There are few individuals whom I know, who have the honesty and integrity of Jerry L. Brumley. When other individuals would take the easy way out, by making the easy choice or no choice at all, Jerry L. Brumley makes the tough decisions and stands by them. Whether it's been specific issues of transportation, the recommendation of additional personnel, or even the direction of his own organization, when the going gets tough, Jerry L. Brumley is there.

In the arena of security and personal protection there are few people or companies who perform at such a high professional standard as the International Security Agency. Twice Jerry L. Brumley interrupted his education and career to serve our nation in time of conflict - as a Marine from 1975-1982 and a National Guardsman at the age of 47.

There is no doubt that I truly recommend Jerry L. Brumley and/or his company International Security Agency and believe that they are the best qualified to perform any security position for our country.

Sincerely,

Lonnie Valdez

SAGA Underground Wrestling - 12801 Lafayette St. - H203, Thornton, Colorado -- 80241; www.sagaunderground.com

**International Security Agency (ISA)**

AS-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
**Solicitation number: HSCEW8-08-R-00004**

03/01/2008 14:29 3037705235 THE UPS STORE 2141 PAGE 01/02

# ABA International LLC

February 29, 2008

To Whom It May Concern:

Jerry Brumley and the International Security Agency are quite simply the best Security and Personal Protection agency, working in the industry today. They have provided Personal Protection and other Security operations for our clients with the utmost skill and professionalism.

Corporate America is in a greater position of security risk than ever before. Our clients are high profile and face unique challenges requiring the highest skilled and trained security professional's possible.

Jerry Brumley and the International Security Agency understands these unique needs and works quickly and efficiently to find the right fit for the organization and the client.

The International Security Agency has repeatedly shown the ability, in a highly specialized field, to consistently present and provide protection that not only met, but exceed expectations.

I highly recommend the International Security Agency for any and all types of security including Personal Protection.

Kind Regards,

Chris Hayes/Director

1550 Larimer ST. #263 Denver, CO 80202

ELITE FIGHTING XTREME

Professional Fight Company

February 29, 2008

To Whom It May Concern:

I highly recommend the International Security Agency for any and all projects involving any type and form of Security and or Personal Protection.

They are professional in all undertakings, whether it is in the field of training or in the management and performance of security/investigative work.

I can best describe them using the phrases commonly found in investigative reports describing one's suitability for positions of trust with the company. They are loyal, trustworthy Americans of good moral character, and I personally trust them to ensure the protection of my life in a situation of danger or jeopardy. Their word I can take for granted on any topic.

They have not only shown professionalism in the field of training, but have additionally proven themselves to be more than competent in the field of Security/Criminal Investigations and Executive Protection.

I do not hesitate in requesting their assistance or in recommending them to anyone who might need their professional assistance in investigations, security or executive protection.

Sincerely,

Jamie Addie

Elite Fighting Extreme - 15382 Gadsden Drive Brighton, CO. 80603; www.efxmmm.com

T-429 P001/001 F-595

03-02-08 10:28 FROM-

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Volume II: Past Performance

**Department of Homeland Security**

# Immigration and Customs Enforcement-Federal Protective Service

Submitted To:

Solicitation Number: HSCEW8-08-R-00004
Attn: Ms. Sophie Sims, Contract Specialist
DFC, P.O. Box 25266, Bldg 44
6th & Kipling, Lakewood CO 80225

Submitted By:

DCMS-ISA, INC
4155 E Jewell Ave Suite 709
Denver, CO 80222

DUNS: 805531667
Cage Code: 4ZEF4
TIN: 261841754

Wayne Procell, President/CEO

February 26, 2008

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed - in whole or in part - for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of - or in connection with - the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction is contained in sheets indicated by the following statement: USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL. SOURCE SELECTION INFORMATION SEE FAR 3.104

International Security Agency (ISA)
AM GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

02/26/2008 15:02 6016388355
FEB-26-2008 03:19P FROM: TO:916016388355 PA P.
02/26/2008 14:55 6016388355 PAGE

Solicitation HSCEW8-08-R-00004

SECOND MOST RECENT/RELEVANT CONTRACT COMPLETED OR ANOTHER CONTRACT STILL ON-GOING

(a) Name, address and phone number of contracting activity:
USDA Forest Service
100 W. Capitol Street
Jackson,MS 39269

(b) Contract number:
AG-4470-C-07-0087

(c) Description of the contract services provided:
Turkey Fork Recreation Area Improvements
Chickasawhay Ranger District, National Forests of Mississip

(d) Contracting Officer (or equivalent) name and phone number:
Leesa Hanbury, Contracting Officer (601) 965-1620

(e) Program Manager (or equivalent) name and phone number:
Luke Flowers, Contracting Officer's Representative (601) 965-

(f) Period of Performance:
10/1/2007 - 2-26-2008

(g) Total contract value:
$343,736.00

(h) Status: Active__________ Completed X

Luke Flowers
USDA Forest Service
Contracting Officer's Representative

International Security
Agency (ISA)
A8-GARO

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEWB-08-R-00004

**DCMS Contracts completed and on-going**

Projects completed within the last 3 years:

| Contract Amount | Type of Project | Date Completed | Name & Telephone No. of Person to Contact for Project Info. |
|---|---|---|---|
| $232,000 | Crushed Stone Supply (Job 101)<br>W912EE-06-P-0298 | 10/31/2006 | USACE – Vicksburg District<br>Davita Baloue 601-631-7251 |
| $217,000 | Bridge Replacement – (Job 102)<br>Chickasawhay Ranger District,<br>National Forests of Mississippi<br>AG-447U-C-07-0029 | 06/27/2007 | USDA Forest Service<br>LESSA HANBURY 601-965-1620 |
| $4,140 | Demolition of Building 4272<br>Keesler AFB, Gulfport, MS<br>(Job 106) FA3010-07-P-0195 | 08/03/2007 | Keesler Air Force Base<br>Diana Salgado 228-377-9369 |
| $71,645 | C-Stone Supply (Job 108)<br>W912EE-07-P-0165 | 09/09/2007 | USACE – Vicksburg District<br>Tracey Lowe 601-631-7707 |
| $387,590 | Bridge Replacements – (Job 103)<br>DeSoto Ranger District<br>AG-447U-C-07-0046 | 09/21/2007 | USDA Forest Service<br>LESSA HANBURY 601-965-1620 |
| $45,000 | Okhissa Dam Repair<br>AG-447U-C-07-0061 (Job 104) | 10/21/2007 | USDA Forest Service<br>Anieta McLendon<br>(601) 965-1632 |
| $70,545 | Floating Dock Purchase &<br>Installation for Okhissa Lake -<br>Homochitto National Forest<br>AG-447U-C-07-0105 (Job 109) | 10/28/2007 | USDA Forest Service<br>Anieta McLendon<br>(601) 965-1632 |
| $151,157 | Work Center Repair-DeSoto<br>Ranger District<br>AG-447U-S-07-0079 (Job 105) | 11/7/2007 | USDA Forest Service<br>LESSA HANBURY 601-965-1620 |
| $15,622 | Crushed Stone Supply (Job 111)<br>W912EE-08-P-0017 | 12/6/2007 | USACE – Vicksburg District<br>Michael G. Lee 601-631-7254 |
| $343,565 | Turkey Fork Recreation Area<br>Site Improvements-<br>Chickasawhay Ranger District<br>AG-447U-C-07-0087 (Job 107) | 02/22/2008 | USDA Forest Service<br>LESSA HANBURY 601-965-1620 |

| Contract No. | Dollar Amt of Award | Name, Address & Phone No. of Business Govt./Agency | Estimated Date to Complete | % Completed | Date Contract Completed |
|---|---|---|---|---|---|
| AG-447U-C-07-0128 (Job 110) (Road Repair-199B - Homochitto National Forest) | $96,350 | USDA Forest Service<br>100 W. Capitol St.<br>Jackson, MS 39269<br>Anieta McLendon<br>(601) 965-1632 | 03/21/2008 | 20% | On-going |

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

**TEAMING PARTNER AM-GARD: Past Performance**

Contract Reference 1:

Contracting Entity: Federal Protective Service
Denver Federal Center
Building 44
Denver, CO 80225
(303) 236-7391

Contract Number: HSCECA-04-Q-F00001

Services:

All personnel complete extensive vetting and training in order to qualify for a position to work any of these highly sensitive and internationally recognized facilities. Am-Gard, Inc. (contractor) provides for and maintains all management, supervision, productive labor, training, equipment, supplies, licenses, permits, certificates, insurance, pre-employment screening, reports and files necessary to accomplish security guard services as required by the contract specifications and modifications thereto including temporary additional services and emergency services.

Professionally trained and managed Class II armed security guards provide for access and entry control, physical surveillance of buildings and grounds, facility patrols by on foot and in motor vehicles, closed circuit television systems monitoring, response to intruder alerts and other emergency response protocols, and the many other tasks conducted in connection with a physical security guard protection system.

Security personnel follow entry control protocol that requires the positive identification of people seeking access to the facility. The protocol requires the evidence of appropriate credentials that must be issued by a state or federal government entity. All picture identifications are visually inspected. Persons that cannot produce appropriate identification are denied access to the facility. In addition, all visitors' identification is checked against the current BOLO list to preclude entry by banned persons. Visitors may be required to sign a Visitor Register in accordance with facility requirements. In some locations people are required to submit to additional screening that may include metal detectors, package inspection and X-ray line scan. Random vehicle inspections are also performed. In accordance with Department of Homeland Security policies the inspections consist of mirror examination of the undercarriage of the vehicle, inspecting the engine compartment, and searching trunk or cargo storage compartments. Naturally, these inspections of motor vehicles are carefully recorded.

Roving patrols that are conducted for surveillance purposes include the interior and exterior of properties. All patrols are performed in a similar manner using standard patrol techniques and

protocols. Patrols may be continuous, random or at regular intervals according to the requirements of the individual facility.

In many locations, security personnel monitor closed circuit television and alarm systems. These console operators annunciate intruder and other alerts, calling for response by other contract personnel or by local and federal law enforcement.

The Contractor's supervisory staff is responsible to assure that the productive guards are on post, in uniform, and conducting themselves in accordance with the standard operating procedures for each post. Supervisors are generally required to be in the field, constantly checking on and supporting the productive on-post work-force.

Operational and administrative matters, policy development, organizational management, resource allocation, and client (CO, COR, COTR and designated building TR's) relations are a function of the Program Management Office led by the Program Manager. The Program Management Office leads the Quality Assurance Program and is responsible for the conduct of contractor conducted inspections in accordance with the Plan. The Contractor's Program Manager is well-recognized for her diligence and attention to detail, for fast response to operational needs, and for maintaining close relationships with Government representatives within the FPS organization as well as with facility managers and key staff.

Contracting Officer: Gilbert Olivas (303) 236-7931 ext261

Program Manager

Performance Period: 04-1-05 to 3-31-08

Total Contract Value: $7,800,000 annually

Status: Active

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Contract Reference 2: Sub-Contract / Teaming Relationship with CATO Services, LLC 8(A)

Contracting Entity: 460 CONS/LGC
510 South Aspen Street
Building 1030, Room 120
Buckley AFB, CO 80011-9551
(720) 845-6803

Contract Number: FA2543-06-C-0018

Services:

The contractor provides for and maintains on-site management, supervision, productive labor, training, equipment, supplies, licenses, permits, certificates, insurance, pre-employment screening, reports and files necessary to accomplish security guard services as required by the contract specifications and modifications thereto including temporary additional services and emergency services

Professionally trained and managed Class II armed security guards provide for access and entry control, physical surveillance of buildings and grounds, facility patrols by on foot and in motor vehicles, closed circuit television systems monitoring, response to intruder alerts and other emergency response protocols, and the many other tasks conducted in connection with a physical security guard protection system.

Security guard services are performed at the Buckley AFB Annex in Denver Colorado. Work is performed under a Teaming Agreement with Cato Services, LLC, an 8(A) Corporation, which is the Prime Contractor. Cato Services is operated by Clinton Cato, 973.810.9208. The Contract employs a well-defined management model that is lead by the Program Manager and supported by a project dedicated Senior Supervisor.

Security personnel follow entry control protocol that requires the positive identification of people seeking access to the facility. All picture identifications are visually inspected. Persons that cannot produce appropriate identification are either denied access to the facility; they may have a federal employee escort them in to the facility. In addition, all visitors' identification is checked against the current BOLO list to preclude entry by banned persons. Visitors may be required to sign a Visitor Register in accordance with facility requirements. Random vehicle inspections are preformed by our security officers. In accordance with Department of Defense policies these inspections consist of mirror examination of the undercarriage of the vehicle, inspecting the engine compartment, searching trunk or cargo storage compartments, and the interior of the vehicle to include items in the vehicle. Inspections of motor vehicles are carefully recorded.

Roving patrols that are conducted for surveillance purposes include the interior and exterior of properties. All patrols are performed in a similar manner using standard patrol techniques and

protocols. Patrols may be continuous, random or at regular intervals according to the facility requirements.

In one location, security personnel monitor closed circuit television, alarm systems, and dispatch local guard service radio traffic. There, console operators annunciate intruder and other alerts, calling for response by other contract personnel or by local law enforcement.

The Contractor's supervisory staff is responsible to assure that the productive guards are on post, in uniform, and conducting themselves in accordance with the standard operating procedures for each post. The supervisor is in the field, constantly checking on and supporting the productive on-post work-force.

Contracting Officer: Fernando Delgado (720) 846-6803

Program Manger:

Performance Period: 09-05-06 to 01-01-11

Total contract value: $4,248,000

Status: Active

Reference 3: Sub-Contract to ITT Corporation, Systems Division

Contracting Entity: ITT Corporation, Systems Division
NASA / JPL Goldstone Deep Space Communications Complex
1400 Shamrock Avenue
Monrovia, CA 91017
(626) 305-6297

Contract Number: Subcontract Number 76063

Services:

GDSCC is one of NASA's three satellite tracking facilities in the world. Located in the Mojave Desert the GDSCC complex covers fifty two square miles. Several deep space communications system "dishes" are spaced throughout the complex. Primary access is via the Fort Irwin Main Gate to the GDSCC Main Gate located approximately three miles away. All persons / vehicles entering the GDSCC complex are inspected. In addition to gate access/egress control, the SPO protective force is responsible for controlling perimeter access for the entire complex as well as individual controls and access management at the various facilities that make up the individual tracking station compounds. In addition to gate and perimeter monitoring, the SPOPF meet and escorts Visitors to the facility – sometimes several individuals or groups per day – including U.S. and foreign dignitaries at Cabinet level and above. SPOPF members are part of the GDSCC Emergency Response Team. All personnel complete extensive vetting and training in order to qualify for a position at this highly sensitive and internationally recognized facility.

Type(s) of Services Performance: Am-Gard, Inc. (contractor) provides for and maintains all management, supervision, productive labor, training, equipment, supplies, licenses, permits, certificates, insurance, pre-employment screening, reports and files necessary to accomplish security guard services as required by the contract specifications and modifications thereto including temporary additional services and emergency services

Professionally trained and managed Class II armed security guards who, having attended the NASA Law Enforcement Training Course and having been fully qualified upon the successful completion of the same course and the specified Handgun Qualification Course are designated Security Police Officers with federal power of arrest upon the assigned government facility, provide for access and entry control, physical surveillance of buildings and grounds, facility patrols by on foot and in motor vehicles, closed circuit television systems monitoring, response to intruder alerts and other emergency response protocols, and the many other tasks conducted in connection with a physical security guard protection system.

Additionally, the security police officers provide routine and emergency response support to the government and contractor personnel assigned to and working on the complex.

Security personnel follow entry control protocol that requires the positive identification of people seeking access to the facility. The protocol requires the evidence of appropriate credentials that must be issued by a state or federal government entity. All picture identifications are visually inspected. Persons that cannot produce appropriate identification are denied access to the facility. Roving patrols are conducted for surveillance purposes. Building checks may include the interior and exterior of properties. All patrols are performed in a similar manner using standard patrol techniques and protocols.

The SPOPF works closely with the Ft. Irwin Adjutant General's office, with the Department of Defense police and with the Military Police which agency provides support to the law enforcement activities on the GDSCC, and with the California Highway Patrol and San Bernardino County Sheriff which agency have some level of jurisdiction on or around the GDSCC complex.

Contracting Officer: Sharon Bethel 6263056297

Program Manager:

Performance Period: 02-01-04 to 09-30-13

Total Contract Value: $7,710,015

Status: Active

Volume III: Price Quotation

**Department of Homeland Security**

# Immigration and Customs Enforcement-Federal Protective Service

Submitted To:

Solicitation Number HSCEW8-08-R-00004
Attn: Ms. Sophie Sims, Contract Specialist
DFC, P.O. Box 25266, Bldg 44
6th & Kipling, Lakewood CO 80225

Submitted By:

DCMS-ISA, INC
4155 E Jewell Ave Suite 709
Denver, CO 80222

DUNS: 805531667
Cage Code: 4ZEF4
TIN: 261841754

Wayne Procell, President/CEO

February 26, 2008

This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed - in whole or in part - for any purpose other than to evaluate this proposal. If, however, a contract is awarded to this offeror as a result of - or in connection with - the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction is contained in sheets indicated by the following statement: USE OR DISCLOSURE OF PROPOSAL DATA IS SUBJECT TO THE RESTRICTIONS ON THE TITLE PAGE OF THIS PROPOSAL. SOURCE SELECTION INFORMATION SEE FAR 3.104

International Security
Agency (ISA)

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

DCMS-ISA provides this Statement acknowledging compliance with the U.S. Department of Labor Wage Determinations (Section J).

**International Security Agency (ISA)**

AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
**Solicitation number: HSCEW8-08-R-00004**

Solicitation: HSCEW8-08-R-00004 Contractor Name DCMS-ISA (ISA)

Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Hours herein are estimated for each period of performance and are to be used as estimates only. The Government assumes no liability for under runs or over runs of the estimated quantities. Task orders will be issued to accomplish specific hours and to obligate funds for contract line items (CLINs) below. Ceiling prices will be established under each task order pursuant to Clause 52.212-4(i)(2) and (3). The total aggregate sum for all task orders placed under the contract is estimated not to exceed $55,000,000.00.

The Contract's minimum guaranteed amount is $50,000.00.*Collective Bargaining Agreement (CBA) applies. Wage Determinations and CBA provided in Section J.

Basic Contract Year (Period of Performance: June 1, 2008 - May 31, 2009)

| CLIN Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|
| 0001 DFC-Basic Service | 59,501 | $ 36.00 | $ 2,142,036.00 |
| 0002 DFC-Temporary/Emergency | 2,975 | $ 36.00 | $ 107,100.00 |
| 0003 Denver West- Basic | 49,790 | $ 35.00 | $ 1,742,650.00 |
| 0004 Denver West-Temporary/Emergency | 2,490 | $ 35.00 | $ 87,150.00 |
| 0005 Downtown East-Basic Service | 126,043 | $ 35.00 | $ 4,411,505.00 |
| 0006 Downtown East-Temporary/Emergency | 6,302 | $ 35.00 | $ 220,570.00 |
| 0007 Ft. Collins & Boulder-Basic Service | 81,601 | $ 33.00 | $ 2,692,833.00 |
| 0008 Ft. Collins & Boulder-Temporary/Emergency | 4,080 | $ 33.00 | $ 134,640.00 |
| *0009 So. Colo. & Western Slope-Basic | 32,006 | $ 28.00 | $ 896,168.00 |
| *0010 So. Colo. & Western Slope-Temporary/Emergency | 1,600 | $ 28.00 | $ 44,800.00 |
| **Subtotal for Basic Year** | | | $ 12,479,452.00 |

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Solicitation: HSCEW8-08-R-00004 Contractor Name DCMS-ISA (ISA)

Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Option Year 1 (Period of Performance: June 1, 2009 – May 31, 2010)

| CLIN Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|
| 1001 DFC-Basic Service | 59,501 | $ 37.00 | $ 2,201,537.00 |
| 1002 DFC-Temporary/Emergency | 2,975 | $ 37.00 | $ 110,075.00 |
| 1003 Denver West- Basic | 49,790 | $ 36.00 | $ 1,792,440.00 |
| 1004 Denver West-Temporary/Emergency | 2,490 | $ 36.00 | $ 89,640.00 |
| 1005 Downtown East-Basic Service | 126,043 | $ 36.00 | $ 4,537,548.00 |
| 1006 Downtown East-Temporary/Emergency | 6,302 | $ 36.00 | $ 226,872.00 |
| 1007 Ft. Collins & Boulder-Basic Service | 81,601 | $ 34.00 | $ 2,774,434.00 |
| 1008 Ft. Collins & Boulder-Temporary/Emergency | 4,080 | $ 34.00 | $ 138,720.00 |
| *1009 So. Colo. & Western Slope-Basic | 32,006 | $ 27.00 | $ 864,162.00 |
| *1010 So. Colo. & Western Slope-Temporary/Emergency | 1,600 | $ 27.00 | $ 43,200.00 |
| **Subtotal for Option Year 1** | | | $ 12,778,628.00 |

International Security
Agency (ISA)
AM GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Solicitation: HSCEW8-08-R-00004 Contractor Name DCMS-ISA (ISA)

Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Option Year 2 (Period of Performance: June 1, 2010 - May 31, 2011)

| CLIN Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|
| 2001 DFC-Basic Service | 59,501 | $ 37.00 | $ 2,201,537.00 |
| 2002 DFC-Temporary/Emergency | 2,975 | $ 37.00 | $ 110,075.00 |
| 2003 Denver West- Basic | 49,790 | $ 36.00 | $ 1,792,440.00 |
| 2004 Denver West-Temporary/Emergency | 2,490 | $ 36.00 | $ 89,640.00 |
| 2005 Downtown East-Basic Service | 126,043 | $ 36.00 | $ 4,537,548.00 |
| 2006 Downtown East-Temporary/Emergency | 6,302 | $ 36.00 | $ 226,872.00 |
| 2007 Ft. Collins & Boulder-Basic Service | 81,601 | $ 34.00 | $ 2,774,434.00 |
| 2008 Ft. Collins & Boulder-Temporary/Emergency | 4,080 | $ 34.00 | $ 138,720.00 |
| *2009 So. Colo. & Western Slope-Basic | 32,006 | $ 27.00 | $ 864,162.00 |
| *2010 So. Colo. & Western Slope-Temporary/Emergency | 1,600 | $ 27.00 | $ 43,200.00 |
| **Subtotal for Option Year 2** | | | $ 12,778,628.00 |

International Security Agency (ISA)
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Solicitation: HSCEW8-08-R-00004 Contractor Name DCMS-ISA (ISA)

Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Solicitation: HSCEW8-08-R-00004 Contractor Name DCMS-ISA (ISA)

Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Option Year 3 (Period of Performance: June 1, 2011 - May 31, 2012)

| CLIN Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|
| 3001 DFC-Basic Service | 59,501 | $ 37.00 | $ 2,201,537.00 |
| 3002 DFC-Temporary/Emergency | 2,975 | $ 37.00 | $ 110,075.00 |
| 3003 Denver West- Basic | 49,790 | $ 36.00 | $ 1,792,440.00 |
| 3004 Denver West-Temporary/Emergency | 2,490 | $ 36.00 | $ 89,640.00 |
| 3005 Downtown East-Basic Service | 126,043 | $ 36.00 | $ 4,537,548.00 |
| 3006 Downtown East-Temporary/Emergency | 6,302 | $ 36.00 | $ 226,872.00 |
| 3007 Ft. Collins & Boulder-Basic Service | 81,601 | $ 34.00 | $ 2,774,434.00 |
| 3008 Ft. Collins & Boulder-Temporary/Emergency | 4,080 | $ 34.00 | $ 138,720.00 |
| *3009 So. Colo. & Western Slope-Basic | 32,006 | $ 27.00 | $ 864,162.00 |
| *3010 So. Colo. & Western Slope-Temporary/Emergency | 1,600 | $ 27.00 | $ 43,200.00 |
| **Subtotal for Option Year 3** | | | $ 12,778,628.00 |

International Security Agency (ISA)
AM CARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Solicitation: HSCEW8-08-R-00004 Contractor Name DCMS-ISA (ISA)

Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES
(To be completed by Contractor)

Option Year 4 (Period of Performance: June 1, 2012 – May 31, 2013)

| CLIN Description | Estimated Hours | Hourly Rate | Extended Total Estimated |
|---|---|---|---|
| 4001 DFC-Basic Service | 59,501 | $ 37.00 | $ 2,201,537.00 |
| 4002 DFC-Temporary/Emergency | 2,975 | $ 37.00 | $ 110,075.00 |
| 4003 Denver West- Basic | 49,790 | $ 36.00 | $ 1,792,440.00 |
| 4004 Denver West-Temporary/Emergency | 2,490 | $ 36.00 | $ 89,640.00 |
| 4005 Downtown East-Basic Service | 126,043 | $ 36.00 | $ 4,537,548.00 |
| 4006 Downtown East-Temporary/Emergency | 6,302 | $ 36.00 | $ 226,872.00 |
| 4007 Ft. Collins & Boulder-Basic Service | 81,601 | $ 34.00 | $ 2,774,434.00 |
| 4008 Ft. Collins & Boulder-Temporary/Emergency | 4,080 | $ 34.00 | $ 138,720.00 |
| *4009 So. Colo. & Western Slope-Basic | 32,006 | $ 27.00 | $ 864,162.00 |
| *4010 So. Colo. & Western Slope-Temporary/Emergency | 1,600 | $ 27.00 | $ 43,200.00 |
| **Subtotal for Option Year 4** | | | $ 12,778,628.00 |

International Security
Agency (ISA)

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
Solicitation number: HSCEW8-08-R-00004

Solicitation: HSCEW8-08-R-00004 Contractor Name DCMS-ISA (ISA)

Contract Number: TBD

Schedule B
ESTIMATED HOURS
FOR PROPOSAL PURPOSES

**Recap Subtotals**

| | |
|---|---|
| **Basic Year Subtotal** | **$ 12,479,452.00** |
| **Option Year 1 Subtotal** | **$ 12,778,628.00** |
| **Option Year 2 Subtotal** | **$ 12,778,628.00** |
| **Option Year 3 Subtotal** | **$ 12,778,628.00** |
| **Option Year 4 Subtotal** | **$ 12,778,628.00** |
| **Estimated Total for B + 4 Option Years** | **$ 63,593,964.00** |

**The Wage Determinations identified below are hereby incorporated by reference and attached. (Revisions specified below are applicable to basic contract period.)**

| **Area** | **Applicable Wage Determination/CBA** |
|---|---|
| DFC | 2005-2081 Rev. 4 |
| Denver West | 2005-2081 Rev. 4 |
| Downtown East | 2005-2079 Rev. 5 and 2005-2081 Rev 4 |
| Ft. Collins & Boulder | 2005-3009 Rev. 6 |
| So. Colo. & Western Slope | 2005-2083 Rev. 4 and CBA No. UGSOA Local #50 |

**International Security Agency (ISA)**
AM-GARD

DCMS-ISA
4155 E. Jewell Avenue
Suite 709
Denver, CO 80222
**Solicitation number: HSCEW8-08-R-00004**

| | DENVER FEDERAL CENTER | DENVER WEST | DENVER EAST & DOWNTOWN | NORTHERN COLORADO | SOUTHERN COLORADO |
|---|---|---|---|---|---|
| Wage Rate | $ 19.59 | $ 19.59 | $ 19.80 | $ 18.50 | $ 14.05 |
| Payroll Tax & Insurance | $ 3.73 | $ 3.73 | $ 3.66 | $ 3.42 | $ 2.60 |
| Benefits (See Note 1) | $ 5.80 | $ 5.80 | $ 5.40 | $ 5.25 | $ 5.18 |
| Additional Labor Cost (see Note 2) | $ 2.96 | $ 2.45 | $ 2.26 | $ 1.92 | $ 2.32 |
| Total Direct Labor Cost | $ 32.08 | $ 31.57 | $ 31.12 | $ 29.09 | $ 24.15 |
| Overhead & Profit | $ 3.92 | $ 3.43 | $ 3.88 | $ 3.91 | $ 3.85 |
| Billing Rate | $ 36.00 | $ 35.00 | $ 35.00 | $ 33.00 | $ 28.00 |

**Note 1: Includes burdened cost of H&W, Vacation & Holidays**
**Note 2: Includes burdened costs of Direct Supervision, Relief & Training**

| | |
|---|---|
| FICA | 7.5% |
| FUTA | 1.0% |
| SUI | 1.5% |
| W/C | 8.0% |
| GL | 0.0% |
| TOTAL | 18.0% |

**EXHIBIT A**

**TO**

**CONTRACT TEAMING AGREEMENT**

This exhibit defines the working relations between DCMS-I.S.A., LLC and AM-Gard, Inc. as they team together to compete and perform on each identified solicitation and program.

DCMS-I.S.A., LLC will provide proposal development support and administrative services. Each party agrees where tasking results from the marketing efforts of a specific team member, that team member shall have the opportunity to perform that tasking to the maximum extent practical.

**Opportunity**
Department of Homeland Security, Immigration and Customs Enforcement-Federal Protective Services Division (8PAF)
Solicitation number: HSCEW8-08-R-00004 (revised)
Title: S – Colorado Armed Guard Service

**General Information**
This solicitation is a SDVOSM set-aside project.

**DCMS-I.S.A., LLC**

Wayne Procell
CEO

**AM-GARD, Inc.**

Larry Wentzel



Initial
WP

THIS AGREEMENT, made as of this 21st day of February, 2008, between DCMS-I.S.A., LLC, a SBA certified Service Disabled Veteran Owned Small Business, having primary offices at 4155 E. Jewell Avenue, Denver, CO 80222 (hereinafter called "Team Leader" unless otherwise noted in Exhibit A), and AM-GARD, Inc., having primary offices at 600 Main Street, Pittsburgh, PA 15215-2206 (hereinafter called "Team Member" unless otherwise noted in Exhibit A).

WHEREAS, the parties hereto anticipate that mutually agreed to customers (hereinafter called the "Client") may require support services to be determined (hereinafter called the "Project" and defined further in Exhibit A): and

WHEREAS, the parties hereto intend to submit a proposal for the Projects in response to their respective Solicitation Numbers.

WHEREAS, each of the parties hereto, having carefully assessed the capabilities and interests of the other, has concluded that a mutual effort in preparation of the proposal and performance of the Project would enhance the likelihood of a Prime Contract award to the Team Leader for the Project; and

NOW THEREFORE, in consideration of the mutual covenants and promises herein set forth, the presentation by the Team Leader of a proposal including the Team Member, and other good and valuable considerations, the parties hereto do agree as follows:

ARTICLE I - PROPOSAL PREPARATION

1.1 The Team Member shall provide appropriate and high quality personnel and use its best efforts to prepare and submit to the Team Leader such data as are required for use in preparation of the proposals for mutually agreed to opportunities as defined in Exhibit A of this document.

1.2 Team Leader shall prepare the proposal, integrate the data provided by the Team Member and submit the proposal to the Client. Team Leader shall consult with Team Member on decisions affecting Team Member's portions of the proposal.

1.3 Team Leader shall identify the contribution of the Team Member in the proposal and shall propose the Team Member as a Subcontractor. Expected areas of responsibility and work share are detailed in Exhibit A.

1.4 The parties shall perform such additional effort subsequent to submittal of the proposal to the Client as appears reasonable to obtain the anticipated Prime Contract.

ARTICLE II - RELATIONSHIP OF THE PARTIES

2.1 The parties shall act as independent contractors and neither party shall act as agent for or partner of the other party for any purpose whatsoever, and the employees of one shall not be deemed the employees of the other.

2.2 Team Leader shall be the Prime Contractor and the Team Member shall be a principal Subcontractor in the performance of a Prime Contract resulting from the proposal.

ARTICLE III - PERFORMANCE

3.1 The parties shall, in good faith, negotiate a TBD type Subcontract for the effort described in Exhibit A provided that:

(a) Team Leader is awarded a Prime Contract, and

(b) The Client approves of such a Subcontract to the extent such approval is required by the Prime Contract.

3.2 The Subcontract shall include, among other mutually acceptable appropriate provisions, those provisions of the Prime Contract which by its terms are required to be passed on to the Subcontractor as a prerequisite to Government approval of the Subcontract.

3.3 As Prime Contractor, Team Leader shall be responsible for the quality of all products submitted to the Client as well as coordination of all contacts with the Client.

ARTICLE IV - COSTS

4.1
4.2 Any and all costs, expense, or liability to either Team Leader or the Team Member caused by or arising out of this Agreement, its implementation, amendment, or expansion, shall be borne by each party separately and individually and neither party shall be liable nor obligated to the other for any such costs, expense, or liability, except to the extent that such costs, expense, or liabilities are reimbursed, paid or provided for under a Subcontract, if any, entered into between the parties.

ARTICLE V - PROPRIETARY INFORMATION

5.1 The parties anticipate that under this Agreement it may be necessary for either to transfer to the other information of a proprietary nature. Proprietary information shall be clearly identified by the



Initial

GP [handwritten initials]

disclosing party at the same time of disclosure.

5.2 Each of the parties agrees that it will use the same reasonable efforts to protect such information as are used to protect its own proprietary information. Disclosure of such information shall be restricted to those individuals who are directly participating in the proposal and Subcontract efforts identified in Articles I, II, and III hereof.

5.3 Neither party shall make any reproductions, disclosure or use of such proprietary information except as follows:

(a) Such data furnished by Team Leader may be used by the Team Member in performing its obligations under this Agreement.

(b) Such data furnished by the Team Member may be used by Team Leader in performing its obligations under this Agreement and may be included in the proposal to be submitted to the Client, with appropriate restrictive legends as the Team Member specifically requests and as are permitted by the Client's regulations.

(c) Such data may also be used in accordance with any written authorization received from the disclosing party.

5.4 The limitations on reproduction, disclosure, or use of proprietary information shall not apply to, and neither party shall be liable for reproduction, disclosure or use of proprietary information with respect to which any of the following conditions exist:

(a) If, prior to the receipt thereof under this Agreement, it has been developed independently by the party receiving it, or was lawfully known to the party receiving it, or has been lawfully received from other sources, including the Client, provided such other sources did not receive it due to a breach of this Agreement.

(b) If, subsequent to the receipt thereof under this Agreement (i) it is published by the party furnishing it or is disclosed by the party furnishing it to others, including the Client, without restriction, or (ii) it has been lawfully obtained by the party receiving it from other sources, including the Client, provided such other source did not receive it due to a breach of this Agreement, or (iii) if such information otherwise comes within the public knowledge or becomes generally known to the public.

(c) If any part of the proprietary information has been or hereafter shall be disclosed in a United States patent issued to the party furnishing the proprietary information hereunder, then after the issuance of the said patent, the limitations of such proprietary information as disclosed in the patent shall only be that afforded by the United States Patent Laws.

(d) If the proprietary information is furnished orally, and not reduced to writing and properly identified within thirty (30) days of its oral disclosure.

5.5 Neither the execution and delivery of this Agreement, nor the furnishing of any proprietary information by either party shall be construed as granting to the other party either expressly, by implication, estoppels, or otherwise, any license under any invention, patent, trademark, or copyright now or hereafter owned or controlled by the party furnishing same.

5.6 Notwithstanding the expiration of the other provisions of this Agreement, the obligations and provisions of this Article V shall continue for a period of three years from the date of this Agreement.

5.7 All notices, certificates, acknowledgements and other documentation hereunder, shall be in writing and shall be delivered to the other party at its address as follows, or to such other address as either party may, by written notice:

<u>TEAM LEADER:</u>
DCMS-I.S.A., LLC
4155 E. Jewell Avenue
Denver, CO 80222
Attn: Wayne Procell

<u>TEAM MEMBER:</u>
AM-GARD, Inc.
600 Main Street
Pittsburgh, PA 15215-2206
Attn: Larry Wentzel



Initial

ARTICLE VI - TERMINATION OF AGREEMENT

6.0 Except as otherwise expressly provided in Article V, Proprietary Information, of this Agreement, and unless extended by mutually written agreement of the parties, this Agreement shall automatically expire under the happening of any of the following events, whichever shall first occur:

(a) Upon negotiation and signature of a subcontract between Team Leader and Team Member for the Project.

(b) Official announcement from the Client that the definitive Request for Proposal for the Project will not be issued.

(c) Failure of the parties to agree on the terms of Team Member's proposal for the Project.

(d) Decision by Team Leader not to submit a proposal or a revised proposal for the Project.

(e) Official response from the Client that it will not award to Team Leader a Prime Contract for the Project.

(f) Official announcement from the Client of the award of a Prime Contract or Contracts for the Project to a bidder or bidders other than Team Leader.

(g) Client disapproval in writing of the selection of the Team Member, or direction to select someone other than the Team Member for the work identified as the Team Member's responsibility in the proposal.

(h) The elapsing of eighteen (18) months from the date of this Agreement.

ARTICLE VII - COMMITMENTS

7.0 Nothing in this Agreement shall grant to either Team Leader or the Team Member the right to make commitments of any kind for or on behalf of the other party without prior written consent of the other party.

ARTICLE VIII - PUBLICITY

8.0 Neither party shall issue a news release, public announcement, advertisement, or other form of publicity concerning his efforts in connection with this Agreement without the prior written approval of the other party.

ARTICLE IX - GOVERNING LAW

9.0 This Agreement shall be governed by the laws of the State of Colorado and shall be deemed when executed to have been made in the State of Colorado.

ARTICLE X - ENTIRE AGREEMENT

10.0 The foregoing Articles contain the entire Agreement between the parties, which supersedes any prior oral or written agreements, commitments, understandings, or communications with respect to the subject matter of this Agreement.



Initial WP

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed as of the day and year first hereinabove written.

**DCMS-I.S.A., LLC**

Wayne Procell
CEO

**AM-GARD, Inc.**

Larry Wentzel

Please fax signed agreement to Lisa Harris, Operations Manager, DCMS, Inc.:

**Fax 601-638-8355**



Initial_

WP

# EXHIBIT

# 5

# BRUCKNER & WALKER, LLP

ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Branden L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

June 12 2008

Jennifer Weindel
Chief, CCG Support Branch
Federal Protective Service
OAQ, ICE, DHS
Office of Acquisition Management
Federal Ctr, Bldg 44
PO Box 25266
Denver, CO 80225

RE: Solicitation No. HSCEW8-08-R-00004
Colorado Armed Guard Services Contract
SDVOB Set-Aside

Dear Ms. Weindel;

This law firm represents DCMS-ISA, INC. on the referenced matter and as such is authorized to communicate with you on their behalf. This letter confirms a conversation of this date and a request for documents in your files. In that conversation you advised me that proposals on the new solicitation were due July 14, 2008.

I am in possession of DCMS-ISA, INC. proposal and your e-mail of May 30, 2008 wherein you infer that all SDVOB proposals were rejected on the basis that the proposals were rejected. Your agency apparently rejected all SDVOB proposals on the basis that the SDVOB community as a whole did not have the relevant experience and that DCMS-ISA, INC.'s proposal was relying on major subcontractors to perform. My review of DCMS-ISA, INC.'s proposal indicates that the proposal complies in all aspects with the requirements of the referenced Solicitation, including teaming agreements and joint ventures.

Your agency did not have the professional courtesy to advise the SDVOB's that submitted proposals that all proposals had been rejected and that the Solicitation was not subject to an open procurement. You also refused DCMS-ISA, INC.'s repeated requests for a status of the Solicitation and for a debriefing. DCMS-ISA, INC. only learned accidentally that the Solicitation had been cancelled in favor of an open procurement.

Your e-mail rejects the DCMS-ISA, INC. proposal because it teams with AM-GARD, who is actually the incumbent contractor. How much more relevant the experience can be is not even subject to reasonable debate. You agree that the SDVOB must "agree …that at least

50% of the cost of personnel for the contract performance will be spent for employees…" of the SDVOB. DCMS-ISA, INC. agreed to this requirement and indicated that it would hire existing AM-GARD employees. Your rejection of DCMS-ISA, INC.'s proposal and possibly other SDVOB's is clearly arbitrary and subject to protest.

Please provide a list of the SDVOB's, including points of contact, that submitted proposals to your agency on the referenced Solicitation. Please provide that list on or before June 17, 2008.

Please contact me at your earliest convenience.

Sincerely,

William L. Bruckner
BRUCKNER & WALKER, LLP
Attorneys for DCMS-ISA, INC

TRANSMISSION VERIFICATION REPORT

TIME : 06/13/2008 11:22
NAME : BRUCKNER WALKER
FAX : 8585650813
TEL :
SER.# : BROA5J201688

| | |
|---|---|
| DATE,TIME | 06/13 11:21 |
| FAX NO./NAME | 12155212297 |
| DURATION | 00:00:36 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

# BRUCKNER & WALKER, LLP

## ATTORNEYS

William L. Bruckner, PE, DVBE
Charles F. Walker
Branden L. Timboe

4550 Kearny Villa Road, Suite 209
San Diego, California 92123

Telephone (858) 565-8300
Telefax (858) 565-0813
bill@brucknerwalker.com

June 12 2008

Jennifer Weindel
Chief, CCG Support Branch
Federal Protective Service
OAQ, ICE, DHS
Office of Acquisition Management
Federal Ctr, Bldg 44
PO Box 25266
Denver, CO 80225

RE: Solicitation No. HSCEW8-08-R-00004
Colorado Armed Guard Services Contract
SDVOB Set-Aside

Dear Ms. Weindel:

This law firm represents DCMS-ISA, INC. on the referenced matter and as such is authorized to communicate with you on their behalf. This letter confirms a conversation of this date and a request for documents in your files. In that conversation you advised me that proposals on the new solicitation were due July 14, 2008.

I am in possession of DCMS-ISA, INC. proposal and your e-mail of May 30, 2008 wherein you infer that all SDVOB proposals were rejected on the basis that the proposals were rejected. Your agency apparently rejected all SDVOB

Federal Protective Service
CCG Philadelphia

U.S. Department of Homeland Security
701 Market Street - Suite 3200
Philadelphia, PA 19106

U.S. Immigration
and Customs
Enforcement

June 17, 2008

William L. Bruckner
Bruckner and Walker, LLP
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123

Re: Solicitation No. HSCEW8-08-R-00004
Colorado Armed Guard Services Contract
SDVOSB Set-Aside

Dear Mr. Bruckner:

Thank you for your June 12, 2008, letter regarding the referenced solicitation. Amendment 3, canceling the solicitation, was posted on www.fedbizopps.gov on May 20, 2008, in accordance with federal procurement procedures described under FAR 4.5, 5.1 and 15.206.

In your letter you request a list with points of contact of the Service Disabled Veteran Owned Small Businesses (SDVOSB) that submitted proposals in response to the referenced solicitation. In view of the fact that a competitive procurement to meet the subject requirement is currently ongoing, dissemination of this information may be restricted under the limitations imposed by FAR 3.104. Additionally, this matter is the subject of ongoing litigation. For these reasons, I suggest that you request this information under the provisions of the Freedom of Information Act (FOIA).

The FOIA request should be submitted to the following address:

FOIA Office
U.S. Immigration and Customs Enforcement
800 North Capitol St., NW
5th Floor, Suite 585
Washington, DC 20536

More detailed guidance on submitting FOIA requests to U. S. Immigration and Customs Enforcement (ICE) may be found at www.ice.gov.about.legal.

Jennifer Weindel is out of the office through July 1, 2008. In her absence, any questions you have regarding this matter may be directed to Daniel Correnti at (215) 521-2280.

Sincerely,

Nina M. Ferraro
Director, Acquisition Management Division
Federal Protective Service
Department of Homeland Security

**William Bruckner**

**From:** Palma, Jeanette (CTR) [Jeanette.Palma@associates.dhs.gov]
**Sent:** Tuesday, June 17, 2008 1:59 PM
**To:** bill@brucknerwalker.com
**Subject:** Solicitation No. HSCEW8-08-R-00004 Colorado Armed Guard Services Contract SDVOSB Set-Aside

Dear Mr. Bruckner,

I am forwarding the attached correspondence on behalf of Ms. Nina Ferraro.
The original documents have been mailed to you via DHL Express.

Thank you,
Jeanette Palma

***Jeanette M. Palma***
Management Analyst, BAE Systems-IT
ICE/FPS Acquisition
Department of Homeland Security
(215) 521-2244
Fax (215) 521-2297
jeanette.palma@associates.dhs.gov
***Help us support you better – TELL US HOW WE ARE DOING!***
**Go to** http://www.acqsoline.com/ICE/OAQ/feedback.cfm

# EXHIBIT

# 6

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES: 1 / 1

2. AMENDMENT/MODIFICATION NO: 000003

3. EFFECTIVE DATE: 05/20/2008

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

6. ISSUED BY — CODE: ICE/FPS/WEST CCG

ICE/FPS/West CCG/Region 8
Immigration and Customs Enforcement
Federal Protective Service
Office of Acquisition Management
Federal Ctr, Bldg 44, PO Box 25266
Denver CO 80225

7. ADMINISTERED BY *(If other than Item 6)* — CODE: ICE/FPS/WEST CCG

ICE/FPS/West CCG/Region 8
Immigration and Customs Enforcement
Ofc of Acquisition Management - FPS
Federal Ctr, Bldg 44, PO Box 25266
Denver CO 80225

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

(x) 9A. AMENDMENT OF SOLICITATION NO.: HSCEW8-08-R-00004

x 9B. DATED *(SEE ITEM 11)*: 02/19/2008

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 11)*

CODE

FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[x] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [x] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning 0 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The solicitation is hereby cancelled because no offeror possessed relevant past performance. The highest magnitude of any past guard service effort submitted for review with performance accomplished by a prime contractor was $ 5.0 million per year, while the estimate for this requirement is $9.5MIL million per year. The Government determined that the performance risk was too high from all offers received. In order to increase competition among contractors with an acceptable level of performance risk, the requirement will be met by issuing a task order under the GSA schedule contract.

The point of contact is Jennifer Weindel and can be reached by email at jennifer.weindel@dhs.gov.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*

15B. CONTRACTOR/OFFEROR — *(Signature of person authorized to sign)*

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA — *(Signature of Contracting Officer)*

16C. DATE SIGNED

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# EXHIBIT

# 7

**William Bruckner**

**From:** Wayne Procell - DCMS [wayne.procell@dcmsgov.com]
**Sent:** Thursday, June 12, 2008 11:39 AM
**To:** Bill@brucknerwalker.com
**Subject:** FW: Solicitation Number: HSCEW8-08-R-00004

---

**From:** Weindel, Jennifer [mailto:jennifer.weindel@dhs.gov]
**Sent:** Wednesday, June 04, 2008 7:19 AM
**To:** Wayne Procell - DCMS
**Subject:** RE: Solicitation Number: HSCEW8-08-R-00004

Mr. Procell:

What do you mean by "responsive"? To me, that means that your proposal did not take any exception to any terms and conditions of our solicitation.

Kind Regards,

Jennifer Weindel
Chief, CCG Support Branch
Federal Protective Service
OAQ, ICE, DHS
Phone: (215) 521-2253
Cell: (215) 435-8762
Fax: (215) 521-2297
Email: jennifer.weindel@dhs.gov

Help us support you better – TELL US HOW WE ARE DOING!

Go to http://www.acqsolinc.com/ICE/OAQ/feedback.cfm

---

**From:** Wayne Procell - DCMS [mailto:wayne.procell@dcmsgov.com]
**Sent:** Wednesday, June 04, 2008 1:13 AM
**To:** 'Weindel, Jennifer'
**Subject:** RE: Solicitation Number: HSCEW8-08-R-00004

Ms. Weindel,

Question: Were we found "responsive" to the solicitation? If we were found non-responsive can you tell me which areas?

Wayne Procell
DCMS-ISA
303-506-6333

---

**From:** Weindel, Jennifer [mailto:jennifer.weindel@dhs.gov]
**Sent:** Friday, May 30, 2008 3:57 PM

**To:** Wayne Procell - DCMS
**Subject:** RE: Solicitation Number: HSCEW8-08-R-00004

Mr. Procell:

Unfortunately, I cannot accommodate DCMS's request for a formal debriefing. Neither FAR 15.505 "Preaward Debriefing of Offerors" or FAR 15.506 "Postaward Debriefing of Offerors" applies in a solicitation cancellation situation.

However, I would be glad to provide you with some information regarding the Government's decision to cancel as well as some information regarding DCMS's proposal.

The Immigrations and Customs Enforcement (ICE), Office of Acquisition Management (OAQ), Federal Protective Service (FPS), Consolidated Contact Group (CCG) solicited for armed guard services under RFP HSCEQ8-08-R-00004 in support of FPS Region 8 on 19 Feb 08. Region 8 requires services in approximately 50 buildings across 10 cities in the Denver, CO area on a recurring basis. This coverage requires approximately 350,000 productive guard hours per year for a one year base period and 4 one year options. This RFP was a 100% set-aside for Service Disabled Veteran Owned Small Business (SDOSB) concerns. This solicitation closed on 04 Mar 08 with receipt of SDVOB offers; which included primarily teaming arrangements of SDVOB prime contractors with subcontracts to larger, established security guard businesses.

The CCG conducted an evaluation of non-price factors which included Past Performance. As stated within the RFP, Past Performance was being evaluated as a measure of the Government's confidence in the offeror's ability to successfully perform this effort based on previous and/or current efforts. The RFP stated that the Government would evaluate recent past performance for relevance and quality. An effort would be considered relevant if it was of a similar nature, size, scope, dynamic environment and complexity, utilizing a comparable number of personnel with like skills. The Past Performance evaluation revealed that none of the offerors demonstrated experience similar to that described above, unless at the subcontract level where teaming arrangements were proposed. In those cases, the benefit of the subcontractor experience was far outweighed by the risk inherent in awarding a contract to a prime contractor with little to no relevant experience of its own. As set forth in FAR 52.219-27 "Notice of Total Service Disabled Veteran-owned Small Business Set-Aide", the SDVOB concern must agree that in performance of the contract, at least 50% of the cost of personnel for contract performance will be spent for employees of the concern…". With this in mind, fully attributing the experience of subcontractors to a prime with little or no experience that is responsible for the majority effort, is an extreme risk to FPS.

Based on the evaluation of offers received, the CCG concluded that the SDVOB community does not demonstrate the necessary relevant experience to perform a requirement such as this without significant risk to the agency and without an excessive reliance on established, large, security firms acting as subcontractors. The rationale supporting this conclusion was briefed to the ICE Office of Acquisition Management Small Business Representative and to the DHS Office of Small and Disadvantaged Business Utilization (OSDBU) on 25 April 08. Both offices concurred with the CCG's conclusion. In accordance with FAR 19.1405(c), and as recommended by the DHS OSDBU, the SDVOSB set-aside was withdrawn.

Your firm proposed similarly to what is described above - DCMS-ISA,LLC is an SDVOSB joint venture acting as prime and your subcontractor, Am-Gard, is a larger, more experienced security firm and the incumbent for this effort. DCMS-ISA provided 3 past performance projects for consideration, along with three projects performed by Am-Gard.

As compared to the instant acquisition, DCMS-ISA projects bear no relevance at all to the instant requirement. The references indicated projects for 1) Bridge replacements; 2) recreation area improvements and 3) repair of hurricane damaged work centers.

Am-Gard's projects were evaluated as well. Even if Am-Gard's past performance had been deemed to be highly relevant and of a high quality, the benefit associated with that could not overcome the risk associated with the fact that DCMS-ISA failed to demonstrate any relevant experience of its own. Given the critical nature of the requirement, the level of effort required to be performed by DCMS-ISA, and DCMS-ISA's 100% responsibility for successful performance at the prime contractor level, it was not reasonable to fully attribute the experience of Am-Gard to a company which has never held a security contract of any kind.

I do hope that this clarifies the matter. Please contact me if you have further questions.

Kind Regards,

Jennifer Weindel
Chief, CCG Support Branch
Federal Protective Service
OAQ, ICE, DHS
Phone: (215) 521-2253
Cell: (215) 435-8762
Fax: (215) 521-2297
Email: jennifer.weindel@dhs.gov

Help us support you better – TELL US HOW WE ARE DOING!

Go to http://www.acqsolinc.com/ICE/OAQ/feedback.cfm

---

**From:** Wayne Procell - DCMS [mailto:wayne.procell@dcmsgov.com]
**Sent:** Tuesday, May 27, 2008 10:46 AM
**To:** Weindel, Jennifer
**Cc:** Sims, Sophie C
**Subject:** Solicitation Number: HSCEW8-08-R-00004
**Importance:** High

Ms. Weindel,

We bid the Colorado Armed Guard Services contract as Prime and just learned of the new amendment. Primarily we secured required resources, the incumbent employees, a seven figure line of credit, and the incumbent contractor with a legal Teaming Agreement.

Collectively our proposal presented an experienced team capable of performing the work. Please advise how we may respectfully request a Debrief for this contract and understand our deficiencies.

Sincerely,

Wayne Procell

President/CEO
DCMS, Inc.
4155 E. Jewell Ave. Suite 709
Denver, CO 80222

Mobile: 303-506-6333

# EXHIBIT

# 8

48 C.F.R. **9.602**

Code of Federal Regulations Currentness
Title 48. Federal Acquisition Regulations System
Chapter 1. Federal Acquisition Regulation
Subchapter B. Acquisition Planning
Part 9. Contractor Qualifications (Refs & Annos)
Subpart 9.6 Contractor Team Arrangements
**9.602 General.**

(a) Contractor team arrangements may be desirable from both a Government and industry standpoint in order to enable the companies involved to (1) complement each other's unique capabilities and (2) offer the Government the best combination of performance, cost, and delivery for the system or product being acquired.

(b) Contractor team arrangements may be particularly appropriate in complex research and development acquisitions, but may be used in other appropriate acquisitions, including production.

(c) The companies involved normally form a contractor team arrangement before submitting an offer. However, they may enter into an arrangement later in the acquisition process, including after contract award.

NOTES OF DECISIONS

48 C. F. R. **9.602**, 48 CFR **9.602**

Current through June 5, 2008; 73 FR 32229

Copr. © 2008 Thomson Reuters/West
END OF DOCUMENT

Adobe Reader is required to view PDF images.
Get Adobe Reader

(C) 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# EXHIBIT

# 9

13 C.F.R. § 121.103

Code of Federal Regulations Currentness
Title 13. Business Credit and Assistance
Chapter I. Small Business Administration
Part 121. Small Business Size Regulations (Refs & Annos)
Subpart A. Size Eligibility Provisions and Standards
Provisions of General Applicability

**§ 121.103 How does SBA determine affiliation?**

(a) General Principles of Affiliation.

(1) Concerns and entities are affiliates of each other when one controls or has the power to control the other, or a third party or parties controls or has the power to control both. It does not matter whether control is exercised, so long as the power to control exists.

(2) SBA considers factors such as ownership, management, previous relationships with or ties to another concern, and contractual relationships, in determining whether affiliation exists.

(3) Control may be affirmative or negative. Negative control includes, but is not limited to, instances where a minority shareholder has the ability, under the concern's charter, by-laws, or shareholder's agreement, to prevent a quorum or otherwise block action by the board of directors or shareholders.

(4) Affiliation may be found where an individual, concern, or entity exercises control indirectly through a third party.

(5) In determining whether affiliation exists, SBA will consider the totality of the circumstances, and may find affiliation even though no single factor is sufficient to constitute affiliation.

(6) In determining the concern's size, SBA counts the receipts, employees, or other measure of size of the concern whose size is at issue and all of its domestic and foreign affiliates, regardless of whether the affiliates are organized for profit.

(b) Exceptions to affiliation coverage.

(1) Business concerns owned in whole or substantial part by investment companies licensed, or development companies qualifying, under the Small Business Investment Act of 1958, as amended, are not considered affiliates of such investment companies or development companies.

(2)(i) Business concerns owned and controlled by Indian Tribes, Alaska Native Corporations (ANCs) organized pursuant to the Alaska Native Claims Settlement Act (43 U.S.C. 1601 et seq.), Native Hawaiian Organizations (NHOs), Community Development Corporations (CDCs) authorized by 42 U.S.C. 9805, or wholly-owned entities of Indian Tribes, ANCs, NHOs, or CDCs are not considered affiliates of such entities.

(ii) Business concerns owned and controlled by Indian Tribes, ANCs, NHOs, CDCs, or wholly-owned entities of Indian Tribes, ANCs, NHOs, or CDCs are not considered to be affiliated with other concerns owned by these entities because of their common ownership or common management. In addition, affiliation will not be found based upon the performance of common administrative services, such as bookkeeping and payroll, so long as adequate payment is provided for those services. Affiliation may be found for other reasons.

(3) Business concerns which are part of an SBA approved pool of concerns for a joint program of research and development as authorized by the Small Business Act are not affiliates of one another because of the pool.

(4) Business concerns which lease employees from concerns primarily engaged in leasing employees to other businesses or which enter into a co-employer arrangement with a Professional Employer Organization (PEO) are not affiliated with the leasing company or PEO solely on the basis of a leasing agreement.

(5) For financial, management or technical assistance under the Small Business Investment Act of 1958, as amended, an applicant is not affiliated with the investors listed in paragraphs (b)(5)(i) through (vi) of this section.

(i) Venture capital operating companies, as defined in the U.S. Department of Labor regulations found at 29 CFR 2510.3-101(d);

(ii) Employee benefit or pension plans established and maintained by the Federal government or any state, or their political subdivisions, or any agency or instrumentality thereof, for the benefit of employees;

(iii) Employee benefit or pension plans within the meaning of the Employee Retirement Income Security Act of 1974, as amended (29 U.S.C. 1001, et seq.);

(iv) Charitable trusts, foundations, endowments, or similar organizations exempt from Federal income taxation under section 501(c) of the Internal Revenue Code of 1986, as amended (26 U.S.C. 501(c));

(v) Investment companies registered under the Investment Company Act of 1940, as amended (1940 Act) (15 U.S.C. 80a-1, et seq.); and

(vi) Investment companies, as defined under the 1940 Act, which are not registered under the 1940 Act because they are beneficially owned by less than 100 persons, if the company's sales literature or organizational documents indicate that its principal purpose is investment in securities rather than the operation of commercial enterprises.

(6) A protégé firm is not an affiliate of a mentor firm solely because the protégé firm receives assistance from the mentor firm under Federal Mentor-Protégé programs. Affiliation may be found for other reasons.

(7) The member shareholders of a small agricultural cooperative, as defined in the Agricultural Marketing Act (12 U.S.C. 1141j), are not considered affiliated with the cooperative by virtue of their membership in the cooperative.

(c) Affiliation based on stock ownership.

(1) A person (including any individual, concern or other entity) that owns, or has the power to control, 50 percent or more of a concern's voting stock, or a block of voting stock which is large compared to other outstanding blocks of voting stock, controls or has the power to control the concern.

(2) If two or more persons (including any individual, concern or other entity) each owns, controls, or has the power to control less than 50 percent of a concern's voting stock, and such minority holdings are equal or approximately equal in size, and the aggregate of these minority holdings is large as compared with any other stock holding, SBA presumes that each such person controls or has the power to control the concern whose size is at issue. This presumption may be rebutted by a showing that such control or power to control does not in fact exist.

(3) If a concern's voting stock is widely held and no single block of stock is large as compared with all other stock holdings, the concern's Board of Directors and CEO or President will be deemed to have the power to control the concern in the absence of evidence to the contrary.

(d) Affiliation arising under stock options, convertible securities, and agreements to merge.

(1) In determining size, SBA considers stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the power to control a concern. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised.

(2) Agreements to open or continue negotiations towards the possibility of a merger or a sale of stock at some later date are not considered "agreements in principle" and are thus not given present effect.

(3) Options, convertible securities, and agreements that are subject to conditions precedent which are incapable of fulfillment, speculative, conjectural, or unenforceable under state or Federal law, or where the probability of the transaction (or exercise of the rights) occurring is shown to be extremely remote, are not given present effect.

(4) An individual, concern or other entity that controls one or more other concerns cannot use options, convertible securities, or agreements to appear to terminate such control before actually doing so. SBA will not give present effect to individuals', concerns' or other entities' ability to divest all or part of their ownership interest in order to avoid a finding of affiliation.

(e) Affiliation based on common management. Affiliation arises where one or more officers, directors, managing members, or partners who control the board of directors and/or management of one concern also control the board of directors or management of one or more other concerns.

(f) Affiliation based on identity of interest. Affiliation may arise among two or more persons with an identity of interest. Individuals or firms that have identical or substantially identical business or economic interests (such as family members, individuals or firms with common investments, or firms that are economically dependent through contractual or other relationships) may be treated as one party with such interests aggregated. Where SBA determines that such interests should be aggregated, an individual or firm may rebut that determination with evidence showing that the interests deemed to be one are in fact separate.

(g) Affiliation based on the newly organized concern rule. Affiliation may arise where former officers, directors, principal stockholders, managing members, or key employees of one concern organize a new concern in the same or related industry or field of operation, and serve as the new concern's officers, directors, principal stockholders, managing members, or key employees, and the one concern is furnishing or will furnish the new concern with contracts, financial or technical assistance, indemnification on bid or performance bonds, and/or other facilities, whether for a fee or otherwise. A concern may rebut such an affiliation determination by demonstrating a clear line of fracture between the two concerns. A "key employee" is an employee who, because of his/her position in the concern, has a critical influence in or substantive control over the operations or management of the concern.

(h) Affiliation based on joint ventures. A joint venture is an association of individuals and/or concerns with interests in any degree or proportion by way of contract, express or implied, consorting to engage in and carry out no more than three specific or limited-purpose business ventures for joint profit over a two year period, for which purpose they combine their efforts, property, money, skill, or knowledge, but not on a continuing or permanent basis for conducting business generally. This means that the joint venture entity cannot submit more than three offers over a two year period, starting from the date of the submission of the first offer. A joint venture may or may not be in the form of a separate legal entity. The joint venture is viewed as a business entity in determining power to control its management. SBA may also determine that the relationship between a prime contractor and its subcontractor is a joint venture, and that affiliation between the two exists, pursuant to paragraph (h)(4) of this section.

(1) Parties to a joint venture are affiliates if any one of them seeks SBA financial assistance for use in connection with the joint venture.

(2) Except as provided in paragraph (h)(3) of this section, concerns submitting offers on a particular procurement or property sale as joint venturers are affiliated with each other with regard to the performance of that contract.

(3) Exception to affiliation for certain joint ventures.

(i) A joint venture of two or more business concerns may submit an offer as a small business for a Federal procurement without regard to affiliation under paragraph (h) of this section so long as each concern is small under the size standard corresponding to the NAICS code assigned to the contract, provided:

(A) The procurement qualifies as a "bundled" requirement, at any dollar value, within the meaning of § 125.2(d)(1)(i) of this chapter; or

(B) The procurement is other than a "bundled" requirement within the meaning of § 125.2(d)(1)(i) of this chapter, and:

(1) For a procurement having a receipts based size standard, the dollar value of the procurement, including options, exceeds half the size standard corresponding to the NAICS code assigned to the contract; or

(2) For a procurement having an employee-based size standard, the dollar value of the procurement, including options, exceeds $10 million.

(ii) A joint venture of at least one 8(a) Participant and one or more other business concerns may submit an offer for a competitive 8(a) procurement without regard to affiliation under paragraph (h) of this section so long as the requirements of § 124.513(b)(1) of this chapter are met.

(iii) Two firms approved by SBA to be a mentor and protégé under 13 CFR 124.520 may joint venture as a small business for any Federal Government procurement, provided the protégé qualifies as small for the size standard corresponding to the NAICS code assigned to the procurement and, for purposes of 8(a) sole source requirements, has not reached the dollar limit set forth in 13 CFR 124.519.

(4) A contractor and its ostensible subcontractor are treated as joint venturers, and therefore affiliates, for size determination purposes. An ostensible subcontractor is a subcontractor that performs primary and vital requirements of a contract, or of an order under a multiple award schedule contract, or a subcontractor upon which the prime contractor is unusually reliant. All aspects of the relationship between the prime and subcontractor are considered, including, but not limited to, the terms of the proposal (such as contract management, technical responsibilities, and the percentage of subcontracted work), **agreements** between the prime and subcontractor (such as bonding assistance or the **teaming** agreement), and whether the subcontractor is the incumbent contractor and is ineligible to submit a proposal because it exceeds the applicable size standard for that solicitation.

(5) For size purposes, a concern must include in its receipts its proportionate share of joint venture receipts, and in its total number of employees its proportionate share of joint venture employees.

(i) Affiliation based on franchise and license agreements. The restraints imposed on a franchisee or licensee by its franchise or license agreement relating to standardized quality, advertising, accounting format and other similar provisions, generally will not be considered in determining whether the franchisor or licensor is affiliated with the franchisee or licensee provided the franchisee or licensee has the right to profit from its efforts and bears the risk of loss commensurate with ownership. Affiliation may arise, however, through other means, such as common ownership, common management or excessive restrictions upon the sale of the franchise interest.

[62 FR 11318, March 12, 1997; 62 FR 26381, May 14, 1997; 63 FR 35738, June 30, 1998; 64 FR

57370, Oct. 25, 1999; 65 FR 30840, May 15, 2000; 65 FR 35812, June 6, 2000; 65 FR 45832, 45833, July 26, 2000; 69 FR 29201, May 21, 2004; 70 FR 51248, Aug. 30, 2005]

SOURCE: 61 FR 3286, Jan. 31, 1996; 62 FR 11318, March 12, 1997; 63 FR 31907, June 11, 1998; 63 FR 46642, Sept. 2, 1998; 64 FR 26280, May 14, 1999; 64 FR 57370, Oct. 25, 1999; 67 FR 62337, Oct. 7, 2002; 69 FR 25266, May 5, 2004; 69 FR 29420, May 24, 2004; 70 FR 51248, Aug. 30, 2005; 70 FR 56814, Sept. 29, 2005; 70 FR 69047, 69052, Nov. 14, 2005, unless otherwise noted.

AUTHORITY: 15 U.S.C. 632, 634(b)(6), 636(b), 637(a), 644, and 662(5); and Pub.L. 105-135, sec. 401 et seq., 111 Stat. 2592.

NOTES OF DECISIONS

13 C. F. R. § 121.103, 13 CFR § 121.103

Current through June 5, 2008; 73 FR 32229

Copr. © 2008 Thomson Reuters/West
END OF DOCUMENT

Adobe Reader is required to view PDF images.
Get Adobe Reader

(C) 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# EXHIBIT

# 10

48 C.F.R. 5119.1070-2

Code of Federal Regulations Currentness
Title 48. Federal Acquisition Regulations System
Chapter 51. Department of the Army Acquisition Regulations
Part 5119. Small Business and Small Disadvantaged Business Concerns (Refs & Annos)
Subpart 5119.10 Small Business Competitiveness Demonstration Program
5119.1070 Procedures.

**5119.1070-2 Emerging small business set-aside.**

(a)(S-90) Solicitations for dredging shall be set-aside for exclusive competition among ESBs when the estimated award value is equal to or less than the emerging small business reserve amount (ESBRA) of $600,000. (Except that dredging acquisitions shall continue to be considered for placement under the 8(a) program (see FAR Subpart 19.8) and for small disadvantaged business set-asides (see DFARS 219.502-72)). The ESBRA applies only to new awards. Modifications or follow-on awards to contracts having an initial award value in excess of the ESBRA are not subject to this requirement. The set-aside requirements in DFARS 219.1070-2 (a) and (b) for designated industry groups acquisitions valued at $25,000 or less shall be complied with for all dredging program set-asides.

(S-90) The contracting office shall include the applicable SIC Code and dollar size standard in the synopsis of proposed procurement as published in the Commerce Business Daily (CBD), in the presolicitation notice (construction contract) SF 1417 when issued, and in the solicitation documents.

(S-91) The contracting officer shall consider use of the following initiatives to increase participation by small businesses and emerging small businesses:

(1) Specifying of contract requirements and contractual terms and conditions which are conducive to competition among small business and emerging small business concerns, consistent with the mission or program requirements of the Department of the Army, Corp of Engineers.

(2) Encouraging joint ventures, **teaming agreements**, and similar arrangements consistent with the Small Business Act (15 U.S.C. 637(d)) for the purpose of including small business concerns in contracting opportunities. However, no such joint venture shall exceed the applicable size standard.

(3) Making maximum use of subcontracting through plans negotiated and enforced pursuant to section 8(d) of the Small Business Act. Goals may be specified in solicitations stating minimum percentages of subcontracting.

SOURCE: 54 FR 15410, April 18, 1989, unless otherwise noted.

AUTHORITY: 5 U.S.C. 301, 10 U.S.C. 2202, DOD Directive 5000.35, FAR 1.301 and DOD FAR Supplement 201.301.

48 C. F. R. 5119.1070-2, 48 CFR 5119.1070-2

Current through June 5, 2008; 73 FR 32229

Copr. © 2008 Thomson Reuters/West
END OF DOCUMENT

Adobe Reader is required to view PDF images.

# EXHIBIT

# 11

48 C.F.R. **52.219-27**

Code of Federal Regulations Currentness
Title 48. Federal Acquisition Regulations System
Chapter 1. Federal Acquisition Regulation
Subchapter H. Clauses and Forms
Part 52. Solicitation Provisions and Contract Clauses (Refs & Annos)
Subpart 52.2 Texts of Provisions and Clauses
**52.219-27 Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside.**

As prescribed in 19.1407, insert the following clause:

Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004)

(a) Definition. Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

(b) General.

(1) Offers are solicited only from service-disabled veteran-owned small business concerns. Offers received from concerns that are not service-disabled veteran-owned small business concerns shall not be considered.

(2) Any award resulting from this solicitation will be made to a service-disabled veteran-owned small business concern.

(c) Agreement. A service-disabled veteran-owned small business concern agrees that in the performance of the contract, in the case of a contract for--

(1) Services (except construction), at least 50 percent of the cost of personnel for contract performance will be spent for employees of the concern or employees of other service-disabled veteran-owned small business concerns;

(2) Supplies (other than acquisition from a nonmanufacturer of the supplies), at least 50 percent of the cost of manufacturing, excluding the cost of materials, will be performed by the concern or other service-disabled veteran-owned small business concerns;

(3) General construction, at least 15 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other service-disabled veteran-owned small business concerns; or

(4) Construction by special trade contractors, at least 25 percent of the cost of the contract performance incurred for personnel will be spent on the concern's employees or the employees of other service-disabled veteran-owned small business concerns.

(d) A joint venture may be considered a service-disabled veteran owned small business concern if--

(1) At least one member of the joint venture is a service-disabled veteran-owned small business concern, and makes the following representations: That it is a service-disabled veteran-owned small business concern, and that it is a small business concern under the North American Industry Classification Systems (NAICS) code assigned to the procurement;

(2) Each other concern is small under the size standard corresponding to the NAICS code assigned to the procurement; and

(3) The joint venture meets the requirements of paragraph 7 of the explanation of Affiliates in 19.101 of the Federal Acquisition Regulation.

(4) The joint venture meets the requirements of 13 CFR 125.15(b).

(e) Any service-disabled veteran-owned small business concern (nonmanufacturer) must meet the requirements in 19.102(f) of the Federal Acquisition Regulation to receive a benefit under this program.

(End of clause)

[69 FR 25279, May 5, 2004; 70 FR 14954, March 23, 2005]

48 C. F. R. **52.219-27**, 48 CFR **52.219-27**

Current through June 5, 2008; 73 FR 32229

Copr. © 2008 Thomson Reuters/West
END OF DOCUMENT

Adobe Reader is required to view PDF images.

(C) 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# EXHIBIT

# 12

48 C.F.R. **52.212-3**

Code of Federal Regulations Currentness
Title 48. Federal Acquisition Regulations System
Chapter 1. Federal Acquisition Regulation
Subchapter H. Clauses and Forms
Part 52. Solicitation Provisions and Contract Clauses (Refs & Annos)
Subpart 52.2 Texts of Provisions and Clauses
**52.212-3 Offeror Representations and Certifications--Commercial Items.**

As prescribed in 12.301(b)(2), insert the following provision:

OFFER REPRESENTATIONS AND CERTIFICATIONS--COMMERCIAL ITEMS (MAY 2008)

An offeror shall complete only paragraph (l) of this provision if the offeror has completed the annual representations and certifications electronically at http://orca.bpn.gov. If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (k) of this provision.

(a) Definitions. As used in this provision--

Emerging small business means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

Forced or indentured child labor means all work or service--

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

Manufactured end product means any end product in Federal Supply Classes (FSC) 1000-9999, except--

(1) FSC 5510, Lumber and Related Basic Wood Materials;

(2) Federal Supply Group (FSG) 87, Agricultural Supplies;

(3) FSG 88, Live Animals;

(4) FSG 89, Food and Related Consumables;

(5) FSC 9410, Crude Grades of Plant Materials;

(6) FSC 9430, Miscellaneous Crude Animal Products, Inedible;

(7) FSC 9440, Miscellaneous Crude Agricultural and Forestry Products;

(8) FSC 9610, Ores;

(9) FSC 9620, Minerals, Natural and Synthetic; and

(10) FSC 9630, Additive Metal Materials.

Place of manufacture means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service--disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

Small business concern means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101 (2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern--

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

Women-owned business concern means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder

may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

[ ] TIN: ________

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

[ ] Sole proprietorship;

[ ] Partnership;

[ ] Corporate entity (not tax-exempt);

[ ] Corporate entity (tax-exempt);

[ ] Government entity (Federal, State, or local);

[ ] Foreign government;

[ ] International organization per 26 CFR 1.6049-4;

[ ] Other ________________________________________

(5) Common parent.

[ ] Offeror is not owned or controlled by a common parent;

[ ] Name and TIN of common parent:

Name ________________________________________

TIN ________________________________________

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) Small business concern. The offeror represents as part of its offer that it [ ] is, [ ] is not a small business concern.

(2) Veteran-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business concern.

(3) Service-disabled veteran-owned small business concern. [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.] The offeror

represents as part of its offer that it [ ] is, [ ] is not a service-disabled veteran-owned small business concern.

(4) Small disadvantaged business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, for general statistical purposes, that it [ ] is, [ ] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) Women-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is, [ ] is not a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is, a women-owned business concern.

(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

___

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]

(i) (Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs).) The offeror represents as part of its offer that it [ ] is, [ ] is not an emerging small business.

(ii) (Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs).) Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts)

(Check one of the following):

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| __ 50 or fewer | __ $1 million or less |
| __ 51-100 | __ $1,000,001-$2 million |
| __ 101-250 | __ $2,000,001-$3.5 million |
| __ 251-500 | __ $3,500,001-$5 million |
| __ 501-750 | __ $5,000,001-$10 million |
| __ 751-1,000 | __ $10,000,001-$17 million |
| __ Over 1,000 | __ Over $17 million |

(9) (Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.)

(i) General. The offeror represents that either--

(A) It /3)6d/ is, /___/ is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It [ ] has, [ ] has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: __________.]

(10) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It [ ] is, [ ] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: ______.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Representations required to implement provisions of Executive Order 11246--

(1) Previous contracts and compliance. The offeror represents that--

(i) It [ ] has, [ ] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii) It [ ] has, [ ] has not filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that--

(i) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) Buy American Act Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act--Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act--Supplies."

(2) Foreign End Products:

Line Item No.: ________________________________________

Country of Origin: ______________________________________

(List as necessary)

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate. (Applies only if the clause at FAR 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "Bahrainian or Moroccan end product," "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act."

(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahrainian or Moroccan end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act":

Free Trade Agreement Country End Products (Other than Bahrainian or Moroccan End Products) or Israeli End Products:

| Line Item No. | Country of Origin |
| --- | --- |
| ______________ | ______________ |
| ______________ | ______________ |
| ______________ | ______________ |

[List as necessary]

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products

Line Item No.: ______________________________

Country of Origin: ______________________________

(List as necessary)

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate, Alternate I. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act":

Canadian End Products:

Line Item No.

______________________________

______________________________

______________________________

$(List as necessary)

(3) Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate, Alternate II. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act":

Canadian or Israeli End Products:

Line Item No.

____________________________________________

____________________________________________

____________________________________________

Country of Origin

____________________________________________

____________________________________________

____________________________________________

$(List as necessary)

(4) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products

Line Item No.: ____________________________________

Country of Origin: __________________________________

(List as necessary)

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(i) The offeror certifies that each end product being offered, except those listed in paragraph (g)(1)(ii) of this provision, is a domestic end product (as defined in the clause entitled "Buy American Act--American Free Trade Agreement Implementation Act--Balance of Payments Program," and that components of unknown origin have been considered to have been mined, produced, or manufactured outside the United States.

(ii) Excluded End Products:

| Line item No. | Country of Origin |
| --- | --- |
| __________ | __________ |
| __________ | __________ |

[List as necessary]

(iii) Offers will be evaluated by giving certain preferences to domestic end products or NAFTA country end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (g)(1)(ii) of this provision, offerors must identify and certify below those excluded end products that are NAFTA country end products. Products that are not identified and certified below will not be deemed NAFTA country end products. The offeror certifies that the following supplies qualify as NAFTA country end products as that term is defined in the clause entitled "Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payments Program":

________________________________________

________________________________________

________________________________________

[Insert line item numbers)

(iv) Offers will be evaluated in accordance with part 25 of the Federal Acquisition Regulation. In addition, if this solicitation is for supplies for use outside the United States, an evaluation factor of 50 percent will be applied to offers of end products that are not domestic or NAFTA country end products.

(2) Alternate I. If Alternate I to the clause at 52.225-21 is included in this solicitation, substitute the following paragraph (g)(1)(iii) for paragraph (g)(1)(iii) of this provision:

(g)(1)(iii) Offers will be evaluated by giving certain preferences to domestic end products or Canadian end products over other end products. In order to obtain these preferences in the evaluation of each excluded end product listed in paragraph (b) of this provision, offerors must identify and certify below those excluded end products that are Canadian end products. Products that are not identified and certified below will not be deemed Canadian end products.

The offeror certifies that the following supplies qualify as Canadian and products as that term is defined in the clause entitled "buy American Act-- North American Free Trade Agreement Implementation Act--Balance of Payments Program":

________________________________________

[Insert line item numbers]

(h) Certification Regarding Responsibility Matters (Executive Order 12689). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals--

(1) [ ] Are, [ ] are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(2) [ ] Have, [ ] have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: Commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or Commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property;

(3) [ ] Are, [ ] are not presently indicted for, or otherwise criminally or civilly charged by a

Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4) [ ] Have, [ ] have not, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds $3,000 for which the liability remains unsatisfied.

(i) Taxes are considered delinquent if both of the following criteria apply:

(A) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii) Examples. (A) The taxpayer has received a statutory notice of deficiency, under I.R.C. § 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(C) The taxpayer has entered into an installment agreement pursuant to I.R.C. § 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1) Listed end products.

Listed End Product

________________________________________

________________________________________

Listed Countries of Origin

________________________________________

________________________________________

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]

[ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j) Place of manufacture. (Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly--

(1) [ ] In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or

(2) [ ] Outside the United States.

(k) Certificates regarding exemptions from the application of the Service Contract Act. (Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.]

[ ] (1) Maintenance, calibration, or repair of certain equipment as described in FAR 22.1003-4(c)(1). The offeror [ ] does [ ] does not certify that--

(i) The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror in substantial quantities to the general public in the course of normal business operations;

(ii) The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and

(iii) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.

[ ] (2) Certain services as described in FAR 22.1003-4(d)(1). The offeror [ ] does [ ] does not certify that--

(i) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;

(ii) The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract

period is less than a month) servicing the Government contract; and

(iv) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3) If paragraph (k)(1) or (k)(2) of this clause applies--

(i) If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Act wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii) The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.

(l)(1) Annual Representations and Certifications. Any changes provided by the offeror in paragraph (l)(2) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certifications electronically via the ORCA website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR **52.212-3**, Offeror Representations and Certifications--Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs ______.

Offeror to identify the applicable paragraphs at (b) through (k) of this provision that the offeror has completed for the purposes of this solicitation only, if any.

[These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.

Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.]

(End of provision)

Alternate I (APR 2002). As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.) [The offeror shall check the category in which its ownership falls]:

__ Black American.

__ Hispanic American.

__ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

__ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

__ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

__ Individual/concern, other than one of the preceding.

Alternate II (OCT 2000). As prescribed in 12.301(b)(2), add the following paragraph (c)(9)(iii) to the basic provision:

(iii) Address. The offeror represents that its address ___ is, ___ is not in a region for which a small disadvantaged business procurement mechanism is authorized and its address has not changed since its certification as a small disadvantaged business concern or submission of its application for certification. The list of authorized small disadvantaged business procurement mechanisms and regions is posted at http:// www.arnet.gov/References/sdbadjustments.htm. The offeror shall use the list in effect on the date of this solicitation. "Address," as used in this provision, means the address of the offeror as listed on the Small Business Administration's register of small disadvantaged business concerns or the address on the completed application that the concern has submitted to the Small Business Administration or a Private Certifier in accordance with 13 CFR part 124, subpart B. For joint ventures, "address" refers to the address of the small disadvantaged business concern that is participating in the joint venture.

[60 FR 48251, Sept. 18, 1995; 60 FR 54818, Oct. 26, 1995; 61 FR 2633, Jan. 26, 1996; 61 FR 31648, June 20, 1996; 62 FR 233, 238, 261, Jan. 2, 1997; 63 FR 35724, June 30, 1998; 63 FR 36124, July 1, 1998; 63 FR 52427, Sept. 30, 1998; 63 FR 58590, Oct. 30, 1998; 63 FR 70274, 70285, Dec. 18, 1998; 64 FR 10533, March 4, 1999; 64 FR 32741, 32749, June 17, 1999; 64 FR 36223, 36224, July 2, 1999; 64 FR 51831, Sept. 24, 1999; 64 FR 72432, Dec. 27, 1999; 65 FR 46058, July 26, 2000; 65 FR 60545, Oct. 11, 2000; 65 FR 80266, Dec. 20, 2000; 66 FR 2134, Jan. 10, 2001; 66 FR 5348, Jan. 18, 2001; 66 FR 14260, March 9, 2001; 66 FR 17754, 17756, April 3, 2001; 66 FR 18735, April 11, 2001; 66 FR 65370, Dec. 18, 2001; 66 FR 66986, 66990, Dec. 27, 2001; 67 FR 6121, Feb. 8, 2002; 67 FR 13066, March 20, 2002; 67 FR 21536, April 30, 2002; 67 FR 43520, June 27, 2002; 67 FR 56123, Aug. 30, 2002; 68 FR 28084, May 22, 2003; 69 FR 1055, Jan. 7, 2004; 69 FR 25279, May 5, 2004; 69 FR 59700, Oct. 5, 2004; 69 FR 76347, Dec. 20, 2004; 69 FR 77876, Dec. 28, 2004; 70 FR 11742, March 9, 2005; 70 FR 14954, March 23, 2005; 70 FR 57459, Sept. 30, 2005; 71 FR 219, Jan. 3, 2006; 71 FR 36937, 36941, June 28, 2006; 71 FR 57378, Sept. 28, 2006; 71 FR 67777, Nov. 22, 2006; 72 FR 46327, Aug. 17, 2007; 72 FR 46332, Aug. 17, 2007; 72 FR 46358, Aug. 17, 2007; 72 FR 46360, Aug. 17, 2007; 72 FR 46361, Aug. 17, 2007; 72 FR 63081, Nov. 7, 2007; 73 FR 10965, Feb. 28, 2008; 73 FR 21799, April 22, 2008]

48 C. F. R. **52.212-3**, 48 CFR **52.212-3**

Current through June 5, 2008; 73 FR 32229

Copr. © 2008 Thomson Reuters/West
END OF DOCUMENT

Adobe Reader is required to view PDF images.
Adobe Get Adobe Reader

(C) 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.