ORIGINAL

FILED
JUN 20 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DCMS-ISA, Inc., a Service Disabled Veteran Small Business and a Joint Venture<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | USCFC No. 08-456 C<br><br>DECLARATION OF WILLIAM L. BRUCKNER IN SUPPORT OF PLAINTIFF'S COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, William Bruckner declare as follows:

I am an attorney licensed to practice before this Court, as well as all of the courts of the State of California. I am a partner at the law firm of Bruckner & Walker, attorneys for Plaintiff DCMS-ISA, Inc., ("DCMS-ISA"). The facts contained in this declaration are within my personal knowledge and if called as a witness I could and would competently testify thereto.

1. A true and correct copy of this law firm's Notice of Bid Protest letter is attached to DCMS-ISA's Complaint and Application for Temporary Restraining Order and Preliminary Injunction as Attachment 1.
2. A true and correct copy of selected relevant portions of Solicitation HSCEW8-08-R-00004 is attached to DCMS-ISA's Complaint as Attachment 2.
3. A true and correct copy of Amendment 000001 is attached to DCMS-ISA's Complaint as Attachment 3.
4. A true and correct copy of DCMS-ISA's proposal is attached to DCMS-ISA's Complaint as Attachment 4.

5. A true and correct copy of this law firm's letter of June 12, 2008 and DHS's letter dated June 17, 2008 is attached to DCMS-ISA's Complaint as Attachment 5.

6. A true and correct copy of Amendment 000003 is attached to DCMS-ISA's Complaint as Attachment 6.

7. A true and correct copy of emails between Wayne Procell and DHS on May 30, 2008 is attached to DCMS-ISA's Complaint as Attachment 7.

8. A true and correct copy of 48 C.F.R 9.602 is attached to DCMS-ISA's Complaint as Attachment 8

9. A true and correct copy of 13 C.F.R §121.103 is attached to DCMS-ISA's Complaint as Attachment 9

10. A true and correct copy of 48 C.F.R 5119.1070-2 is attached to DCMS-ISA's Complaint as Attachment 10

11. A true and correct copy of 48 C.F.R 52.219-27 is attached to DCMS-ISA's Complaint as Attachment 11

12. A true and correct copy of 48 C.F.R 52.212-3 is attached to DCMS-ISA's Complaint as Attachment 12

Dated: June 19, 2008

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Suite 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for Plaintiff DCMS-ISA Inc.