IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DCMS-ISA, INC., | ) | |
| | ) | BID PROTEST |
| Plaintiff, | ) | |
| | ) | No. 08-456 |
| v. | ) | (Judge Nancy B. Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Tara J. Kilfoyle, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Tara J. Kilfoyle
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12022
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 305-1709
Fax: (202) 514-8624
E-mail: Tara.Kilfoyle@usdoj.gov

Dated: June 20, 2008

## CERTIFICATE OF FILING

I hereby certify that on June 20, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara J. Kilfoyle