UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DCMS-ISA, Inc., a Service Disabled Veteran Small Business and a Joint Venture<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | CASE NO. 08-456C<br><br>CORPORATE DISCLOSURE STATEMENT |

DCMS-ISA, Inc., is a Joint Venture of Demolition and Construction Management Services, Inc (DCMS) and International Security Agency, Inc., (ISA). The Joint Venture is an S corporation and the share holders are individuals. DCMS-ISA, Inc., has no parent corporation nor does any other corporation own 10% or more of DCMS-ISA, Inc.'s stock.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 20, 2008

Respectfully submitted,

s/ William L. Bruckner

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
bill@brucknerwalker.com

Attorneys for DCMS-ISA, Inc.

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 20th day of June 2008, a copy of the forgoing Disclosure Statment was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams