# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: June 24, 2008)**

* * * * * * * * * * * * * * * * *

**DCMS-ISA, INC., Service Disabled Veteran Owned Small Business Joint Venture,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Based on the government's representation during a status conference held on Monday, June 23, 2008 that it will not make an award with regard to the services at issue in this case before October 2008, and with the understanding that the court will resolve the case on the merits before that time, the plaintiff agreed that it will forgo seeking a temporary restraining order and/or preliminary injunction at this time. Accordingly, the plaintiff's claim for injunctive relief will be heard in conjunction with the court's consideration of the merits.

In addition, the court hereby **ORDERS** the following:

**Friday, June 27, 2008** — The government shall file the administrative record, including a copy to be sent to counsel for the plaintiff by overnight mail.

**Monday, July 21, 2008** — The plaintiff shall file a motion for judgment on the administrative record.

| | |
|---|---|
| **Friday, August 22, 2008** | The government shall file its response and cross-motion for judgment on the administrative record. |
| **Friday, August 29, 2008** | The plaintiff shall file its reply and response to the government's cross-motion. |
| **Friday, September 5, 2008** | The government shall file its reply. |
| **Monday, September 8, 2008** | Oral argument on the parties' cross-motions for judgment on the administrative record shall be heard at **2:30 pm eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number shall be posted in the lobby on the day of the argument. |

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge