**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| DCMS-ISA, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-456C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. The administrative record in this case will exceed the 2MB size limitation applicable to electronic files and the 50-page limitation applicable to printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Counsel for plaintiff has stated that he does not object to this motion.

The administrative record consists of several volumes containing numerous pages. Given the size of the administrative record, it would be difficult and burdensome to break the record down into numerous sections, each of which would comply with the 2MB size limitation.

For these reasons, defendant respectfully requests that the Court grant this motion for leave to file the administrative record on CD-ROM. Defendant respectfully proposes that, in addition to the CD-ROM to be filed with the Court, defendant provide chambers with two courtesy paper copies of the administrative record.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-1709
Fax: (202) 307-0972

Of Counsel:
MICHAEL DAVIDSON
Office of Counsel
Department of Homeland Security
Immigration and Customs Enforcement

June 26, 2008

Attorneys for Defendant

Certificate of Filing

I hereby certify that on June 26, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara Kilfoyle