# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: June 27, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **DCMS-ISA, INC., Service Disabled Veteran Owned Small Business Joint Venture,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Defendant's unopposed, motion filed June 25, 2008, for a protective order is **GRANTED**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge