# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: June 27, 2008)**

* * * * * * * * * * * * * * * * * *
*
**DCMS-ISA, INC., Service Disabled Veteran Owned Small Business Joint Venture,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed, motion filed June 26, 2008, to file the administrative record on CD-ROM is **GRANTED**. Defendant shall provide chambers with one courtesy paper copy of the administrative record.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge