**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| DCMS-ISA, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-456C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE**

Defendant, the United States, hereby notifies the Court and plaintiff of the filing of the administrative record for this bid protest. In accordance with this Court's June 27, 2008 Order, the administrative record is filed on CD-ROM. The administrative record has been Bates stamped and material subject to the Court's June 27, 2008 protective order has been marked protected.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-1709
Fax: (202) 307-0972

Of Counsel:
MICHAEL DAVIDSON
Office of Counsel
Department of Homeland Security
Immigration and Customs Enforcement

June 27, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 27, 2008 a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle