**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| DCMS-ISA, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-456C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CORRECT THE ADMINISTRATIVE RECORD

Pursuant to Rule 7(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that this Court grant defendant leave to correct the Administrative Record filed on June 27, 2008. Counsel for plaintiff, William Bruckner, has represented that plaintiff, DCMA-ISA, Inc., does not oppose this motion.

Tab Three of the Administrative Record filed on June 27, 2008 contains Solicitation HSCEW8-08-R-0004 (the "solicitation"), dated February 19, 2008. The Department of Homeland Security ("DHS") inadvertently included a copy of the solicitation that cut off portions of Section J of the solicitation, and omitted Sections L and M of the solicitation.[1] Accordingly, 15 pages which should have been included in Tab Three of the Administrative Record were inadvertently omitted. The omitted pages are attached to this motion as Exhibit 1.

For the foregoing reasons, defendant respectfully requests that this Court grant defendant leave to correct the Administrative Record filed on June 27, 2008 to include the 15 pages that

[1] The solicitation also references a "Section K." See Administrative Record ("AR") at 10. However, DHS has represented that the solicitation dated February 19, 2008 did not include Section K.

were inadvertently omitted from Tab Three. In order to maintain logical organization of the administrative record, defendant respectfully proposes that the omitted pages be included in Tab Three of the administrative record behind the current page 170 as pages 170-A through 170-O, as they are labeled in Exhibit 1. Defendant also respectfully proposes that counsel for defendant provide CD-ROMs containing the corrected Administrative Record to the Court and counsel for plaintiff.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-1709
Fax: (202) 307-0972

Of Counsel:
MICHAEL DAVIDSON
Office of Counsel
Department of Homeland Security
Immigration and Customs Enforcement

July 2, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on July 2, 2008 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO CORRECT THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle