Exhibit 1

EXHIBIT - J9

requirement the Company will reimburse the employee within a reasonable time-frame.

A. At times, employees may be requested to work some distance from their normal work location. When employees are requested by the Company to work some distance away from their normal work location, mileage reimbursements are as follows: The Company will pay the employee $0.30 thirty cents, per mile beyond a twenty-five (25) mile, one way, and range from the normal place of work.

B. The Company will reimburse employees reasonable expenses for overnight travel on Company business. If any Company travel causes the need to stay overnight, an employee can request that the Company prepay the cost of the hotel room excluding incidentals. The parties recognize that the Company, in some instances, may be unable to do so because of a particular hospitality establishment's internal rules and regulations.

**SECTION 13.3 UNION MEETINGS**

Neither Union officials nor Union members shall, during their working time (lunch and break period conversations must be conducted away from the assigned post areas), solicit membership, receive applications, hold meetings of any kind for the transaction of Union business, or conduct any Union activity. Members of the Union will refrain from any sort of intimidation tactics to other employees while on duty.

**SECTION 13.5 LICENSING AND SUITABILITY REQUIREMENTS**

The Union recognizes the requirements for licensing and suitability subject to the Company's contract with the Department of Homeland Security. The employee's are required to obtain and maintain all licensing and suitability requirements to maintain employment with Am-Gard. The Company agrees to pay for any licensing fees borne from this requirement. NRA requirements under the Department of Homeland Security contract are the responsibility of the employees. According to NRA standards, every ten years, employees must take a refresher course in order to maintain the NRA credentials. The employee is responsible for these costs.

**SECTION 13.6 EQUIPMENT**

A. The Company will maintain forms in the management office so that employees may request the replacement of equipment/uniforms. The employees will be required to call the management office and have a copy of the form sent to them for execution and return the form to the management office. However, the decision on whether to replace equipment/uniforms rests solely with the Company.

B. Blood Borne Pathogens' training and CPR/First Aid training has been provided to employees on this government contract. The Company will



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

EXHIBIT - J9

provide latex gloves, masks, alcohol pads, in kits accessible to employees at all posts and assignments.

C. Weapons cleaning equipment (solvent, cleaning cloths, etc.) will be made available to employees after each qualification, to clean Company weapons.

## ARTICLE 14

## TRAINING

### SECTION 14.1 TRAINING

A. The Company will make its best effort to implement its advanced uniform Security Training Program to enhance the professional capabilities of the Employees. Actual scheduling of training is subject to approval by the US Government and may be subject to funding by the US Government. The employee will make every effort to contact supervision to schedule training sessions. All training will be within the guidelines of the US Government.

Training shall be paid at the regular rate of pay. All required periodic qualifications shall be subject the regular rate of pay.

B. The Union agrees to mandatory steward training with the FCMS.

## ARTICLE 15

## CONTINUITY OF OPERATIONS

### SECTION 15.1 NO STRIKES

A. Both the Company and the Union agree that continuity of operations is of utmost importance to the Company's security operations. Therefore, so long as this Agreement is in effect, the Union and the Company agree that there will be no strikes, lockouts, work stoppages, picket lines, slowdowns or secondary boycotts during the term of this Agreement and that the Union will not cause, nor permit its members to cause, nor will any member of the Union take part in any strike, including a sympathy strike, slowdown, stoppage of work, planned inefficiency or any other curtailment of work or restriction or interference with the Employer's or Government's operations for any reason whatsoever. Nor will the Union authorize or sanction the same.

B. Upon hearing of any unauthorized strike, slowdown, stoppage of work, planned inefficiency or any curtailment of work or restriction or interference with the operation of the Employer, the Union shall take affirmative action to avert or bring such activity to a prompt termination.



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

EXHIBIT - J9

**SECTION 15.2 LOCKOUTS**

During the life of this Agreement, the Employer shall not lockout any Employees covered in this Agreement.

**ARTICLE 16**

**DURATION**

This Agreement shall be effective as of October 1, 2006 and shall remain in full force and effect until September 30, 2007. If either party desires to amend, modify or terminate this Agreement it shall give written notice of such intent no later than sixty (60) calendar days prior to the expiration of this Agreement. Such notice shall be timely, written notice with receipt acknowledged, and certified mail. The parties shall attempt to begin negotiations within two (2) weeks of receipt of the notice. The parties acknowledge that during the negotiations which resulted in this Agreement the understandings and agreement reached by the parties, after the exercise of that right and opportunity, are set forth in this Agreement. This Agreement constitutes the entire agreement of the parties and matters not covered within this Agreement shall remain within the purview of the Company.

IN WITNESS WHEREOF, the parties have caused their representatives to sign this Agreement as full acknowledgment of their intention to be bound by the Agreement.

| | |
|---|---|
| FOR: **United Government Security Officers of America** | FOR: **AmGard, Inc.** |
| BY:____________________ | BY:____________________ |



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

EXHIBIT - J9

TITLE:____________________

DATE:____________________

TITLE:____________________

DATE:____________________

BY:____________________

TITLE:____________________

DATE:____________________

BY:____________________

TITLE:____________________

DATE:____________________

FOR: **United Government Security Officers of America Local #50**

FOR:

BY:____________________

TITLE:____________________

DATE:____________________

BY:____________________

TITLE:____________________

DATE:____________________

BY:____________________

TITLE:____________________

DATE:____________________

BY:____________________

TITLE:____________________

DATE:____________________

Signature Page for: UGSOA & AmGard- for Local #50 CBA



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

Oct 31 07 10:47a p.7

Sep 20 06 05:52p p.1

EXHIBIT - J9

FOR: United Government Security Officers of America

BY: [signature]

TITLE: Director

DATE: 9-20-06

FOR: AmGard, Inc.

BY: [signature]

TITLE: Contract Manager

DATE: 9/20/06

Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**Section L**

**Proposal Instructions**
**&**
**Past Performance Questionnaire**

Revised January 15, 2008



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

## Section L

## Proposal Instructions

I. DHS/ICE/FPS is contemplating the award of the Region 8 Denver Armed Guard Services contract as a competitive set-aside for a Service Disabled Veteran Owned Business. A Labor Hour (LH), Indefinite Task, Indefinite quantity type contract is contemplated. Task Orders will be issued against the basic contract. The proposed period of performance for this effort is a base year plus four 12-month option periods to be exercised at the sole discretion of the Government. Please be advised this Request for Proposal (RFP) in no manner obligates the Government regarding award of a contract, task order or modification that results from the issuance of this RFP. Any award made will be contingent on receipt of certified funds in accordance with (IAW) FAR 52.232-18, Availability of Funds.

II. The term "proposal" and "bid" are used in some of the contract clauses and/or provisions; however, this is a Request for Proposal (RFP) IAW FAR Part 15.

III. **Proposal Requirements**

Offerors must submit their offer in three separate volumes: Volume I: Technical Capability, Volume II: Past Performance, and Volume III: Price Quotation to perform the requirements of the attached Statement of Work. These should be presented as separate documents/attachments.

a. **Volume I:** Technical Capability is limited to forty (40) pages and should include a Quality Control Plan (QCP), Qualifications of Key Personnel, Staffing Plan, Technical and Management Capability, a Transition Plan. Add an index, cover pages and organize your response into the following areas:

i. <u>Quality Control Plan</u>: Prepare a QCP IAW SOW Part 7.f. The QCP shall present a clear and concise description of how the offeror plans to manage the efforts defined in the SOW. Describe in detail your methods of supervision and capability of compliance with all SOW requirements. Describe your capability to rectify customer complaints in a timely manner, and for identifying and correcting deficiencies in the quality of materials, workmanship, or equipment before the level of performance becomes unacceptable and/or the government inspectors point out the deficiencies, in accordance with the SOW.

ii. <u>Staffing Plan</u>: Provide a project schedule depicting task and sub-task timelines that will ensure qualified personnel are available prior to the task order start date.

iii. <u>Technical and Management Capability</u>: Describe the technical excellence and management capability of the offeror. Demonstrate your ability to provide fully trained and licensed personnel and list of training requirements prior to the contract start date and your methodology for maintaining a properly qualified workforce for the duration of the contract's period of performance.

iv. <u>Training Plan</u>. Describe how your firm will implement training and how often. Please include a discussion and your firm's experience of Armed Guard Service and common problems and how resolution was reached.

v. Invoicing system, to include automated time-keeping system and billing frequency.



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

b. **Volume II: The past performance** information provided by your firm shall include a summary of your firm's most recent, and relevant efforts during the last three (3) years that demonstrate the quality of these efforts and your potential for success on this effort. Submit a maximum of three references. References need not be exclusive to Government endeavors.

The Past Performance Questionnaire is contained in Section L, Pages L6 through L8. Past performance will be evaluated as a measure of the Government's confidence in the offeror's ability to successfully perform based on previous and current contract and/or task order efforts. The Government will evaluate the past performance data submitted for recency, relevancy, and realism/quality. Relevancy of past performance data will be determined by considering performance on contracts and/or task orders of a similar nature, size, scope, dynamic environment and complexity, utilizing a comparable number of personnel with like skills. Some past performance data may be considered more relevant to this RFP than other data. The Government reserves the right to consider any other information obtained through other means including those from Government and commercial sources.

c. **Volume III: The contractor shall provide pricing information** by completing the Contract Line Item numbers (CLINs) shown in Schedule B. The general instructions for the preparation of the Price Proposal are as follows:

i. Offeror must enter whole dollar values under "Hourly Rate", multiplied by the "Estimated Hours", and enter an extended amount in the "Extended Total estimated" column for each CLIN. "TOTAL" all CLIN periods (including all option CLINs) and enter a TOTAL AMOUNT. Dollar amounts for all CLINs should be proposed in whole dollar amounts.

ii. Proposed prices for Option periods will be evaluated as a part of total award price.

iii. Offerors should include a statement acknowledging compliance with the attached U.S. Department of Labor Wage Determinations (Section J). Please note that the Fair Labor Standards Act, Service Contract Act and Minimum Wage determinations are applicable to this acquisition and shall be considered in all proposed prices.

**Detailed Pricing Breakdown:** Task order will be priced using the proposed fully burdened hourly rate. The fully burdened hourly rate shall represent the hourly rate charged to the Government and shall include the straight rate paid, fringe, payroll taxes, and the incumbent's cost of doing business. A breakdown of the hourly rate shall be provided as part of your proposal for the purpose of future wage adjustments under the Service Contract Act (SCA).



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

| Wage Breakdown Example | | | | | | |
|---|---|---|---|---|---|---|
| Company Name | | | | | | |
| Contract Number | | | | | | |
| Wage Determination | | | | | | |
| Labor Code | | | | | | |
| | | | | | | |
| A. Straight Wage Paid to Employee | B. Fringe | C. Total Wage (A+B) | E. Payroll taxes (C*D) | F. Wage plus taxes (C+E): | G. Overhead or G&A/Profit % | H. Fully Burdened Wage Rate (G*F) |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0% | $ - |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Payroll | | | | |
| | | Taxes & | | | | |
| | | Burden | Percent | | | |
| | | FICA | 0.00% | | | |
| | | FUTA | 0.00% | | | |
| | | SUI | 0.00% | | | |
| | | W/C | 0.00% | | | |
| | | GL | 0.00% | | | |
| | | | | | | |
| | | **Total: D** | **0%** | | | |

Using the format provided above, **each company is to provide a breakdown of its fully burdened rate for all hourly rates.** These rates may be adjusted annually in accordance with FAR clause 52.222-43 Fair Labor Standards Act and Service Contract Act – Price Adjustment (Multiple Year and Option Contracts). (This submission does apply to the page limitations contained herein).

IV. **Proposal Evaluation Approach**

a. All factors, technical, past performance, and price shall be considered in the evaluation of the offers. Trade-off method of evaluation will be used where past performance and technical capability are significantly more important than price for this effort and award will be to offeror representing the best value to the Government. A price that is determined to be unrealistic or unreasonable shall be grounds for removal of the proposal from consideration even if it was determined to be technically acceptable. Proposals shall be received no later than the closing date shown on the SF1449 as the proposal due date. Proposal must be submitted electronically and in hardcopy to the Contract Specialist Ms. Sophie C. Sims at sophie.sims@dhs.gov.

Solicitation Number: HSCEW8-08-R-00004
Attn: Ms. Sophie Sims, Contract Specialist
DFC, P.O. Box 25266, Bldg 44
6th & Kipling, Lakewood CO 80225



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order 

b. The ratings below will be used in the evaluation of proposals.

i. Technical factors shall be rated as follows:

1. Exceeds. To obtain a rating of "exceeds", the proposal must satisfy all of the evaluation factors, exceeds at two factors and provides added benefit(s) to the Government over and beyond the "meets." No weaknesses are found.

2. Meets. To obtain a rating of "meets", the proposal must satisfy all evaluation factors by meeting the minimum requirements contained in the solicitation. Any weaknesses can be readily corrected.

3. Does not meet. The proposal does not satisfy all evaluation factors and does not meet the minimum requirements of the solicitation. Proposal does not demonstrate an adequate understanding of the requirements to successfully perform the tasks set forth in the solicitation. The proposal requires a major revision to make it correct.

ii. Past performance shall be rated as follows:

1. Very Good (Significant Confidence): Based on the offeror's performance record, essentially no doubt exists the offeror will successfully perform the required effort.

2. Satisfactory (Confidence): Based on the offeror's performance record, some doubt exists the offeror will successfully perform the required effort.

3. Neutral (Unknown Confidence): No relevant performance record identifiable.

4. Unsatisfactory (No Confidence): Based on the offeror's performance record, extreme doubt exists that the offeror will successfully perform the required effort.

The symbols (+) or (-) may be used in conjunction with a rating to denote a stronger or weaker response to a factor or final overall rating. The symbols will not be used for responses that earn a "Does not Meet" or "Unsatisfactory." In the case of equal ratings, price will become the determining factor for award.

V. **Solicitation Contacts.** Questions may be directed to Ms. Sophie Sims at 303-236-7931 Ext. 257. Alternate point of contact is Ms. Katherine Padilla, 303-236-7931, Ext 222.



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**PERFORMANCE REFERENCES**
(To be completed by contractor references)

Provide a list of at least three (3) contracts In Accordance With (IAW) FAR 52.212-1, Instructions to Offerors. Contracts may include those entered into by the U.S. Government, agencies of local Governments and commercial customers. Offerors that are newly formed entities without prior contracts should list contracts as required above, which Contractor's key personnel have participated in. Include the following information for each contract:

MOST RECENT/RELEVANT CONTRACT COMPLETED, PERFORMED OR ON-GOING

(a) Name, address and phone number of contracting activity:

________________________________________
________________________________________
________________________________________

(b) Contract number:

________________________________________

(c) Description of the contract services provided:

________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

(d) Contracting Officer (or equivalent) name and phone number:

________________________________________

(e) Program Manager (or equivalent) name and phone number:

________________________________________

(f) Period of Performance:

________________________________________

(g) Total contract value:

________________________________________

(h) Status: Active Completed



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

SECOND MOST RECENT/RELEVANT CONTRACT COMPLETED OR ANOTHER CONTRACT STILL ON-GOING

(a) Name, address and phone number of contracting activity:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(b) Contract number:

______________________________________________

(c) Description of the contract services provided:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(d) Contracting Officer (or equivalent) name and phone number:

______________________________________________

(e) Program Manager (or equivalent) name and phone number:

______________________________________________

(f) Period of Performance:

______________________________________________

(g) Total contract value:

______________________________________________

(h) Status: Active____________ Completed_____________



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

THIRD MOST RECENT/RELEVANT CONTRACT COMPLETED OR ANOTHER CONTRACT STILL ON-GOING

(a) Name, address and phone number of contracting activity:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

________________________

(b) Contract number:

______________________________________________

(c) Description of the contract services provided:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(d) Contracting Officer (or equivalent) name and phone number:

______________________________________________

(e) Program Manager (or equivalent) name and phone number:

______________________________________________

(f) Period of Performance:

______________________________________________

(g) Total contract value:

______________________________________________

(h) Status: Active____________ Completed____________



Protected Information To Be Disclosed
Only In Accordance With
U.S. Court of Federal Claims Protective Order

**Section M**

**Evaluation Factors**

Revised January 16, 2008

Solicitation Number: ͻEW8-08-R-00004

**SOURCE SELECTION FACTORS / CRITERIA**

The proposals received under Request for Proposal (RFP) HSCEW8-08-R-00004 will be evaluated in accordance with Section L of this solicitation. As stated in the RFP, one award shall be made to the Offeror whose proposal is determined to best meet the needs of the Government after consideration of all factors, that is, the proposal that provides the best value to the Government. Best value is defined as the offer that results in the most advantageous acquisition decision for the Government as determined by an integrated assessment and trade-off analysis among non-price and price factors.

The Government may award any resulting contract to other than the lowest priced Offeror, or other than the Offeror with the highest non-price rating. Technical and Past Performance factors are equal in importance, and when combined, are significantly more important than price. The Government reserves the right to award without discussions. The factors listed below will be used to evaluate proposals.

I. Technical Factors

a. Technical and Management Capability:

i. Describe the technical excellence and management capability of the offeror.

ii. Supervision – Proposals shall describe offerors chain of command and demonstrate how personnel are organized to successfully accomplish all the requirements of the statement of work.

iii. Staffing Plan - Provide a project schedule depicting task and sub-task timelines that will ensure qualified personnel are available prior to the task order start date.

b. Quality Control Plan – Proposal shall demonstrate approach to comply with the quality control requirement identified in the statement of work.

c. Training Plan – Proposals shall demonstrate a clear understanding of the Request for Proposal's (RFP) requirements.

d. Transition Plan – Proposal shall describe a plan for a smooth and seamless transition from the existing contract for Region 8 guard services contract to preclude an interruption in service.

e. Electronic Time Reporting System – Proposal provides an adequate (as an alternative to the current manual timekeeping paperwork SF-139s) automated plan for a timekeeping documentation that can be used to verify billing accuracy and billable hours. Note: If none is proposed or does not meet the Government's need, a neutral rating will be assigned. This factor serves to only enhance the overall technical rating.

II. Past Performance: Contractor shall demonstrate satisfactory performance under contracts with similar requirements. Similar is defined in terms of size and complexity of this solicitation.

III. Price: Price will be evaluated to determine the reasonableness of the offeror's proposal. Evaluation may include analysis to determine the offeror's comprehension of the requirements of the RFP as well as to assess the validity of the offeror's approach. Price analysis will be performed by using one or more of the following techniques to ensure a fair and reasonable price:

a. Comparison of proposed hourly rates received in response to the solicitation.

b. Comparison of proposed hourly rates with the Independent Government Estimate.

c. Comparison of proposed hourly rates with available historical information.