# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: July 3, 2008)**

* * * * * * * * * * * * * * * * *
*
**DCMS-ISA, INC., Service Disabled** *
**Veteran Owned Small Business** *
**Joint Venture,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed July 2, 2008, to correct the administrative record filed on June 27, 2008 to include the 15 pages that were inadvertently omitted from Tab Three is **GRANTED**. Defendant shall provide CD-ROMs containing the corrected Administrative Record for the Court and counsel for plaintiff.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge