# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: August 22, 2008)**

* * * * * * * * * * * * * * * * *
*
**DCMS-ISA, INC., L&R SECURITY FORCES, INC., THE WHITESTONE GROUP, INC., and R&D TRAINING AND TECHNICAL SERVICES,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the plaintiffs' motion for an order directing defendant to refer the SDVOSB proposers to the SBA for a certificate of competency, and the response and reply thereto. The parties should be prepared to address the issues involved in the aforementioned motion, as well as those involved in the pending motion(s) for judgment on the administrative record, at the oral argument to be held on **Monday, September 8, 2008 at 2:30 pm**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge