# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: August 27, 2008)**

* * * * * * * * * * * * * * * * *
*
**DCMS-ISA, INC., Service Disabled Veteran Owned Small Business Joint Venture,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's motion, filed August 26, 2008, for a 4-day enlargement of time within which to file its reply and response to the government's cross-motion is **GRANTED**. Accordingly, plaintiff shall file its brief by **September 2, 2008**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge