# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: August 29, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **DCMS-ISA, INC., Service Disabled Veteran Owned Small Business Joint Venture,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

Defendant's unopposed motion, filed August 27, 2008, for a three-day enlargement of time within which to file its reply in support of its cross-motion for summary judgment is **GRANTED**. Accordingly, defendant shall file its brief by **September 8, 2008**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge