# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: August 29, 2008)**

* * * * * * * * * * * * * * * * *

**DCMS-ISA, INC., Service Disabled Veteran Owned Small Business Joint Venture,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Oral argument on the parties' cross-motions for summary judgment currently scheduled for September 8, 2008 is hereby **RESCHEDULED** for **Thursday, September 25, 2008 at 2:30 pm eastern time** at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for each party shall appear in person. The courtroom number will be posted in the lobby on the day of the argument.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge