# In the United States Court of Federal Claims

**No. 08-456C**
**(Filed: September 8, 2008)**

* * * * * * * * * * * * * * * * * *

**DCMS-ISA, INC., Service Disabled Veteran Owned Small Business Joint Venture,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

The government and plaintiff shall file a supplemental brief by **Monday, September 15, 2008**, addressing the GAO decision Innovative Technology Systems, Inc., 1995 WL 317615 (Comp.Gen. May 24, 1995).

In addition, in it's supplemental brief, the government shall also provide the status of the alleged violation of the Procurement Integrity Act, 41 U.S.C. § 423, identified on pages 1822 - 1828 and 1840 of the Administrative Record.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge